LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13ᵀᴴ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
BOBBY R. LONG

• • • •

JE'NELL B. GUSTAFSON**
DAVID N. DUHE'
HALEY N. BROOM
AMANDA M. SCHWARTZ***
JON S. TINER

*also licensed in TX
**also licensed in CA
***also licensed in NC

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

November 20, 2007

**VIA FACSIMILE** - (865-0337)
Michael Crosby, Esq.
2111 25ᵗʰ Avenue
Gulfport, MS 39501

      Re:   Roderick Clark Miller v. Harrison County, Mississippi, et al.
            U. S. District Court, Southern District of Mississippi, Southern Division
            Civil Action No. 1:07cv541
            Our File No. 1811.0108

Dear Michael:

I have previously contacted your office regarding the Plaintiff's Pre-Discovery Disclosures which are now past due. Please forward same at your earliest convenience.

                      Sincerely,

                      DUKES, DUKES, KEATING & FANECA, P.A.

                      Haley N. Broom

HNB:lh
Enclosure

cc:   John Whitfield
       Jim Davis
       Karen Young
       George Hembree, III



EXHIBIT A