FORM 2(b) (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

RODERICK CLARK MILLER

                Plaintiff

v.                                          CIVIL ACTION NO.    1:07cv541LG-JMR

HARRISON COUNTY, MISSISSIPPI, BY AND THROUGH ITS BOARD OF SUPERVISORS, HARRISON COUNTY SHERIFF DEPARTMENT, SHERIFF GEORGE PAYNE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, DIRECTOR OF CORRECTIONS MAJOR DIANNE GATSON-RILEY, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, BOOKING SUPERVISOR CAPTAIN RICK GASTON, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, TRAINING DIRECTOR CAPTAIN PHIL TAYLOR, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, CENTRAL CONTROL OFFICER PRESTON WILLS, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY JERRED MARK NECAISE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY CATHERINE PAVOLINI, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, AMERICAN CORRECTIONAL ASSOCIATION, AND OTHER UNKNOWN JOHN AND JANE DOES A-Z, ALSO IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

                Defendants

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**    All Counsel of Record



Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

| | | |
|---|---|---|
| x | Interrogatories to: | Plaintiff, Roderick Clark Miller by the Defendant Phil Taylor, Officially and in his Individual Capacity |
| ___ | Requests for Production of Documents to: | |
| ___ | Requests for Admissions to: | |
| ___ | Responses to Interrogatories of: | |
| ___ | Responses to Requests for Production of Documents of: | |
| ___ | Responses to Requests for Admission(s) of: | |

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

November 15, 2007                                s/Cy Faneca  *[signature]*
_____                                  _____
Date                                             Signature

Cy Faneca, MSB #5128
_____
Typed Name & Bar Number

Attorneys for: Phil Taylor, Officially and In His Individual Capacity

FORM 2(b) (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

RODERICK CLARK MILLER

      Plaintiff

v.               CIVIL ACTION NO. 1:07cv541LG-JMR

HARRISON COUNTY, MISSISSIPPI, BY AND THROUGH ITS BOARD OF SUPERVISORS, HARRISON COUNTY SHERIFF DEPARTMENT, SHERIFF GEORGE PAYNE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, DIRECTOR OF CORRECTIONS MAJOR DIANNE GATSON-RILEY, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, BOOKING SUPERVISOR CAPTAIN RICK GASTON, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, TRAINING DIRECTOR CAPTAIN PHIL TAYLOR, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, CENTRAL CONTROL OFFICER PRESTON WILLS, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY JERRED MARK NECAISE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY CATHERINE PAVOLINI, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, AMERICAN CORRECTIONAL ASSOCIATION, AND OTHER UNKNOWN JOHN AND JANE DOES A-Z, ALSO IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

         Defendants

**NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO**

**TO:** All Counsel of Record

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

    _____ Interrogatories to: _____

      x   Requests for Production    Plaintiff, Roderick Clark Miller by the Defendant
    _____ of Documents to:             Sheriff George Payne, Jr., Officially and in his
                                                 Individual Capacity

    _____ Requests for Admissions to: _____

    _____ Responses to Interrogatories of: _____

    _____ Responses to Requests for
            Production of Documents of: _____

    _____ Responses to Requests for
            Admission(s) of: _____

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

November 15, 2007                              s/Cy Faneca    _/s/ Cy Faneca_____
      Date                                                             Signature

                                                                 Cy Faneca, MSB #5128
                                                                 Typed Name & Bar Number

                                Attorneys for:    Sheriff George Payne, Jr., Officially and In
                                                                     His Individual Capacity

FORM 2(b) (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

RODERICK CLARK MILLER

                Plaintiff

v.                                                     CIVIL ACTION NO.    1:07cv541LG-JMR

HARRISON COUNTY, MISSISSIPPI, BY AND THROUGH ITS BOARD OF SUPERVISORS, HARRISON COUNTY SHERIFF DEPARTMENT, SHERIFF GEORGE PAYNE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, DIRECTOR OF CORRECTIONS MAJOR DIANNE GATSON-RILEY, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, BOOKING SUPERVISOR CAPTAIN RICK GASTON, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, TRAINING DIRECTOR CAPTAIN PHIL TAYLOR, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, CENTRAL CONTROL OFFICER PRESTON WILLS, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY JERRED MARK NECAISE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY CATHERINE PAVOLINI, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, AMERICAN CORRECTIONAL ASSOCIATION, AND OTHER UNKNOWN JOHN AND JANE DOES A-Z, ALSO IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

                Defendants

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**    All Counsel of Record

Pursuant to UNIFORM LOCAL RULE 5.1(c), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

| | | |
|---|---|---|
| x | Interrogatories to: | Plaintiff, Roderick Clark Miller by the Defendant Sheriff George Payne, Officially and in his Individual Capacity |
| ___ | Requests for Production of Documents to: | |
| ___ | Requests for Admissions to: | |
| ___ | Responses to Interrogatories of: | |
| ___ | Responses to Requests for Production of Documents of: | |
| ___ | Responses to Requests for Admission(s) of: | |

Pursuant to UNIFORM LOCAL RULE 5.1(c), I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

November 15, 2007                                  s/Cy Faneca   *Cy Faneca*
_____                                _____
Date                                                              Signature

                                                   Cy Faneca, MSB #5128
                                                   _____
                                                   Typed Name & Bar Number

                                   Attorneys for:  Sheriff George Payne, Jr., Officially and In His Individual Capacity