LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13TH STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
BOBBY R. LONG

••••

JE'NELL B. GUSTAFSON**
DAVID N. DUHE'
HALEY N. BROOM
AMANDA M. SCHWARTZ***
JON S. TINER

*also licensed in TX
**also licensed in CA
***also licensed in NC

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

November 20, 2007

**VIA FACSIMILE - (865-0337)**
Michael Crosby, Esq.
2111 25th Avenue
Gulfport, MS 39501

Re:   Roderick Clark Miller v. Harrison County, Mississippi, et al.
      U. S. District Court, Southern District of Mississippi, Southern Division
      Civil Action No. 1:07cv541
      Our File No. 1811.0108

Dear Michael:

I have previously contacted your office regarding the Plaintiff's Pre-Discovery Disclosures which are now past due. Please forward same at your earliest convenience.

Sincerely,

DUKES, DUKES, KEATING & FANECA, P.A.

Haley N. Broom

HNB:lh
Enclosure

cc:   John Whitfield
      Jim Davis
      Karen Young
      George Hembree, III

EXHIBIT "B"

LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13ᵀᴴ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
WILLIAM SYMMES
BOBBY R. LONG

••••

JE'NELL B. GUSTAFSON**
DAVID N. DUHE'
HALEY N. BROOM
AMANDA SCHWARTZ***

*also licensed in TX
**also licensed in CA
***also licensed in NC

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

## TELECOPY COVER SHEET

**TO:** Michael Crosby, Esq.

**FROM:** Haley N. Broom, Esq.

**FAX NO:** 865-0337

**DATE:** November 20, 2007

**RE:** Miller v. Harrison County, Mississippi et al.

**IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL:
(228) 868-1111 AND ASK FOR LAURIE**

### CONFIDENTIALITY NOTE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF DUKES, DUKES, KEATING & FANECA, P.A. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED, AND THAT THE DOCUMENTS SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

```
                    *********************
                    ***   TX REPORT   ***
                    *********************


TRANSMISSION OK

TX/RX NO                    2090
CONNECTION TEL                          8650337
SUBADDRESS
CONNECTION ID
ST. TIME                    11/20 16:49
USAGE T                     00'31
PGS. SENT                       2
RESULT                      OK
```