LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13ᵀᴴ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
BOBBY R. LONG

••••

JE'NELL B. GUSTAFSON**
DAVID N. DUHE'
HALEY N. BROOM
AMANDA M. SCHWARTZ***
JON S. TINER

*also licensed in TX
**also licensed in CA
***also licensed in NC

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

January 7, 2008

**VIA FACSIMILE - (865-0337)**
**and U.S. Mail**
Michael Crosby, Esq.
2111 25ᵗʰ Avenue
Gulfport, MS 39501

Re:   Roderick Clark Miller v. Harrison County, Mississippi, et al.
      U. S. District Court, Southern District of Mississippi, Southern Division
      Civil Action No. 1:07cv541
      Our File No. 1811.0108

Dear Michael:

I have previously contacted your office on several occasions regarding the Plaintiff's Pre-Discovery Disclosures which are now past due. Also, please reference Sheriff Payne's First Set of Interrogatories and First Request for Production of Documents, and Phil Taylor's First Set of Interrogatories served on or about November 5, 2007. To date, we have not received your responses to this written discovery.

Please either provide Defendants with your responses on or before January 11, 2008 or sign the enclosed Good Faith Certificate on the line indicated, and return same to me in the stamped, self-addressed envelope. If I do not receive your Pre-Discovery Disclosures and discovery responses or the signed certificate from you on or before January 11, 2008, I will proceed with a Motion to Compel and note that you refused to sign certificate.

Sincerely,

DUKES, DUKES, KEATING & FANECA, P.A.

Haley N. Broom

EXHIBIT "C"

HNB:lh
Enclosure

cc: John Whitfield
     Jim Davis
     Karen Young
     George Hembree, III

Form 5 (ND/SD Miss. Dec. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

RODERICK CLARK MILLER

**Plaintiff**

v.

CIVIL ACTION No.       1:07cv00541LGJMR

HARRISON COUNTY, MISSISSIPPI, BY AND THROUGH ITS BOARD OF SUPERVISORS, HARRISON COUNTY SHERIFF DEPARTMENT, SHERIFF GEORGE PAYNE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, DIRECTOR OF CORRECTIONS MAJOR DIANNE GATSON-RILEY, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, BOOKING SUPERVISOR CAPTAIN RICK GASTON, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, TRAINING DIRECTOR CAPTAIN PHIL TAYLOR, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, CENTRAL CONTROL OFFICER PRESTON WILLS, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY JERRED MARK NECAISE, OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY, BOOKING ROOM DEPUTY CATHERINE PAVOLINI, OFFICIALLY AND IN HER INDIVIDUAL CAPACITY, AMERICAN CORRECTIONAL ASSOCIATION, AND OTHER UNKNOWN JOHN AND JANE DOES A-Z, ALSO IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

**Defendants**

**GOOD FAITH CERTIFICATE**

FORM 5 (ND/SD MISS. DEC. 2000)

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to <u>file</u> the following motion:

Motion to Compel

Counsel further certify that:

✔ as appropriate:

_____  1. The motion is unopposed by all parties.

_____  2. The motion is unopposed by:

✔  3. The motion is opposed by:  Plaintiff

_____  4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

This the _____ day of _____ 2008.

_____
Signature of Plaintiff's Attorney

_____
Typed Name and Bar Number

_____
Signature of Defendant's Attorney

Cy Faneca, MSB # 5128
Typed Name and Bar Number

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO            0274
RECIPIENT ADDRESS   8650337
DESTINATION ID
ST. TIME            01/07 09:19
TIME USE            00'27
PAGES SENT          4
RESULT              OK
```

LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

2909 13ᵀᴴ STREET, SIXTH FLOOR
GULFPORT, MISSISSIPPI 39501

WALTER W. DUKES
HUGH D. KEATING
CY FANECA
PHILLIP W. JARRELL*
W. EDWARD HATTEN
TRACE D. MCRANEY
BOBBY R. LONG

••••

JE'NELL B. GUSTAFSON**
DAVID N. DUHE'
HALEY N. BROOM
AMANDA M. SCHWARTZ***
JON S. TINER

*also licensed in TX
**also licensed in CA
***also licensed in NC

WILLIAM F. DUKES,
(1927 - 2003)

P. O. DRAWER W
GULFPORT, MS 39502

TELEPHONE
228-868-1111

FAX
228-863-2886

January 7, 2008

**VIA FACSIMILE - (865-0337)**
**and U.S. Mail**
Michael Crosby, Esq.
2111 25ᵗʰ Avenue
Gulfport, MS 39501

    Re:    Roderick Clark Miller v. Harrison County, Mississippi, et al.
           U. S. District Court, Southern District of Mississippi, Southern Division
           Civil Action No. 1:07cv541
           Our File No. 1811.0108

Dear Michael:

        I have previously contacted your office on several occasions regarding the Plaintiff's Pre-Discovery Disclosures which are now past due. Also, please reference Sheriff Payne's First Set of Interrogatories and First Request for Production of Documents, and Phil Taylor's First Set of Interrogatories served on or about November 5, 2007. To date, we have not received your responses to this written discovery.

        Please either provide Defendants with your responses on or before January 11, 2008 or sign the enclosed Good Faith Certificate on the line indicated, and return same to me in the stamped, self-addressed envelope. If I do not receive your Pre-Discovery Disclosures and discovery responses or the signed certificate from you on or before January 11, 2008, I will proceed with a Motion to