IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


RODERICK CLARK MILLER,

        Plaintiff,

vs.                             Civil Action No. 1:07cvS41LG-JMR

HARRISON COUNTY, MISSISSIPPI,
by and through its Board of Supervisors,
HARRISON COUNTY SHERIFF
DEPARTMENT, SHERIFF GEORGE
PAYNE, officially and in his individual
capacity,, DIRECTOR OF CORRECTIONS
MAJOR DIANNE GATSON-RILEY,
officially and in her individual capacity, BOOKING
SUPERVISOR CAPTAIN RICK GASTON,
officially and in his individual capacity, TRAINING
DIRECTOR CAPTAIN PHIL TAYLOR, officially
and in his individual capacity, CENTRAL CONTROL
OFFICER PRESTON WILLS, officially and in his
individual capacity, BOOKING ROOM DEPUTY
JERRED MARK NECAISE, officially and in his individual
capacity, BOOKING ROOM DEPUTY CATHERINE
PAVOLINI, officially and in her individual capacity,
AMERICAN CORRECTIONAL ASSOCIATION, and
OTHER UNKNOWN JOHN and JANE DOES A-Z,
also in their official and individual capacities,

        Defendants.

_____/


## AFFIDAVIT OF W. KEN KATSARIS

      Before me, the undersigned authority, personally appeared W. Ken Katsaris, who being duly sworn, states:

      A.      I am currently a certified Florida Law Enforcement Officer/Instructor and consultant in both Law Enforcement and Corrections.  I have instructed in a wide area of

law enforcement and corrections subjects at the Regional Police/Corrections Academies. I also currently instruct in the nationally recognized AELE Police and Jail Liability Seminars for attorneys and agency/jail/prison commanders.

My experience includes service as both a jail and police officer for the St. Petersburg Florida Police Department, Police Officer with the Tallahassee Florida Police Department, Trooper with the Florida Highway Patrol, the elected Constitutional Sheriff of Leon County, Florida (Tallahassee), which included the management of the Leon County Jail. After leaving the office of Sheriff, I was appointed to the position of Assistant to the Secretary of Corrections for the State of Florida Department of Corrections (DOC), with liaison responsibilities to all 67 of Florida's jails.

My academic instructional background includes ten (10) years as the Department Chairman of the Criminal Justice Program at the Tallahassee Community College, Tallahassee, Florida, where I taught both corrections and law enforcement courses. I also served as Adjunct Professor in both Criminology and Social Work at the Florida State University (Tallahassee, Florida).

I am a certified use of force instructor and have taught throughout the nation consistently for over 15 years. I instruct on the use of force standards and procedures for handling jail and prison inmates. I have been retained as a consultant by jails of all sizes, including the largest jail in the country, the Los Angeles County Jail. As a litigation consultant I have been retained by both the plaintiff and defendant and have testified on use of force issues in both state and federal courts.

During the tenure of two Florida Governors, I was appointed to the position of Commissioner of the Florida Corrections Standards and Training Council where I participated in setting policy and standards for all corrections agencies and officers in Florida. Additionally, I have served as a consultant to the Florida Criminal Justice Standards and Training Commission in the development of a model basic training program for all jail and prison officers in Florida.

B.    To prepare for rendering opinions, I have reviewed and largely relied upon the following materials as the basis of my opinions:

1.    Complaint

2.    Answer, Defenses and Affirmative Defenses of Harrison County Sheriff's Department and Sheriff George Payne, Jr., officially and in his individual capacity, Dianne Gatson-Riley, officially and in her individual capacity, Phil Taylor, officially and in his individual capacity, Preston Wills, in his official capacity only, Catherine Pavolini, officially and in his individual capacity

2

3.      Pre-Discovery Disclosure of Core Information by Defendants Harrison County Sheriff's Department, Sheriff George Payne, Jr., officially and in his individual capacity, Dianne Gatson-Riley, officially and in her individual capacity, Phil Taylor, officially and in his individual capacity, Catherine Pavolini, officially and in her individual capacity, and Preston Wills, in his official capacity only

4.      Plaintiff/Defendant Discovery

5.      General Order #10

6.      Policy and Procedures

7.      Deposition of Roderick C. Miller

8.      Roderick Miller Medical Records

C.     The below listed opinions were formulated based on my experience, training and education in the corrections field, the standard of care recognized by Corrections Organizations and Officials throughout the U.S. as the custom and practice for the administration, management and supervision of corrections agencies and personnel. The opinions are based on my knowledge of the training of Corrections Officers throughout the U.S. in addition to my knowledge of the written standards and materials generally available for training and guiding Corrections Officers in their every day assignments.

D.     Pursuant to engagement by attorneys for the Defense in the above named case, I conducted an exhaustive review of all of the above materials. As a result of the review of these materials, which I relied upon as the basis for my opinions, I render the below opinions:

1.      The arrest of Roderick Clark Miller on 4-17-04 by Deputy Judy for domestic violence/simple assault, was based on evidence supporting probable cause that Miller had been involved in a battery of his live-in girl friend Veronica Hahn. Once arrested the removal of medications, keys, and other personal items is standard police practice. Any request to take medications after the arrest would, and should be denied, which is, again, supported by recognized police practices for dealing with the arrested subject. When Miller was booked into the Harrison County Adult Detention Center, all of his property was taken, inventoried, itemized on a property report, and properly returned to him when he was released. It is standard and recognized jail practice that all medications needed while incarcerated be prescribed by the health care authority of the jail.

3

2. There is no evidence supporting Roderick Miller's assertions that excessive force was used on him while incarcerated in the Harrison County Adult Detention Center. The detailed "blow by blow" description of the force allegedly used by Deputy Jerred Necaise, and Deputy Catherine Pavolini, that included unprovoked violence against him by punching, slapping, and kicking him, would have resulted in severe injuries. However, these injuries were not observed on Miller, nor did he complain about them to anyone at the jail, or for that matter to the hospital the next day when he went to the emergency room. He did have several scratches which were identified having occurred prior to his arrest. These injuries were documented by the arresting officer, by the jail during booking, and at the emergency room on April 18, 2008.

3. Both Deputy Necaise and Pavolini provided written reports of conduct displayed by Miller that reasonably required Deputy Necaise to enter Miller's cell to calm him down. Deputy Pavolini, acting according to policy, stood by the cell door. Both deputies reported that Miller, when told to step back toward the cell wall, advanced on Necaise. Aggressive resistance to verbal commands, especially in the jail setting where control is essential, must be stopped. Deputy Necaise used recognized and trained resistance control procedures to overcome Miller's advancement on Necaise. The subsequent palm strike to the chest by Necaise was met by Miller grabbing Deputy Necaise's arm. Miller was then taken to the floor with the trained and recognized application of an arm bar takedown, followed by a wrist lock to a restrained position to keep Miller from continuing to struggle and kick. When Miller ceased resisting he was left in the cell. This force use was objectively reasonable given the reported actions of Miller.

4. The policy of "Use of Force" in effect at the Harrison County Adult Detention Center was adequate and reasonable. It details options and the use of force continuum which are standard and accepted practices in law enforcement and jail operations. The policy was trained and followed by the officers in this instant case.

5. Supervision, specifically the oversight given this case, reflects that Sergeant Rogers reviewed the complaint made by Miller, and required reports to be submitted. Sheriff George Payne, Jr. required an internal affairs investigation to be conducted by investigator Ron Werby, who after evaluating the evidence and conducting interviews, concluded that the complaints made by Roderick Miller were unfounded. This conclusion, I believe, was reasonable.

4

E.    If further discovery materials are provided, they will be thoroughly reviewed, and may have an impact on the above opinions. If this should occur, these revised/new opinions will be immediately revealed to the retaining party. I reserve the right to supplement and amend my opinions based upon additional information provided to me.

F.    As an attachment I incorporate Exhibit "A", a complete curriculum vitae which cites a complete 36 year history I have as a member, instructor and consultant in the Criminal Justice field and a list of cases in which I have testified as an expert at trial or by deposition within the preceding four years. To date I have been paid $6,000.00.

Respectfully submitted this __6th__ day of May, 2008.

W. Ken Katsaris

STATE OF FLORIDA
COUNTY OF LEON

Sworn and subscribed to this 6th day of May, 2008, by W. Ken Katsaris, who is personally known to me.

Sara S. Alligood, Notary Public

My Commission Expires:



SARA S. ALLIGOOD
MY COMMISSION # DD 417586
EXPIRES: June 16, 2009
Bonded Thru Pichard Insurance Agency

5

# W. KEN KATSARIS

*Law Enforcement, Corrections and Private Security*
*Consultant/Trainer*

Post Office Box 12008
Tallahassee, FL 32317-2008
(850) 224-2929 Office Phone
(850) 224-2828 Fax
(850) 309-1074 Fax

Street Address:
110-A South Monroe Street
Tallahassee, FL 32301

01/07

## FEE SCHEDULE AGREEMENT

### CASE REVIEW AND OPINION*

A complete review of all materials furnished will be done on a timely basis, and a written opinion will be completed if requested. A review of materials provided will be performed at the rate of $300 per hour with a **minimum of 20 hours ($6,000.00)** required **in advance of commencement of review**. This $6,000 fee is non-refundable and is the **minimum** fee for all case file reviews, and must accompany this signed Fee Agreement acknowledging Ken Katsaris' participation in the case as an expert. Designating Ken Katsaris as an expert in any case matter without signing the Fee Agreement and paying the minimum twenty hour $6,000 fee is prohibited. All work performed, exclusive of depositions, trials, conferences and site inspections, which will have separate and additional fees discussed below, will be assessed at $300 per hour. All materials must be sent printed out, on paper, and ready for review and presentation for deposition and trial. Do not send discs, CD's or DVD's, unless they accompany the printed materials and photographs. E-mail of letters and file materials will not be accepted due to discovery issues.

Once retained, review of the case will commence. If the fee arrives before case materials are sent or received, the receipt of the fee is considered agreement to retain. Receipt of case materials or listing Ken Katsaris as your expert or potential expert without the fee enclosed will be considered an obligation and commitment to pay the minimum $6,000 fee and to meet this Fee Agreement in its entirety. Timing of settlements, summary judgment or any other action that might impact upon the case either before or after the $6,000.00 fee has been paid will have no effect on the obligation to meet the requirements of this agreement and to pay the required fees.

### TRIAL TESTIMONY

A thorough preparation will be done prior to trial and billed at $300.00 per hour. Ken Katsaris will reserve the agreed upon trial day and travel to the trial site for a fee of $3,000.00 plus all travel expenses as outlined below, for **each** day or portion of a day testifying. Any standby days/portions of a day awaiting trial will be assessed at $2,000.00 per day. If trial is attended, but he is not called to testify during that trip, the trial fee of $3,000.00 will be assessed for one of the days while waiting to testify. Repeat trips to trial will be billed similarly. **All fees in connection with testifying including preparation fees, standby fees, travel expenses or other outstanding case fees must be paid before ken katsaris takes the stand.** Only minor extraordinary travel expenses will be billed. The trial fee will be charged if the case settles or is otherwise dismissed, or rescheduled, within 72 hours, (excluding Saturday and Sunday) of scheduled testimony. The trial preparation fee, based upon actual hours of preparation time, will be assessed if cancellation of trial testimony occurs within two weeks (14 days) of scheduled testimony, as trial preparation will have been completed. Cancellation fees are due within 15 days notice of cancellation or settlement.

### DEPOSITIONS

Depositions, at a location selected by Ken Katsaris, will be billed at a fee of $2,000.00 for a five hour minimum, $400 per hour over five hours, with a maximum of seven hours of testimony per day. Depositions scheduled at locations convenient to the deposing counsel will be billed at $3,000 per day plus all travel expenses. A full 8-hour day, (7 hours maximum testimony time) will be set aside by Ken Katsaris and no other business will be scheduled regardless of the beginning hour of the deposition. **The retaining firm shall represent the above deposition fees and payment policies to opposing counsel before the deposition and, in the event** of any disagreement as to the amount, the firm retaining Ken Katsaris shall pay the difference or the full amount, in accordance with this deposition fee schedule, at the beginning of the deposition. Video Depositions will be billed at the same rate as trial testimony ($3,000.00). If a case settles within 48 hours prior to the scheduled deposition date, a $1,500.00 cancellation fee will be assessed. Failure of either party to have fees prior to deposition will result in cancellation of deposition with the cancellation fee of $1,500.00 assessed. This fee will be in addition to any future deposition fee which will be billed in accordance with this agreement. Fees are due within 15 days of cancellation or settlement.

### SITE INSPECTION AND INVESTIGATION OR CONFERENCE REQUESTS

Ken Katsaris will travel to the site of the incident in question, if requested, and complete a thorough investigation or meet for conference as is necessary to prepare for trial. An inspection, investigation or conference (including in Tallahassee) day fee is a flat $2,000.00 per day (or any part of a day) plus all travel expenses. These fees shall be paid upon arrival, or at the time of conference.

### TRAVEL EXPENSES

Ken Katsaris will request that airline, hotel and car rental reservations be booked by his travel agent to facilitate in coordinating his schedule. Travel expenses will be estimated, including air fare, vehicle rental, hotel accommodations, meals, taxi, and airport parking in Tallahassee and will be required in advance of commencement of travel. An unrestricted coach ticket with a small fee for first class upgrade under the frequent flyer plan will be requested for all air travel.

*Fees may be increased 24 months from contract date if case is not brought to conclusion during that period of time. Gaps in time during case will result in the necessity of extensive preparation time to refresh and be prepared for deposition and/or trial, and will be billed at $300.00 per hour.

Publication of Ken Katsaris's name to opposing counsel in any document as your witness, consultant or potential witness shall occur ONLY AFTER Ken Katsaris has been retained, and the above fees paid. Listing of Ken Katsaris's name in any document obligates payment of the fee in full.

I HAVE READ THIS FEE SCHEDULE IN ITS ENTIRETY AND AGREE TO THE TERMS THEREIN.

Case Title or Case Name:_____

_____        _____
W. Ken Katsaris                                          Signature of Retaining Attorney                                Date

**PLEASE COPY AND RETURN ORIGINAL.**

_____
Typed or Printed Name of Attorney Retaining

# W. KEN KATSARIS
## *Law Enforcement, Corrections and Private Security*
## *Consultant/Trainer*

Post Office Box 12008
Tallahassee, FL 32317-2008
(850) 224-2929 Office Phone
(850) 224-2828 Fax
(850) 309-1074 Fax

Street Address:
110-A South Monroe Street
Tallahassee, FL 32301

8/2007

## TRIALS

James Kemp and Patricia Kemp v. Volusia
County, et al., in the Circuit Court, 7th Judicial
Circuit, in and For Volusia County, Florida
Benton N. Wood, Attorney
(407) 843-1400

Tramazzo v. City of Portland, United States
District Court for the District of Oregon
Robert S. Wagner, Portland, OR
(503) 222-4499

Matthew W. Kemp v. Richard T. Lynch, et al.,
State of New York, Supreme Court, County of
Oneida
John E. Short, Utica, NY
(315) 797-8300

Collins Igberaese v. George L. Smith, Georgia
World Congress Center Authority, et al., United
States District Court for the Northern District of
Georgia, Atlanta Division
George Weaver, Atlanta, GA
(404) 351-0003

Vickie Williams v. Florida Highway Patrol
in the Circuit Court of the Thirteenth Judicial
Circuit, in and for Hillsborough County, State of
Florida, East Division
George E. Nader, Attorney
(813) 223-7474

Pecse v. State of California, et al.
Armador County Superior Court
Pamela Price, Attorney
(510) 452-0292

Jinks v. McCauley
South Carolina
James Griffin, Attorney
(803) 779-4600

Barton v. City of Portland, et al., United States
District Court for the District of Oregon
Robert S. Wagner, Attorney
(503) 222-4499

Craig A. Burdine v. Patrolman Bruce M.
Szlalagyi, et al., United States district Court,
Northern District of Ohio, Western Division
Thomas Sobecki, Attorney
(419) 242-9908

Fleming Ralk v. Lincoln County Georgia, et al.
United States District Court, Southern District
of Georgia, Augusta Division
David Pernini, Attorney
(770) 951-6570

Jones v. City of Broken Arrow United States
District Court, Northern District of Oklahoma
Kent Spence, Attorney
(307) 733-7290

Chandra Kibbee v. City of Portland and Thomas
Newberry, United States District Court, District
of Oregon
Mark R. Moline, Attorney
(503) 823-4047

Lonnie David McBride v. Ron Barker, Forsyth
County Sheriff's Department,et al., United States
District Court, Middle District of North Carolina,
Winston-Salem Division  1:99CV00060
Allan R. Gitter, Winston-Salem, NC
(336) 721-3600

Scott Beam v. Michael Minervini, United States
District Court, Middle District of Florida, Ft.
Myers
Robert M. Stoler, Tampa, FL
(813) 228-7411

Timothy Kulik and Theresa Kulik v. David Riley,
Patricia Riley and the Florida Department of
Highway Safety and Motor Vehicles, in the
Circuit Court of the Third Judicial Circuit in and
for Columbia County, Florida
Al Bowden, Attorney General's Office,
Tallahassee, FL  (850) 414-3300

Cases Testified
Page 2


Clifford Davis et al v. Charles Witt, Circle B
Trucking Company et al., 16th Judicial District,
Parish of St. Martin, State of Louisiana
    Charles V. Musso, Jr., Attorney
    (318) 436-0522

Marlon Harris v. The City of Shreveport, et al,
United States District Court, Western District of
Louisiana, Shreveport Division
    Edwin H. Byrd, III, Attorney
    (318) 221-1800

Valerie Collins and Timothy Wilson, Sr. v. Blue
Valley Court, L.P., In the Circuit Court of
Jackson County, Missouri, at Kansas City
    Dale Close, Attorney
    (816) 234-5056

Noel R. Giles v. Gourmet Systems, Inc., et al., In
the United States District Court for the Western
District of Missouri, Case No. 99-951-CV-W-9
    Dale Close, Attorney
    (816) 234-5056

Rebecca & Laruiston Lamay v. Town of
Bloomfield, State of Connecticut, Superior
Court, Judicial District of Hartford/New Britain
at Hartford, Case # CV94-0545169
    Scott Karston, Attorney
    (860) 233-8251

Ann Marie Speaker vs. San Bernardino County,
United States District Court, Central District of
California No. ED CV 94-141-RD
    E. Thomas Barham, Attorney
    (562) 598-2456

Jean Occidor v. Deval Automotive, Inc., d/b/a
Top Hat Car Wash, In the Circuit Court of the
Fifteenth Judicial Circuit in and for Palm Beach
County, Florida
    John A. Shipley, Attorney
    (561) 666-6300

Theodore Nelson Laroque, III vs. Anthony Goree
and the City of Detroit, Civil Action No. 98-833-
427-NO, In the Circuit Court for the County of
Wayne, State of Michigan
    Ven R. Johnson, Attorney
    (248) 355-5555

Donna Forrester v. City of Mesa, In the Superior
Court of the State of Arizona in and for the
County of Maricopa
    Kathleen L. Wieneke, Attorney
    (602) 263-1771

Josephine Scott Brown, vs. The City of
Shreveport through Shreveport Parks and
Recreation, In the First Judicial District Court In
and For the Parish of Caddo, State of Louisiana
    Claude W. Bookter, Jr. Attorney
    (318) 221-3444

Eric Walter v. City of Shreveport, et al., United
States District Court, Western District of
Louisiana, Shreveport Division
    Pamela G. Nathan, Attorney
    (318) 221-6858

Estate of Christopher Moreland v. Joseph
Speybroek, former Sheriff of St. Joseph County,
Indiana, In the U.S. District Court, Northern
District of Indiana, South Bend Division
    Jeremiah J. Kenney, Attorney
    (248) 355-5555

Curt A. McGloughan v. City of Springfield, et al.,
In the United States District Court, Central
Division of Illinois, Springfield Division, Case No.
99-3104
    Richard L. Steagall, Attorney
    (309) 674-6085

Ronald Keeler v. Correctional Physician
Services, Inc., and New Horizons of the
Treasure Coast, In the Circuit Court of the
Nineteenth Judicial Circuit In and For Martin
County, State of Florida, Case No. 00-603 CA
    Susan P. Sistare, Attorney
    (954) 522-2320

Anthony D. Delk, and Brenda Delk, vs. City of
Liberty Kentucky, et al., Commonwealth of
Kentucky, 29th Judicial Circuit, Casey Circuit
Court, Civil Action No. 99-CI-00072
    Julie A. Butcher, Attorney
    (859) 268-4300

Cases Testified
Page 3

Earnest Lee Prater, Sr. and Brenda Kay Prater,
v. Johnny M. Evans, Jr., et al, No. 62,244A and
Althea Wellman, v. Johnny M. Evans, Jr., et al.,
No. 62,247B, 30th Judicial District Court, Parish
of Vernon, State of Louisiana, No. 62,247B
  Michael H. Schwartzberg, Attorney
  (337) 433-1621

Termination Hearing, Washington State Patrol
Hearing, Ken DePretto v. Washington State
Patrol
  Elizabeth Brown
  Office of Attorney General
  (360) 664-7174

Stephen Rosario vs. City of Union City Police
Department, et al., United States District Court,
District of New Jersey
  Geoffrey N. Fieger, Attorney
  (248) 355-5555

Freitag v. California Department of Corrections,
United States District Court, Northern District of
California
  Pamela Y. Price, Attorney
  (510) 452-0292

Pearl Lewis vs. St. John Hospital, Case No. 01-
123121-NI, State of Michigan, In the Circuit
Court for the County of Wayne
  Robert M. Giroux, Jr., Attorney
  (248) 355-5555

John Morales v. Sean Moore, and the City of
Milford, et al., Case #CV-97-0346875-S, State of
Connecticut: Superior Court, Judicial District of
Fairfield at Bridgeport
  Elliott B. Spector, Attorney
  (860) 233-8251

Allen Harvey and Lola Harvey v. John C. Parker,
of the Rutherford County Sheriff's Department,
et al., In the United States District Court for the
Western District of North Carolina
  Scott B. MacLatchie, Attorney
  (704) 331-4900

All, et al., vs. City or Tacoma, et al., Case No.
CO1-5138-RJB, United States District Court,
Tacoma Washington
  Shelley Kerslake, Assistant City Attorney
  City of Tacoma
  747 Market Street, Room 1120
  Tacoma, WA 98402-3767
  (253) 591-5885

Stacy Cunningham vs. James Riley, Sr.,
Mecklenburg County Deputy Sheriff, et al., In
the General Court of Justice, Superior Court
Div., File 00-CVS-17059, State of North Carolina,
County of Mecklenburg
  Scott D. MacLatchie
  Womble, Carlyle, Sandridge & Rice
  301 South College Street
  Charlotte, NC 28202-6025
  (704) 331-4900

Moreland v. Moffa , Indiana Federal District
Court
  Sean W. Drew
  Drew Law Office
  Sycamore & Third Streets
  P.O. Box 880
  Niles, MI 49120
  (269) 683-5121

Carol A. Marshall v. The City of Portland, et al.,
In the United States District Court, District of
Oregon, No. CV-01-1014 ST
  Mary Danford
  City of Portland
  Office of City Attorney
  City Hall, Suite 430
  1221 S.W. 4th Avenue
  Portland, OR 97204
  (503) 823-4047

Mark Reynolds v. Allegheny County Sheriff's
Department, In the General Court of Justice,
Superior Court Division, File No. 99 CvS 712,
State of North Carolina, County of Wilkes
  Tyrus V. Dahl
  Womble, Carlyle, Sandridge & Rice
  Post Office Box 84
  Winston Salem, NC 27102
  (336) 721-3600

Cases Testified
Page 4

Ginger McIntosh v. Wayne F. McElveen, In the
14th Judicial District Court, Parish of Calcasieu,
State of Louisiana
    Michael H. Schwartzberg
    Vamvoras & Schwartzberg, LLC
    111 Ryan Street
    Lake Charles, LA 70601
    (337) 433-1621

Ophelia Davis, et al. v. City of Shreveport, et al.,
First Judicial District Court, Caddo Parish,
Louisiana, Number 451,926
    Edwin H. Byrd, III
    Pettiette, Armand, Dunkelman, Woodley,
    Byrd & Cromwell, LLP
    Post Office Box 1786
    Shreveport, LA 71166-1786
    (318) 221-1800

Rick Stephen Berkich vs. County of Maricopa,
et al., In the Superior Court of the State of
Arizona, In and for the County of Maricopa,
Case No. CV2000-015368
    Paul W. Holloway
    Holloway Odegard Sweeney &
       Evans, P.C.
    3101 N. Central Ave., Suite 1200
    Phoenix, AZ 85012-2699
    (602) 240-6670

Carl Robinson, Jr. and Cynthia Robinson v. The
Neiman Marcus Group, Inc., and Nicholas Grey,
In the Circuit Court of the 17th Judicial Circuit in
and for Broward County, Florida, Case No. 98-
009719(25)
    Todd McPharlin
    1212 SE 3rd Avenue
    Ft. Lauderdale, FL 33316
    (954) 467-8800

In the County Court of the Thirteenth Judicial
Circuit, In and For Hillsborough County, State of
Florida, The State of Florida v. Troy P. Wydra
    Joseph D. Magri
    Merkle & Magri, P.A.
    Suite 301, 550 North Reo Street
    Tampa, FL 33609
    (813) 281-9000

In the Circuit Court of the 11th Judicial Circuit in
and for Dade County, Florida, Case No. 01-
15504 CA 23, Brenda M. Gallo vs. Publix Super
Markets, Inc. and Hercules Distributing
Company
    Jeffrey A. Mowers
    Pyszka, Blackmon, Levy, Mowers
      & Kelley
    14750 N.W. 77th Court, Suite 300
    Miami Lakes, Fl 33016
    (305) 512-3737

State of Connecticut, Superior Court, Sonia
Ried, et al. vs. Roberto Maldonado, et al., Case
No. CV02-0816672S
    Vincent J. Trantolo
    Trantolo & Trantolo
    50 Russ Street
    Hartford, CT 06106
    (860) 522-9248

In the Court of Common Pleas, Cuyahoga
County, Ohio, Dorothy Wills Campbell,
Administratrix of the Estate of Guy Allen Wills
vs. Dillards, Inc., and Jameel Talley and Meridia
Health System, and South Pointe Hospital, et al.
    Ven Johnson
    Fieger, Fieger, Kenney & Johnson
    19390 West Ten Mile Road
    Southfield, MI 48075-2463
    (248) 355-5555

In the Circuit Court of the Third Circuit, State of
Hawaii, Civil No. 02-1-0306
Eleanor Quiocho vs. County of Hawaii, et al.
    Harry P. Frietas
    Deputy Corporation Counsel
    County of Hawaii
    101 Aupuni Street, Suite 325
    Hilo, HI 96720-4262
    (808) 961-8251

Superior Court of California, County of Santa
Clara, Case No. 1-02-CV808658
Kim Smith vs. City of San Jose, et al.
    James Armstrong
    Attorney at Law
    1212 Broadway, Suite 900
    Oakland, CA 94612
    (510) 465-1500

Cases Testified
Page 5

In the United States District Court for the District
of Oregon, Case No. CV No. 03-1371-AA
The Estate of Kendra Sarie James vs. Scott
McCollister, Rick Bean, Ken Reynolds, Mark
Kroeker, and the City of Portland, a Municipal
Corporation, and other John Does
        Robert S. Wagner, Miller & Wagner, LLP
        2210 N.W. Flanders Street
        Portland, OR 97210-3408
        (503) 299-6116

United States District Court, Middle District of
Florida, Jacksonville Division, Case No. 3:03-CV-
1030-J-20TEM
Robert Ferryman, Personal Representative of
the Estate of Curt E. Ferryman vs. United States
of America
        Dexter A. Lee, Asistant U.S. Attorney
        Southern District of Florida
        99 N.E. Fourth Street
        Miami, FL 33132
        (305) 961-9000

United States District Court, Middle District of
Florida, Fort Myers Division, Case No. 2:03-CV-
465-FtM-29 DNF
Mark Steven Fitch and Patricia Fitch, as
Personal Representatives of the Estate of Mark
Steven Fitch, Jr., deceased, vs. Sheriff Rodney
Shoap, as the Sheriff in and for Lee County,
Florida
        Richard A. Giuffreda
        Purdy, Jolly, Giuffreda & Barranco, P.A.
        2455 E. Sunrise Blvd., Suite 1216
        Fort Lauderdale, FL 33304
        (954) 462-3200

Grievance Arbitration Hearing, Portland Oregon
Scott McCollister, City of Portland Police
Department, Portland, Oregon
        Will Aitchison
        Aitchison & Vick, Inc.
        3021 N.E. Broadway
        Portland, OR 97232
        (503) 282-6160

In the Circuit Court of the City of Richmond,
Case No. LF-330-4, Leslie L. Green,
Administrator of the Estate of Christie D. Green
v. John B. Buckovich and George Ingram
        Charles H. Cuthbert, Jr.
        Cuthbert Law Offices
        220 N. Sycamore Street
        Petersburg, VA 23803-3228
        (804) 733-3100

In the United States District Court, District of
Arizona, No. CIV-02-1686-PHX-JAT
Carol Ann Agster, Personal Representative of
the Estate of Charles J. Agster, III, vs. Maricopa
County, et al.
        Brian Kaven
        Burch & Cracchiolo
        Post Office Box 116882
        Phoenix, AZ 85011
        (602) 234-8731

In the United States District Court for the
Western District of Pennsylvania, Civil Action
No. 05-0014
Kermith Sonnier, as Personal Representative of
the Estate of Kermith Sonnier, Jr., deceased vs.
Officer Dennis Field, Officer Autumn Fike,
Officer Josh Mrosko, Officer Mark Costello, in
their Individual Capacities
        Paul Broschay
        Fieger, Fieger, Kenney & Johnson
        19390 West Ten Mile Road
        Southfield, MI 48075-2463
        (248) 355-5555

In the United States District Court for the District
of Arizona, Case No. CV-03-2146-PHX-DGC
John Carboun and Karen Carboun, husband
and wife vs. The City of Chandler, a body
politic; Bobby Joe Harris, a former police chief
of the City of Chandler Police Department, and
Jane Doe Harris, husband and wife; Pat
McDermott, Assistant City Manager of the City
of Chandler, and Jane Doe McDermott,
husband and wife
        Katherine E. Baker
        Green & Baker
        7373 North Scottsdale Road, Suite 226
        Scottsdale, AZ 85258
        (480) 991-3335

# W. KEN KATSARIS

*Law Enforcement, Corrections and Private Security*
*Consultant/Trainer*

Post Office Box 12008
Tallahassee, FL 32317-2008
(850) 224-2929 Office Phone
(850) 224-2828 Fax
(850) 309-1074 Fax

Street Address:
110-A South Monroe Street
Tallahassee, FL 32301

10/07

## DEPOSITIONS

Eric Schueler v. David Pond v. City of Chicago,
State of Illinois, County of Cook, in the Circuit
Court of Cook County
    Don Zoufal, Chicago, IL
    (312) 744-8794

Kemp v. Volusia County, 7th Judicial Circuit,
Florida
    Benton Wood, Orlando, Florida
    (407) 843-1400

Pamela Jones, Personal Representative of the
Estate of Zachary W. Noble v. City of Broken
Arrow, Oklahoma
    Kent Spence, Jackson, Wyoming
    (307) 733-7290

Linda Joyner, administratrix of the estate of
Shaqita Nicole Joyner v. Anthony Jenkins and
the City of Wilson, et al.
    Randy Gregory, Fayetteville, NC
    (910) 433-2222

Clifford Davis et al. v. Charles Witt, et al., 16th
Judicial District, Parish of St. Martin, State of
Louisiana
    Charles V. Musso, Jr., Lake Charles, LA
    (318) 436-0522

Stanton v. City of Royal Oak, et al., State of
Michigan, Circuit Court for the County of
Oakland
    Paul L. Kaliszewski, Southfield, MI
    (248) 213-3800

Ronald J. Cruz et al. v. City of Laramie, et al.
United States District Court for the District of
Wyoming
    Karen A. Byrne, Cheyenne, WY
    (307) 637-8014

Craig A. Burdine v. Patrolman Bruce M.
Szlalagyi, et al, In the United States District
Court, Northern District of Ohio, Western
Division
    Thomas Sobecki, Toledo, OH
    (419) 242-9908

Lee/Ramsey v. Metropolitan Dade County
United States District Court, District of Florida
    James J. Allen, Miami, FL
    (305) 375-5868

Paulina Valerio, v. City of Phoenix, et al., In the
Superior Court of the State of Arizona in and for
the County of Maricopa
    Kathleen Wieneke, Phoenix, AZ
    (602) 263-1771

The Ages Group, L.P., v. Raytheon Aircraft
Company, Inc., Raytheon Aerospace Company,
Inc., The Wackenhut Corporation, In the United
States District Court for the Middle District of
Alabama, Southern Division
    John R. Marks, III, Tallahassee, FL
    (850) 222-3766

Larry J. Edwards, et ux vs. Duane Allen Dalton,
et al., 14th Judicial District Court, Parish of
Calcasieu, State of Louisiana
    Mr. Payton R. Covington, Lake Charles,
    LA, (318) 439-5777

Collins Igberaese v. George L. Smith, Georgia
World Congress Center Authority, et al., United
States District Court for the Northern District of
Georgia, Atlanta Division
    George Weaver, Atlanta, GA
    (404) 351-0003

Virginia Hunter, on behalf of Aaron Miles v.
Calcasieu Parish Gravity Drainage, et al., 14th
Judicial District Court, Parish of Calcasieu, State
of Louisiana
    Jimmy Simien, Lake Charles, LA
    (318) 439-3939

Supattra Walyachote v. Ernest Earl Lockett,
Emina Smith, dba GS Auto Sales, City of
Chicago, et al., In the Circuit Court of Cook
County, Illinois
    Melvin Brooks, Chicago, IL
    (312) 744-7150

Depositions
Page 2

Carlitos Brooks v. Joel B. Harrison, Pat G.
Minetti and the City of Hampton, United States
District Court for the Eastern District of Virginia
    Deborah C. Waters, Norfolk, VA
    (757) 622-5000

Wu v. City of Rohnert Park, et al., United States
District Court, California
    Andrew C. Schwartz, Walnut Creek, CA
    (510) 947-1147

Lonnie David McBride v. Ron Barker, Forsyth
County Sheriff's Department, Charles T. Goforth
and Jimmy L. Burton; United States District
Court, Middle District of North Carolina,
Winston-Salem Division 1:99CV00060
    Allan R. Gitter, Winston-Salem, NC
    (336) 721-3600

Daryl Barnes v. Baskins
    William R. Garmer, Attorney
    Lexington, KY
    (606) 254-9351

James Powers, et al. v. Richard Mahan, Roy
Wilbur, et al., United States District Court,
Central District of Illinois, Springfield Division
    Michael Clancy, Attorney
    (630) 584-7666

Belnap v. City of Allen Park, Wayne County
Circuit Court
    Chris Sciotti, Attorney
    (810) 779-7810

Rhonda J. Taft, v. Bay County Sheriff's
Department, et al., United States District Court
for the Eastern District of Michigan, Northern
Division
    Rebecca Sinn, Attorney
    (248) 355-5555

Estate of Michael McLeod, et al. v. Sheriff John
Stone, et al., United States District Court for the
District of Colorado
    Timothy P. Cox, Attorney
    (303) 271-6511

Marvin Garner et al v. FON-ROY Investors, Inc.,
d/b/a Canterbury Apartments, In the Marion
County Superior Court, Civil Division
    William E. Winingham, Attorney
    (317) 920-6400

Byron Owens v. Broward Sheriff's Office et al.,
In the Circuit Court of the 17th Judicial Circuit in
and for Broward County, Florida
    Bradley Winston, Attorney
    (954) 475-9666

Woodall v. Ridgway, et al., United States District
Court for the Central District of Illinois
    Michael Clancy, Attorney
    (630) 584-7666

Estate of Tyrone Napoleon Salters v. Greenville
County Sheriff's Department, United States
District Court, District of South Carolina,
Greenville Division
    J. Edward Bell, III, Attorney
    (803) 778-6531

Harold Guidry v. Kenneth Kline, 14th Judicial
District Court, Parish of Calcasieu, State of
Louisiana
    Rudie Soileau, Attorney
    (337) 433-0110

Vaughn v. City of Seaside, California
    Andrew C. Schwartz, Attorney
    (925) 947-1147

Pamela Garrett, individually, et al., vs. Athens-
Clarke County, Georgia, et al., In the United
States District Court for the Middle District of
Georgia, Athens Division
    Andrew H. Marshall, Attorney
    (706) 549-9400

Carmichell Bell v. Clackamas County, et al.,
United States District Court for the District of
Oregon
    Charles Duffey, Attorney
    (503) 287-0370

Nora Aytes, et al. v. Haines City Police
Department, In the Circuit Court of the Tenth
Judicial Circuit of Florida, In and for Polk
County
    Robert G. Thornhill, III, Attorney
    (863) 293-3166

Ber T. Kue v. City of Detroit, United States
District Court In the Eastern District of Michigan,
Southern Division
    Terry Dawes, Attorney
    (313) 961-4400

Depositions
Page 3

McDougald v. City of Winder, In the Superior
Court of Barrow County, State of Georgia
William S. Hardman, Attorney
(770) 503-0388

Laroque vs. Anthony Goree and City of Detroit,
State of Michigan, In the Circuit Court for the
County of Wayne
Ven R. Johnson, Attorney
(248) 355-5555

Williams v. Mark Bullard and Metropolitan Dade
County, United States District Court, Southern
District of Florida, Miami Division, Case No. 00-
1678 CIV
Steve Stiglitz, Attorney
(305) 375-1666

John Claxton et al. v. State of Arizona,
Department of Public Safety, et al., Arizona
Superior Court, Maricopa County
Marc Steadman, Attorney
(602) 542-4951

David and Jackie Archenbron v. Surprise, In the
Superior Court of the State of Arizona, In and
For the County of Maricopa
Katherine Baker, Attorney
(480) 991-3335

Cynthia Nanton v. Johnny Mack Brown as
Sheriff of Greenville County, et al., United States
District Court for the District of South Carolina,
Greenville Division
Vincent Miller, Attorney
(561) 464-4742

McCloughan v. City of Springfield, United States
District Court, C.D., Ill, Springfield Division,
Case No. 99-3104
Richard L. Steagall, Attorney
(309) 674-6085

Frank del Toro and his wife, et al., v. Miami-
Dade County, et al., In the Circuit Court of the
11th Judicial Circuit in and for Miami-Dade
County, Florida, Case No. 99-18078 CA 21
Ronald J. Bernstein, Attorney
(305) 375-5611

Kenya Wilson v. Genesee County, Genesee
County Sheriff Department, et al., United States
District Court, Eastern Division of Michigan,
Northern Division
Arnold J. Matusz, Attorney
(248) 355-5555

Blum, et al. vs. City of Tampa, In the Circuit
Court, Thirteenth Judicial Circuit, State of
Florida, Hillsborough County
James W. Holliday, Attorney
(813) 251-3548

Estate of Christopher A. Moreland, deceased, et
al., v. Joseph E. Speybroeck, et al., In the
United States District Court, Northern District of
Indiana, South Bend Division
Jeremiah J. Kenney, Attorney
(248) 355-5555

Brenda Sweet Graham v. City of Ocala, In the
Circuit Court, Fifth Judicial Circuit, In and For
Marion County, Florida, Case No. 98-8625-CA-A
Patrick G. Gilligan, Attorney
(352) 867-7707

Downing vs. City of Chandler, In the Superior
Court for the State of Arizona, In and for the
County of Maricopa, Case No. CV-2001-001033
Gary Burger, Attorney
(602) 263-1738

Green v. Buckovich and Ingram, Case LF-330-4,
In the Circuit Court of the City of Richmond
Charles H. Cuthbert, Jr., Attorney
(804) 733-3100

Price v. Black Hawk County Jail, In the United
States District Court for the Northern District of
Iowa, Cedar Rapids Division, Civil No. C00-
2008-EJM
Paul Lucas, Attorney
(561) 283-8260

Maria Elizabeth Pantano Bello v. Adrian Art
Deco Riviera Hotels and Restaurants, Inc., etc.,
In the Circuit Court of the 11th Judicial Circuit in
and for Miami/Dade County, General
Jurisdiction Division, Case No. 01-06508 CA 15
Michael A. Haggard, Attorney
(305) 446-5700

Depositions
Page 4


Terri Thomas vs. City of Detroit, et al., Case No.
00-75119, In the District Court of the United
States for the Eastern District of Michigan,
Southern Division
 Robert M. Giroux, Attorney
 (248) 355-5555

Whitesitt et al. v. Protection Plus, Inc.,
Remington Hotel Corporation d/b/a
Indianapolis Airport Ramada Inn Hotel, et al., In
the Marion County Superior Court, State of
Indiana,  Case No. 49DO7-9902-CT-248
 William E. Winingham, Attorney
 (317) 920-6400

Ronald Keeler vs. Correctional Physician
Services , Inc., and New Horizons of the
Treasure Coast, In the Circuit Court of the
Nineteenth Judicial Circuit In and For Martin
County, State of Florida, Case No. 00-603 CA
 Susan P. Sistare, Attorney
 (954) 522-2320

Saleh v. Officer Sanchez, Officer Trevino, San
Antonio and San Antonio Police Department, In
the United States District Court, Western District
of Texas, San Antonio Division, Civil Action No.
SA-00-CA-1206-HG
 Tim Maloney, Attorney
 (210) 922-2200

Jardine, vs. City of Tempe, In the Superior
Court of the State of Arizona, In and for the
County of Maricopa, CV 99-20660
 Robert J. Bruno, Attorney
 (602) 523-5600

Pearl Lewis vs. St. John Hospital, State of
Michigan, In the Circuit Court for the County of
Wayne, Case No. 01-123121-NI
 Robert M. Giroux, Jr., Attorney
 (248) 355-5555

Shelton vs. Kroger Stores, Inc., William Davis
and Associates Security Services, Inc., State of
Michigan, In the Circuit Court for the County of
Oakland, Case No. 01-0292560-NI
 William J. McHenry, Attorney
 (248) 355-5555

Pobish v. Lucas County, United States District
Court, Northern District of Ohio, Western
Division, Case #3:00CV7768
 Ven R. Johnson, Attorney
 (248) 355-5555

Freitag v. California Department of Corrections,
United States District Court, Northern District of
California
 Pamela Y. Price, Attorney
 (510) 452-0292

Delk vs. City of Liberty Kentucky, et al.,
Commonwealth of Kentucky, 29th Judicial
Circuit, Casey Circuit Court, Civil Action No. 99-
CI-00072
 Julie Butcher, Attorney
 (859) 388-9733

May Finley vs. The May Department Stores
Company, d/b/a Lord & Taylor, Case No. 00-
020924-NI State of Michigan, In the Circuit
Court for the County of Wayne
 Paul W. Broschay, Attorney
 (248) 355-5555

Knight  v. Central Parking Systems, Inc.
State of Indiana, County of Marion,
In the Marion County Court, Case
49D069909CT001236
 Frederick R. Hovde, Attorney
 (317) 818-3100

Prater v. Johnny M. Evans, et al., No. 62,244A
and Well v. Evans, et al., No. 62,247B
30th Judicial District Court, Parish of Vernon,
State of Louisiana
 Michael H. Schwartzberg, Attorney
 (337) 433-1621

Stuehser, et al. vs. Mohave County
In the Superior Court of the State of Arizona,
Maricopa County
 Georgia A. Staton, Attorney
 (602) 263-1752

Venerable, et al. v. City of Sacramento, United
States District Court, Eastern District of
California, Case No. CIV S-01-473 DFL JFM, and
Case No. CIV-01-03359 DFL JFM
 Andrew C. Schwartz, Attorney
 (925) 947-1147

Depositions
Page 5

State of West Virginia v. Jacob W. Beard, in the
Circuit Court of Braxton County, West Virginia
    G. Miles Morgan
    (304) 346-5990

Spindel vs. New Boca Jewelry Exchange, Inc.,
in the 15th Judicial Circuit Court in and for Palm
Beach County, Florida, Case No. 99-3603-AM
    Todd McPharlin, Attorney
    (954) 467-8800

Hardy vs. Rite Aid and AARMCO Security, Case
No. 01-106570 NI, State of Michigan, Circuit
Court for the County of Wayne
    Robert M. Giroux, Jr., Attorney
    (248) 355-5555

Thomas v. Waterford Township, et al., Case No.
01-73209-NO, District Court of the United States
for the Eastern District of Michigan, Southern
Division
    Rebecca Walsh, Attorney
    (248) 355-5555

Wallace v. City of Gahanna, Franklin County
Court of Common Pleas, Ohio, Case No. 01-
CVD 06 5733
    J. Scott Bowman, Attorney
    (614) 221-1166

Yellowhair vs. City of Tempe, et al., United
States District Court, District of Arizona, No.
CIV00-03474-PHX-SMM
    Christopher T. Whitten
    Treon, Whitten & Berry, P.L.L.C.
    2700 N. Central Ave., Suite 1000
    Phoenix, AZ 85004
    (602) 265-7100

McIntosh, et al., vs. McElveen, et al., 14th
Judicial District Court, Parish of Calcasieu, State
of Louisiana
    Michael H. Schwartzberg
    Vamvoras & Schwartzberg, LLC
    111 Ryan Street
    Lake Charles, LA 70601
    (337) 433-1621

Vinson vs. United States, in the United States
District Court, Western District of Tennessee,
Western Division, Case No. 01-2737 D BRE
    John W. Chandler, Jr.
    532 South McLean Boulevard
    Memphis, TN 38104
    (901) 523-1966

Gregory vs. Louisville, United States District
Court, Western District of Kentucky at Louisville,
Case No. 3:01-CV-535-R
    Lisa Schweickart
    Jefferson County Attorney's Office
    444 South 5th Street
    Louisville, KY 40202
    (502) 574-6333

Cunningham vs. Riley, Mecklenburg County, et
al., in the General Court of Justice, Superior
Court Div., File 00-CVS-17059, State of North
Carolina, County of Mecklenburg
    Scott D. MacLatchie
    Womble, Carlyle, Sandridge & Rice
    301 South College Street
    Charlotte, NC  28202-6025
    (704) 331-4900

Reynolds v. Alleghany County Sheriff's
Department, in the General Court of Justice,
Superior Court Division, File No. 99 CvS 712,
State of North Carolina, County of Wilkes
    Tyrus V. Dahl
    Womble, Carlyle, Sandridge & Rice
    One West Fourth Street
    Winston Salem, NC 27102
    (336) 721-3600

Reasonover and Bufford v. The County of St.
Louis, MO, et al., Cause No. 4:01CV01210CEJ,
in the United States District Court, Eastern
District of Missouri, Eastern Division
    Lori A. Schmidt
    Hinshaw & Culbertson
    1010 Market Street, Suite 1400
    St. Louis, MO 63101-2046
    (314) 241-2600

Depositions
Page 6


Troupe v. Sarasota County Sheriff's Office, AND
Walters v. Sarasota County, United States
District Court, Middle District of Florida, Tampa
Division, Case No. 8:02-CV-53-T-24 MAP
    William M. Rossi
    Deputy County Attorney
    Sarasota County Government
    1660 Ringling Boulevard, Second Floor
    Sarasota, FL 34236
    (941) 861-7272

Smith vs. Lansing Police Officer Walter M. Kim,
et al., United States District Court, Western
District of Michigan, Southern Division, Case
5:01-CV-103
    Paul W. Broschay
    Fieger, Fieger, Kenney & Johnson
    19390 West Ten Mile Road
    Southfield, MI 48075-2463
    (248) 355-5555

Sandra Avosevatm v. Tallahassee Mall Partners,
LTD, et al., In the Circuit Court of Leon County,
Florida, Second Judicial Circuit, Case No. CV-
01-2369
    Ken Abele
    Ausley & McMullen
    P.O. Box 391
    Tallahassee, FL 32302
    (850) 224-9115

Thompson vs. City of Chicago, In the United
States District Court for the Northern District of
Illinois, Eastern Division, Case No. 01-C-8883
    Michael Donovan
    City of Chicago Department of Law
    30 N. LaSalle Suite 1400
    Chicago, IL 60602
    (312) 744-4038

Davis vs. City of Gainesville, at al., Case No.
1:03CV87MMP, United States District Court,
Northern District of Florida, Gainesville Division
    David M. Delaney
    Dell Graham, P.A.
    Post Office Box 850
    Gainesville, FL 32602
    (352) 372-4381

Jackson v. Rite-Aid of Michigan, Inc., et al.,
State of Michigan, In the Circuit Court for the
County of Wayne, 01-111796-NI
    Todd J. Weglarz
    Fieger, Fieger, Kenney & Johnson
    19390 West Ten Mile Road
    Southfield, MI 48075-2463
    (248) 355-5555

Smith v. W&L Motor Lines, Inc.; City of
Frankfort, et al.,Commonwealth of Kentucky,
Franklin Circuit Court, Division I, Civil Action
No. 01-CI-00118
    Michael S. Maloney
    Schiller, Osbourn & Barnes
    1600 One Riverfront Plaza
    401 West Main Street
    Louisville, KY 40202
    (502) 583-4777

Robinson v. The Neiman Marcus Group, Inc.,
No. 98-009719(25), In the Circuit Court of the
17th Judicial Circuit In and for Broward County,
Florida
    Todd McPharlin
    1212 SE 3rd Avenue
    Ft. Lauderdale, FL 33316
    (954) 467-8800

Steve Allred v. City of Mascotte Police
Department, City of Groveland Police
Department, et al.,
    Don Russo
    Law Office of Don Russo, P.A.
    7900 Red Road
    Miami, FL 33143
    (305) 665-7171

Sarah Wertheim vs. Pima County, Tucson Police
Department and the City of Tucson, In the
Superior Court of the State of Arizona, In and
For the County of Pima
    Thomas E. Dugal
    Pima County Attorney
    Civil Division
    32 N. Stone Street, Suite 1500
    Tucson, AZ 85701
    (520) 740-5750

Depositions
Page 7

Sean Miller vs. Carlton Arms of Lakeland, in the Circuit Court of the Sixth Judicial Circuit of the State of Florida, In and for Pinellas County, Civil Action, Case No. 02-3894CI-13, Division 304344
Richard K. Bowers, Jr.
Fowler White Boggs Banker
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 228-7411

Fitzpatrick vs. Coldiron Specialized Driveaway, Inc., d/b/a Quick Silver Towing; Case No. 02-06068, in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division
Ron A. Mattson
Wicker, Smith, O'Hara, McCoy, Graham
& Ford, P.A.
100 North Tampa Street, Suite 3650
Tampa, FL 33602
(813) 222-3939

Jane Doe vs. Louis Sacco individually and in his official capacity, and Miami-Dade County
In the Circuit Court of the 11th Judicial Circuit, In and For Miami-Dade County, Florida, Case No. 00-00391-CA-04
Stephen Stieglitz
Miami-Dade County Attorney
Suite 2810 Metro-Dade Center
111 N.W. 1st Street
Miami, FL 33128-1993
(305) 375-5151

Artie Rodriguez, individually and for the use and benefit of the Walton County Board of County Commissioners vs. John C. Penland, in the Circuit Court in and for Walton County, Florida, Case No. 03-DA 841-9-636704
Kevin J. Carroll
Ausley & McMullen
P.O. Box 391
Tallahassee, FL 32302
(850) 224-9115

Susan K. Chatman et al. vs. Washtenaw County, et al., United States District Court for the Eastern District of Michigan, Southern Division, Case No. 02-71648
Todd J. Weglarz
Fieger, Fieger, Kenney & Johnson
19390 West Ten Mile Road
Southfield, MI 48075-2463
(248) 355-5148

Therese Lore vs. City of Syracuse Police Department, et al., Civ. Action No. 5:00-CV-1833, in the United States District Court for the Northern District of New York
A.J. Bosman
258 Genesee Street
Utica, NY 13502
(315) 865-4772

In the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida, Civil Division Case No. 02-1602-CI-15, Jane Doe v. Peppertree Lake Condominium Association, Inc., and Rampart Properties, Inc.
Dale L. Parker
Fowler White Boggs Banker
P.O. Box 210
St. Petersburg, FL 33731
(727) 896-0601

United States District Court, Eastern District of Michigan, Southern Division, Farid Poles et al. vs. City of Hazel Park, et al.
William McHenry
Fieger Fieger Kenney & Johnson
19390 West Ten Mile Road
Southfield, MI 47075
(248) 355-5555

In the Circuit Court of the 11th Judicial Circuit in and for Dade County, Florida, Case No. 01-15504 CA 23, Brenda M. Gallo vs. Publix Super Markets, Inc. and Hercules Distributing Company
Jeffrey A. Mowers
Pyszka, Blackmon, Levy, Mowers
& Kelley
14750 N.W. 77th Court, Suite 300
Miami Lakes, Fl 33016
(305) 512-3737

In the Circuit Court of the Second Judicial Circuit, In and For Leon County, Florida, Case #03-CA-793, Tara D. Hewitt and Craig B. Hewitt vs. Avis Rent-A-Car, Inc.
David Fonvielle
Fonvielle, Lewis, Foote & Messer
3375 Capital Circle, NE, Building A
Tallahassee, FL 32308
(850) 422-7773

Depositions
Page 8

In the United States District Court, Northern
District of Ohio, Eastern Division, Case No.
1:03CV0595, Peggy Sigley, Administratrix of the
Estate of Daniel P. Davis, Deceased, vs. City of
Parma Heights, et al.
  James A. Climer
  Mazanec, Raskin & Ryder, Co., LPA
  100 Franklin's Row
  34305 Solon Road
  Cleveland, OH 44139
  (440) 248-7905

In the United States District Court, Eastern
District of Michigan, Southern Division, Case
No. 03-70223, Charlene Bobb, Personal
Representative of the Estate of Darrell Dante
Bobb, deceased, vs. City of Inkster, et al.
  Paul Broschay
  Fieger, Fieger, Kenney & Johnson
  19390 West Ten Mile Road
  Southfield, MI 48075-2463
  (248) 355-5555

State of Michigan, In the Circuit Court for the
County of Wayne, Case No. 02-206841-NI
Regona Montgomery, Personal Representative
of the Estate of Charles Mancill, Deceased, v.
Imani Residential Services, Inc., a Michigan
corporation, Josephine House, Nicole Groulx,
Cary Ferrara and KMart Corporation, a Michigan
corporation, Zelma Brown, Jerome Townsend,
Twan Graham and Wayne Center, a Michigan
corporation
  Paul Broschay
  Fieger, Fieger, Kenney & Johnson
  19390 West Ten Mile Road
  Southfield, MI 48075-2463
  (248) 355-5555

Eleanor Quiocho vs. County of Hawaii, Civil No.
02-01-306
  Harry P. Frietas
  Deputy Corporation Counsel
  County of Hawaii
  Office of the Corporation Counsel
  101 Aupuni Street, Suite 325
  Hilo, HI 96720-4262
  (808) 961-8251

In the District Court of Lincoln County,
Nebraska, Denise Wagner, on behalf of the
estate of Mark Wagner, deceased, vs. PPCT
Management Systems, Inc., et al.
  Robert P. Chaloupka
  Chaloupka, Holyoke, Hofmeister,
   Snyder & Chaloupka
  Post Office Box 2424
  Scottsbluff, NE 69353-2424
  (308) 635-5000

McKinney v. Ball University, et al.
  Robert M. Giroux, Jr.
  Fieger, Fieger, Kenney & Johnson
  19390 West Ten Mile Road
  Southfield, MI 48075-2463
  (248) 355-5555

Andrea Chaleen Polcyn vs. J.T. Martin, Brian
Tollison, et al.
United States District Court, District of Greenville
Division
  Stephen R.H. Lewis
  Covington, Patrick, Hagins, Stern &
   Lewis, P.A.
  P.O. Box 2343
  Greenville, SC 29602
  (864) 242-9000

Kaznowski v. City of Phoenix, et al., Maricopa
County Cause No. CV2003-008496
  Charles Callahan
  Holloway Odegard Sweeney &
   Evans, PC
  3101 North Central Avenue, Suite 1200
  Phoenix, AZ 85012-2699
  (602) 240-6670

Rev. Charles A. Tyson, Administrator of the
Estate of Gary C. Tyson vs. City of West Haven
United States District Court for the District of
Connecticut, Civil Action No. 3:04CV860
  Leon M. Rosenblatt
  10 North Main Street
  West Hartford, CT 06107
  (860) 523-8066

Depositions
Page 9

Kim Smith vs. City of San Jose, et al.
In the Superior Court of the State of California,
in and for the County of Santa Clara, Case No.
CV808658
    James Armstrong
    Law Offices of Steven R. Jacobson
    1212 Broadway, Suite 900
    Oakland, CA 94612-1805
    (510)465-1500

Jose Soto and Mary Soto vs. Prison Health
Services, Inc., EMSA Correctional Care, Inc., et
al. In the Circuit Court of the Tenth Judicial
Circuit in and for Polk County, Florida, Case No.
02-CA-3153
    J.P. James
    Gray Robinson Attorneys at Law
    One Lake Morton Drive
    Lakeland, FL 33801
    (863) 284-2200

In the Circuit Court of the 11th Judicial Circuit in
and for Miami-Dade County, Florida, Case No.
04-04344 CA 10
Robin Ellinport, as Guardian of Scott Ellinport,
Ward; Robin Ellinport, individually and as natural
parent of Melissa Ellinport and Max Ellinport,
minor children, vs. Kazi Food of Florida, Inc.,
d/b/a KFC
    Stephen H. Nelson
    Nelson & Freedlander
    Suntrust Bank Building
    777 Brickell Avenue, Suite 1200
    Miami, FL 33131
    (305) 371-7377

United States District Court, Western District of
Michigan, Southern Division, Case No. 4:04 CV
0032
The Estate of David Alan Speers, M.D.,
Deceased, vs. County of Berrien, et al.
    Sean W. Drew
    Drew Law Office
    Post Office Box 880
    Niles, MI 49120
    (269) 683-5121

Robert G. Isetts vs. Borough of Roseland,
Borough of Roseland Department of Police, et
al., Docket No. ESX-L-2480-02
Superior Court of New Jersey, Law Division,
Essex County
    Linda Wong
    Wong & Fleming
    Post Office Box 3663
    Princeton, NJ 08643-3663
    (609) 951-9520

Johnny Coerly v. Town of Franklinton, Civil
Action No. 03-1507
United States District Court, Eastern District of
Louisiana, Section K
    Clay Walker, Attorney
    1700 Irving Place
    Shreveport, LA 71101
    (318) 221-8644

In the Circuit Court for Prince George's County,
Maryland, Civil Action No. CAL01-17636
Corey Beale vs. Prince George's County, et al.
    Steven B. Vinick
    Joseph, Greenwald & Laake
    6404 Ivy Lane, Suite 400
    Greenbelt, MD 20770
    (301) 220-2200

In the Circuit Court of the Nineteenth Judicial
Circuit of Florida, in and for Martin County,
Florida, Civil Division, Case No. 04-781-CA
Glenn Tuhey vs. Robert Crowder, as Sheriff of
Martin County, Florida, et al.
    Richard A. Giuffreda
    Purdy, Jolly, Giuffreda & Barranco, P.A.
    2455 E. Sunrise Blvd., Suite 1216
    Fort Lauderdale, FL 33304
    (954) 462-3200

In the United States District Court for the Middle
District of North Carolina, Civil Action No.
1:04CV00652
Jeanette Rene Abney et al vs. DeputyJoel
Rodney Coe, et al.
    Rachael Daly
    Womble, Carlyle, Sandridge & Rice
    One West Fourth Street
    Winston-Salem, NC 27102
    (336) 721-3685

Depositions
Page 10

In the Circuit Court for the County of Oakland,
State of Michigan, Case No. 04-062242-NO
Tom Briggs, Personal Representative for the
Estate of Thomas E. Briggs, deceased, vs.
Oakland County Supervisor DeVitta, Sgt. Clark,
Deputy Szydlowski, Deputy Hubble, Deputy
Rhyndress, Deputy Jones, Deputy Vasquez,
Sandy Stetz, R.N., Debbie Ipton, R.N., Connie
Zamora, R.N., jointly and severally
    Rebecca S. Walsh
    Fieger, Fieger, Kenney & Johnson
    19390 West Ten Mile Road
    Southfield, MI 48075-2463
    (248) 355-5555

In the Superior Court fo the State of Arizona, in
and for the County of Mohave
Ryan Thomas Meehan, an Incapacitated adult;
Thomas M. Meehan and Caren R. Meehan,
husband and wife, individually and as parents
and natural guardians of Ryan Thomas Meehan
vs. Lake Havasu City, Arizona, a municipal
corporation, Leo Grillas and Stephanie Grillas, et
al., Case No. CV2003-0011
    William G. Fairbourn
    Bonnett, Fairbourn, Friedman
     & Balint, PC
    2901 N. Central Avenue, Suite 1000
    Phoenix, AZ 85012
    (602) 274-1100

In the United States District Court, District of
Minnesota, Case No. 03-CV-5306PAMRLE
Yen Thao, Peter Yang, and Michelle Yang, et al.
vs. City of St. Paul, et al.
    James F.X. Jerskey
    Assistant City Attorney
    City of Saint Paul, Litigation Section
    550 City Hall
    15 West Kellogg Boulevard
    Saint Paul, MN55102
    (651) 266-8770

In the United States District Court, Central
District of Illinois, Urbana Division, Case No. 04-
CV-2048
Lucille Butler, individually, and as Special
Administrator of the Estate of Kevin Lucas,
Deceased, vs. Vermillion County Sheriff,
KennethO'Brien, et al.
    Dennis DeCaro
    Kupets & DeCaro
    30 N. Lasalle Street, Suite 4020
    Chicago, IL 60602
    (312) 372-4444

United States District Court, Eastern District of
Michigan, Southern Division, Case No. 03-
327778NH
Stephanie Williams, Individually, and as Next
Friend of Terrance Williams, Jr., a Minor, and
Terrance Williams, Individually vs. City of Grosse
point Park, a municipal corporation, and Officer
John Doe, Jointly and Severally
    Todd J. Weglarz
    Fieger, Fieger, Kenney & Johnson
    19390 West Ten Mile Road
    Southfield, MI 48075
    (248) 355-5555

In The Circuit Court, 15th Judicial Circuit, Palm
Beach County, Florida
Larry A. Brown vs. Richard Wille, Sheriff, Palm
Beach County
    J.P. James, III
    Gray Harris Robinson Lane Trohn
    Post Office Box 3
    Lakeland, FL 33802-0003
    (863) 284-2200

United States District Court, Western District of
Louisiana, Shreveport Division, Civil Action:
CV04-2580-S
Kathleen Marie Elliott, et al, vs. Larry C. Deen, et
al.
    Joseph W. Greenwald, Jr.
    Greenwald Law Firm, LLC
    401 Market Street, Suite 1200
    Shreveport, LA 71101
    (318) 227-9005

Depositions
Page 11

In the United States District Court, District of
Connecticut, No. 3:05CV1436 (JCH)
Ayfer Kaya, et al. vs. The City of New London,
et al.
     Daniel C. DeMerchant
     Howd & Ludorf, LLC
     65 Wethersfield Avenue
     Hartford, CT 06114-1190
     (860) 249-1361

In the United States District Court for the
Eastern District of North Carolina, Western
Division, Civil Action 7:03 CV244-FL
Hilarie G. Scarbro, Administratrix of the Estate
of Gary Eugene Rummer vs. New Hanover
County Health Department, et al.
     J. Dwight Hudson
     Hudson Law Offices
     1203 - 48th Avenue North, Suite 111
     Myrtle Beach, SC 29577
     (843) 692-9889

In the United States District Court for the
Western District of North Carolina, Ashville
Division, Case No. 1:06-CV-00135
Ralph H. Cloaninger v. John T. McDevitt, et al.
     Sean F. Perrin
     Womble Carlyle Sandridge & Rice
     One Wachovia Center, Suite 3500
     301 South College Street
     Charlotte, NC 28202-6037
     (704) 331-4992

In the Superior Court of the State of Arizona In
and For the County of Maricopa, Case No.
CV2004-004221
Linda Evans, personal representative of the
Estate of Brian Scott Crenshaw, deceased,
Linda Evans and Kim "Ken" Crenshaw, surviving
parents of Brian Scott Crenshaw vs. Maricopa
County, a public entity, et al.
     Mark E. Johnson
     Stinson, Morrison, Hecker, LLP
     1850 North Central Avenue, Suite 2100
     Phoenix, AZ 85004-4584
     (602) 279-1600

In the United States District Court, Eastern
District of Michigan, Case No. 04-75001
Kelli Berti, as Personal Representative of the
Estate of Larry Berti v. Renella Thomas, R.N.,
County of Wayne, et al.
     Arnold J. Matusz
     Fieger, Fieger, Kenney & Johnson
     19390 West Ten Mile Road
     Southfield, MI 48075
     (248) 355-5555

In the United States District Court for the Middle
District of Florida, Tampa Division, Case No.
8:05 CV 1392 T30TBM
Gerrese Daniels vs. Prison Health Services, Inc.,
Carl J. Keldie, M.D., Sabrina H. Lasker, Barbara
Burke, Monica Hole, and William Balkwill in his
official capacity as Sheriff of Sarasota County
Sheriff's Office
     Frederick J. Elbrecht
     Deputy County Attorney
     1660 Ringling Boulevard, Second Floor
     Sarasota, FL 34236
     (941) 861-7272

In the United States District Court, Eastern
District of California; Case No. 2:05-CV-02270-
WBS-GGH
Heather Marie Ewing, et al. vs. State of
California, et al.
     Monique Alonso
     Gross & Belsky, LLP
     180 Montgomery Street, Suite 2200
     San Francisco, CA 94104
     (415) 544-0200

State of Michigan, In the Circuit Court for the
County of Wayne; Case No. 06-613-107 NO
Bobbie Jo Wethington, Personal Representative
for the Estate of Anthony Scott, Deceased, vs.
Detroit Police Officer Rodney Ballinger, Detroit
Police Officer Michael Reizin, in their individual
and official capacities, and the City of Detroit, a
municipal Corporation
     Paul Broschay
     Fieger, Fieger, Kenney & Johnson
     19390 West Ten Mile Road
     Southfield, MI 48075-2463
     (248) 355-5555