IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

RODERICK CLARK MILLER  PLAINTIFF

VERSUS  CASE NO. 1:07cv541LG-JMR

RICK GASTON, ET AL.  DEFENDANTS

### AFFIDAVIT

PERSONALLY appeared before me, RICK GASTON, who, after being placed under oath, did depose and state the following to-wit:

1. I am not a convicted felon and am of sound and disposing mind and memory, and have personal knowledge to all facts contained in this Affidavit.

2. I have never talked to Roderick Miller.

3. I have never heard Roderick Miller speak.

4. I have never heard, been made aware of, nor had any knowledge of any misconduct in the Booking Department at the Harrison County Adult Detention Center at all relevant times to this lawsuit.

5. I have never heard, been made aware of, nor had any knowledge of any mistreatment to Roderick Miller by any employee employed in the Booking Department at the Harrison County Adult Detention Center at all times relevant to this lawsuit.

6. At all relevant times in this lawsuit, I was acting within the course and scope of my employment as Supervisor of Booking, with the rank of Captain, at the Harrison County Adult Detention Center.

7. At all relevant times in this lawsuit, myself and my subordinates were abiding by official policy at the Harrison County Adult Detention Center.

8. The policies in Booking at the Harrison County Adult Detention Center regarding inmates requests for medications were followed at all relevant times in this lawsuit.

9. I did not conspire with any individual to harm Roderick Clark Miller

1

10. I am not aware of any instance wherein any of my subordinates while employed as Booking Supervisor at the Harrison County Adult Detention Center, at all relevant times herein, spoke of harming any inmate, including Roderick Clark Miller.

11. I am not, and was not, aware of any pattern of misconduct by Booking officers at the Harrison County Adult Detention Center, at all relevant time in this lawsuit.

FURTHER AFFIANT SAYETH NOT.

_____
RICK GASTON

SWORN TO AND SUBSCRIBED BEFORE ME, THIS _____ DAY OF _____, 2007.

_____
NOTARY PUBLIC

My Commission Expires:

_____