# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**RODERICK CLARK MILLER**                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:07cv541LG-JMR**

**HARRISON COUNTY, MISSISSIPPI, by and through
its Board of Supervisors, HARRISON COUNTY
SHERIFF DEPARTMENT, SHERIFF GEORGE
PAYNE, officially and in his individual capacity,
DIRECTOR OF CORRECTIONS MAJOR DIANNE
GATSON-RILEY, officially and in her individual
capacity, BOOKING SUPERVISOR CAPTAIN RICK
GASTON, officially and in his individual capacity,
TRAINING DIRECTOR CAPTAIN PHIL TAYLOR,
officially and in his individual capacity, CENTRAL
CONTROL OFFICER PRESTON WILLS, officially
and in his individual capacity, BOOKING ROOM DEPUTY
JERRED MARK NECAISE, officially and in his individual
capacity, BOOKING ROOM DEPUTY CATHERINE
PAVOLINI, officially and in her individual capacity,
AMERICAN CORRECTIONAL ASSOCIATION, and
OTHER UNKNOWN JOHN and JANE DOES A-Z, also in
their official and individual capacities**            **DEFENDANTS**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT OF WARDEN DONALD CABANA
### HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority

in and for the County and State aforesaid, the within named, DONALD CABANA, who,

after first being duly sworn by me on his oath, did depose and state the following:



EXHIBIT

tabbies

A

1.      My name is DONALD CABANA, and I am over the age of twenty-one (21) years.  I am a Major with the Harrison County Sheriff's Office and I am the Director of Corrections for the Harrison County Adult Detention Center and have held this position since August 18, 2006.  I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2.      As Director of Corrections for the Harrison County Sheriff's Office, I have first hand knowledge of the maintenance and/or storage of records of the Harrison County Sheriff's Office for the Adult Detention Center and what those records reflect, including inmate medical records, inmate court records, and policies of the Harrison County Sheriff's Office.

3.      I have attached hereto as **Exhibit "1**" relevant portions of Roderick Clark Miller's inmate records.  They are a true and correct copy of Plaintiff's inmate records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

4.      I have attached hereto as **Exhibit "2"** relevant portions of Miller's medical records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention

Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

_____
Affiant/Donald Cabana
Harrison County, Mississippi

Sworn to and subscribed before me on this the _7th_ day of _July_, 2008.

_____
Notary Public

My Commission Expires:

_____

(SEAL)

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 28, 2008
BONDED THRU STEGALL NOTARY SERVICE

**HARRISON COUNTY**
**SHERIFF'S OFFICE**

**OFFENSE FORM I**

INCIDENT NUMBER: 04-27837

☐ JUVENILE INVOLVED

| OFFENSE | | | | |
|---|---|---|---|---|
| 1. Type Offense: Domestic Violence (Simple Assault) | 2. Code | 3. Type Offense | 4. Code | 5. Offense Occurred |
| 6. Date Offense Reported: 04-17-04 | | 7. Time Offense Reported: 1618 | | Earliest Date: 04-17-04 / Latest Date: 04-17-04 |
| 8. Location of Offense (Street Address): 18049 Old Hwy 49 Apt. A  Saucier, MS 39574 | | | | Time: 1618 / Time: 1657 |
| 9. Firm Name (If Commercial): N/A | | 10. Grid: 11G | 11. Patrol Area: C-1 | 12. Shift: Evening | 13. Day(s) of Week Occured: S M T W T F (S) |

**VICTIM/WITNESS**

| 14. Victim's Name (Last, First, Middle): Hahn Veronica L. | 15. Residence Address: 18049 Old Hwy 49 Apt. A Saucier, MS 39574 | 16. Res. Phone: 832-5171 |
|---|---|---|
| 17. Victim DOB: 10-12-78 | 18. Sex: F | 19. Race: W | 20. Employer/School: Memorial Hospital | 21. Business/School Address: 4500 13th Street Gulfport, MS | 22. Bus. Phone: 863-5307 |
| 23. ☐ V ☑ RP ☐ W ☐ P | 24. Name (Last, First, Middle): Judy Coley | 25. Residence Address: on file | 26. Res. Phone: on file |
| 27. DOB: On File | 28. Sex: M | 29. Race: W | 30. Employer/School: Harrison County S.O. | 31. Business/School Address: P.O. Box 1480 | 32. Bus. Phone |
| 33. ☐ V ☐ RP ☐ W ☐ P | 34. Name (Last, First, Middle) | 35. Residence Address | 36. Res. Phone |
| 37. DOB | 38. Sex | 39. Race | 40. Employer/School | 41. Business/School Address | 42. Bus. Phone |
| 43. Victim/Suspect Relationship: 1 2 3 ☐☐☐ Stranger   1 2 3 ☐☐☐ Acquaintance   1 2 3 ☐☐☐ Relative  N/A | | | | | 44. ☐ Alcohol Related ☐ Drug Related |

**PROPERTY**

| 45. Status** | 46. Qty. | 47. Article | 48. Brand, Make or Manufacturer | 49. Model Name and Number | 50. Description (Color/Size) | 51. Serial No. And/Or Owner Applied No. | 52. Value |
|---|---|---|---|---|---|---|---|
| ☑E ☐O ☐S ☐R ☐D | 01 | Camera | Kodak | Fun Saver | 35mm | N/A | N/A |
| ☐E ☐O ☐S ☐R ☐D | | | | | | | |
| ☐E ☐O ☐S ☐R ☐D | | | | | | | |
| ☐E ☐O ☐S ☐R ☐D | | | | | | | |
| ☐E ☐O ☐S ☐R ☐D | | | | | | | |
| ☐E ☐O ☐S ☐R ☐D | | | | | | | |
| ☐E ☐O ☐S ☐R ☐D | | | | | | | |
| ☐E ☐O ☐S ☐R ☐D | | | | | | | |

**VEHICLE**

| VEHICLE ☐E ☐O ☐S ☐R ☐D | 53. License No. | 54. State | 55. Veh. Yr. | 56. Make/Style | 57. Model | 58. Color/Color | 59. Value |
|---|---|---|---|---|---|---|---|
| 60. VIN Number | | 61. Vehicle Marks/Damage/Decals/Comments | | | | | |

**NARRATIVE**

62. Narrative of Offense (Attach Additional Narrative If Needed)

On 04-17-04 I was dispatched to the address above on a Domestic Violence call. Upon arrival I spoke to V. Hahn. Ms. Hahn stated that her live in boyfriend, R. Miller had hit her several times in the face and scratch her several times on the chest. Ms. Hahn stated Mr. Miller was taking a bath when her baby, accidentally dropped his cell phone in the tub. Ms. Hahn stated Mr. Miller then threw a cup of water into the child's face. Ms. Hahn stated she grabbed Mr. Miller to

| 63. Evidence Disposition (Location): CID Evidence Box | 63A. Complainant/Victim Signature: |
|---|---|

**MOI**

64. MOI (Reverse Side)

| | CODE | | CODE |
|---|---|---|---|
| 1. Type of Premise | | 7. Weapon Type | |
| 2. Object of Attack | | 8. Use of Weapon | |
| 3. Point of Entry | | 9. Method of Departure | |
| 4. Method of Entry | N/A | 10. Demeanor of Suspect | N/A |
| 5. Method of Attack (Person) | | 11. Evidence Obtained | |
| 6. Method of Attack (Property) | N | 12. Place of Offense | N |
| | | 13. Solvability Factors | |

65. OFFENSE STATUS

OPEN
☐ 60 Suspended Inactive
☐ 63 Patrol Follow-Up
☐ 66 Detective Follow-Up
  Signed Affidavit
  ☑ Yes
  ☐ Will

CLOSED
☑ 10 Cleared Adult Arrest
☐ 20 Cleared Exceptional Adt.
☐ 30 Cleared Juvenile Custody
☐ 40 Cleared Exceptional Juv.
☐ Cleared Exception

EXHIBIT
tabbies
A-1

| 66. Reporting Officer: No. 11 Name: C. Judy | 67. Division: Patrol | 68. Reviewing Supervisor: No. 63 Name: JPC | Status |
|---|---|---|---|
| 70. Follow-Up Officer: No. Name | 71. Date/Time Assigned | 72. Attachments ☑ Narrative ☐ Offense Form II ☑ Custody Form | ☐ Other (Describe) Property Invoice, statements/Medical |

V-Victim    RP-Reporting Party    **Status: E-Evidence    S-Stolen         White-Records
W-Witness   P-Parent                        R-Recovered    D-Damaged       Canary-Crime Analysis

Pink-Court/Records
Gold-Reporting Officer/NCIC

**Harrison County Sheriff's Office**

| | | Case Number |
|---|---|---|
| ☐ Juvenile Involved | NARRATIVE FORM | 04-22837 |

| ☐ Original Report | Type Incident/Crime: | Date of This Report | Date of Original Report |
|---|---|---|---|
| ☑ Offense Supplement | Domestic Violence | 04-17-04 | 04-17-04 |
| ☐ Custody Supplement | Suspect/Victim Name | List Complaint Numbers of Connected Cases | |
| ☐ Other | Veronica L. Hahn | 01 | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|

protect her baby. Ms. Hahn stated Mr. Miller then pushed her on to the floor and punched her several times in the face and ripped her shirt off. Ms. Hahn stated that she went to call for help but Mr. Miller took the phone off the hook. Ms. Hahn stated she grabbed her baby and went into the baby's room. Ms. Hahn stated Mr. Miller then entered the baby's room and she started screaming for help, picked up her baby and exited the room and the apartment. Ms. Hahn stated a neighbor upstairs heard her screaming and called the sheriff's department. I noticed swelling to the left side of Ms. Hahn's face and her lip busted. Mr. Miller stated that he did throw water on the baby but he did not hit Ms. Hahn. Mr. Miller stated after he threw the water on the baby Ms. Hahn attacked him. Mr. Miller stated that he was protecting himself from Ms. Hahn. I noticed a scratch mark on Mr. Miller's neck. Ms. Hahn stated that they have been living together for a year and that the baby is not Mr. Miller's baby. I then arrested Mr. Miller for Domestic Violence (Simple Assault). Ms. Hahn signed charges for Domestic Violence (Simple Assault) and she was given a victim's rights packet. I then transported Mr. Miller to the jail

**DISPOSITION**
- ☑ A. Cleared Adult Arrest
- ☐ B. Cleared Exceptional Adult
- ☐ C. Cleared Juvenile Custody
- ☐ D. Cleared Exceptional Juvenile
- ☐ E. Unfounded
- ☐ F. Other — Cleared Exceptional
- ☐ G. Suspended Closed

Inmate Jacket 0015

| Reporting Officer: | Division | Reviewing Supervisor: | Disposition Date |
|---|---|---|---|
| No. 41  Name C. Juby | Patrol | No. 63  Name ___ | 04-11-04 |

CP    White = Records    Canary = Agency Use    Pink = Court/Detectives    Gold = Shift Capt/Jail    Page 02 of 02

JUVENILE INVOLVED UNIFORM ARREST/BOOKING FORM

Booking Number: **04-27837**

| BILOXI ☐ | GULFPORT ☐ | LONG BEACH ☐ | PASS CHRISTIAN ☐ |
|---|---|---|---|
| D'IBERVILLE ☐ | HARRISON COUNTY ☑ | OTHER ☐ | |

**Full Name of Person Arrested (Last, First, Middle)** MILLER Roderick C.
**Alias, Maiden, or Nickname**

**Address of Defendant** | **Street / House Number** 18046 Old Hwy 49 Apt A | **City / State** Saucier, MS 3957 | **Home Telephone Number** (228) 832-5171 | ☐ None

**DL State** MS | **DL Number** 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 | ☐ None ☐ Expired ☐ Suspended | **DL Type** ☐ Operators ☐ Commercial | **DL Expiration Date**

**Occupation and Employer** Beau Rivage CASINO ☐ Unemployed | **Social Security Number** ☐ Same as DL

| Age 37 | Sex M | Race W | Height 5'7 | Weight 150 | Hair BRO | Eyes BRO | Scars, Birth Marks, Tatoos, Amputations |

**Date of Birth** 12-20-65 | **Place of Birth (City & State)** Little Rock Arkansas | **Contact in Event of Emergency** None Stated | **Relationship**

**Contact's Address** None Stated | **Street / House Number** | **City / State** | **Home Telephone Number** ( ) | **Business Telephone Number** ( )

**Date of Arrest** 01-17-04 | **Day of Arrest** S M Tu W Th F (Sa) | **Time of Arrest** 1632 | **Location of Arrest** 18046 Old Hwy 49 Apt A Saucier, MS | **PLEA** | **COURT CLERK USE ONLY** Disposition

| Charge / Offense Domestic Violence (Simple Assault) | ☐ Felony ☐ Misdemeanor ☐ Traffic | Date of Offense 01-17-04 | Court Date / Time 05-26-04 / 0900 | Bond Amount 0 | TO BE SET AT INITIALS |
| Charge / Offense | ☐ Felony ☐ Misdemeanor ☐ Traffic | Date of Offense | Court Date / Time | Bond Amount | |
| Charge / Offense | ☐ Felony ☐ Misdemeanor ☐ Traffic | Date of Offense | Court Date / Time | Bond Amount | |
| Charge / Offense | ☐ Felony ☐ Misdemeanor ☐ Traffic | Date of Offense | Court Date / Time | Bond Amount | |
| Charge / Offense | ☐ Felony ☐ Misdemeanor ☐ Traffic | Date of Offense | Court Date / Time | Bond Amount | |

**CUSTODY STATUS:**
☐ Released – NO Charge ☐ County Jail
☐ Released – Summons ☐ Juvenile Shelter
☐ Pre-Trial Release ☐ Juvenile Detention
☐ Bond Company
☐ Cash Bail Receipt #

☐ Family Court
☐ Municipal Court 1st 2nd
Judicial
Justice ☒
Circuit ☐
Chancery

**Check All Items That Apply**
☐ Drinking ☐ Cooperative
☐ Drunk ☐ Resistive
☐ Drugs ☐ Belligerant

**Bond Authorized By** | **Total Bond** Bond To be set at Initials
**Judge** N/O Judge Lodder
HCSC
Municipal Court

**Arresting Officer (ID # and Name)** 41 C. Judy
**Assisting Officer(s) (ID # and Name)**
**Transporting Officer (ID # and Name)** 41 C. Judy

**How was Arrest Made?** ☐ On View ☐ On Call ☐ Warrant | **Other Persons Arrested for Same Offense** ☐ None | ☑ None
Judge | Date of Warrant | 1

| White Fingerprint & Photographed | Properly Booked | Yes Y | Read | Yes Y | Refused | Detective Notified | No X |
| Statement | YNO | By | XNO | | AND | | No X |
| Weapon | | Authorized By | | | | Name Sgt. Blackwell |

**Defendants Rights Given By** N/A | **Date** N/A | **Time** N/A | **Place** N/A | **Witness(es)** N/A | ☐ Verbal ☐ Form

**Detention Date/Time** 041704 / 1821 | **Officer (# & Name)** 221 CJ | **Property** | **Phone Call Made** ☐ Yes ☐ No # Called: | **Court Clerk Use Only** Docket #: 257393

**Facility** Adult Detention ☐ Juvenile Detention ☐ Shelter ☐ | **Cell** | **Fingerprints** Yes ☐ No ☐ | **Mug Shot Taken** Yes ☐ No ☐ | Line # _____ Page # ____ Book #

**Release Date/Time** 041804 | **Officer (# & Name)** CRaw 280 | **Release Status (Bond or Time Served, Etc.)** 1-Able Bond. | **Sheriff's Receipt #** | DOC

| NCIC ☐ Negative ☐ Hit | NCIC #: | Charges | Agency |
| DOC ☐ Negative ☐ Hit | ☐ Probation ☐ Parole | County | Offense | Case Supervisor |
| Old Fines ☐ Negative ☐ Hit | Amount | Total Days GT: | Docket Number | Case Number |

**Juvenile-Parent or Guardian Name** | **Address** | **Street / House Number** | **City / State** | **Telephone #** | **Contacted By**

**What Prompted Arrest** 03 of 04

Inmate Jacket 0016

04-278

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## PROPERTY INVOICE

| Case Number: 04-2783? | Officer: C. Judy | Date: 04-17-04 | ID Nº: 41 |
|---|---|---|---|

| Name: Veronica L. Hahn | D.O.B.: 10-13-78 | Race: W | Sex: F |
|---|---|---|---|

Address: 18049 Old Hwy 49 Apt. A   Street   Sancier, MS 39574   City / State

☒ Victim    ☐ Suspect    ☐ Owner    ☐ Finder    Phone Number: 832-5171

Nature of Case: Domestic Violence (Simple Assault)

Was there an arrest?: ☒ Yes    ☐ No    Name: Roderick C. Miller

Where was the property recovered from?: 03 Pictures of victims face and 01 Picture of suspect neck

| Item # | Item Description | Serial # | Currency | Bin # |
|---|---|---|---|---|
| 1 | Kodak Fun Saver 35mm Camera | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CHAIN OF CUSTODY

| Possession | Date | Possession | Date |
|---|---|---|---|
| From: C. Judy 41 | 04-17-04 | From: | |
| To: CID Evidence Box | 04-17-04 | To: | |
| From: | | From: | |
| To: | | To: | |
| From: | | From: | |
| To: | | To: | |

Remarks: _____
_____
_____
_____

Delivered to:    ☒ Property Room    ☐ Other: _____

Distribution:    **White Original** - Property Room Files    **Second White Copy** - Records    **Third White Copy** - Investigators    **Fourth White Copy** - Receipt

Property Invoice

Inmate Jacket   0017    Page 04 of 04    .ison County Sheriff's Dept.







# BOOKING REPORT

# Harrison County Sheriff's Office

# MILLER,RODERICK CLARK



| | | | |
|---|---|---|---|
| Agency ID | : CJ000257393 | Race | : W |
| Date of Birth | : 19651220 | Sex | : M |
| Place of Birth | : LITTLE ROCK,AR | Weight | : 150 |
| Social Security | : 436829216 | Height | : 507 |
| Occupation | : BEAU RIVAGE CASINO | Hair | : BRO |
| Alias | : | Eye | : BRO |

Inmate Jacket 0025

# HARRISON COUNTY ADULT DETENTION FACILITY

## Classification Record
### I. Assessment/Reassessment

*medical !!!*

Name: _Amber Roderick_    DOB: _12/20/85_

Social Security #: _436829216_    BSC: _H_    Doc #: _257393_

Current Charges: _Domestic Violence_    ( M or F )    Sentenced    Pre-trial

*NB*    Custody Level Decision: _Minimum_

Housing Assignment: _D_    _E_    _DAY_
                    Block    Section    Cell

## CHECK LIST

|                              | YES | NO |
|------------------------------|-----|-----|
| Chaplain Form Complete       |     | X  |
| Handbook Provided            | ✓   |     |
| Visitation Form Complete     | ✓   |     |
| Special Skills _____  |     | ✓  (list skills verbalized) |
| ID Band Issued               | X   |     |
| Property Receipt Copy        | ✓   |     |
| Religion Preference          | Baptist |  |

## SPECIAL SKILLS

INMATE CAN READ    Yes _X_    No ____

INMATE CAN WRITE    Yes _✓_    No ____

PHYSICAL CONDITION    Poor ____    Good _✓_    Fair ____    (Visual Appearance)

*Comments* _copy to forwarded to medical 4/18/04_

LANGUAGE    English _✓_    Spanish ____    Other _____

NOTES: _Head aches  CAT-scan x week for_
_neurological problems_

_[signature]_
Classification Officer

_322_
Badge #

_4/18/04_
Date

_[signature]_
Inmate's Signature

_4-18-04_
Date

Page 1 of 5

Inmate Jacket  0030

# INITIAL CLASSIFICATION ASSESSMENT SCALE

II.    CUSTODY EVALUATION

1.    SEVERITY OF CURRENT CHARGES/CONVICTIONS (Use Severity of Offense Scale; rate most serious charge/conviction, including any detainers/warrants)

| | | |
|---|---|---|
| Low | 0 | |
| Moderate | 2 | |
| High | 5 | |
| Highest | 7 | |

Score

2.    SERIOUS OFFENSE HISTORY (Use of Offense Scale; rate most serious prior conviction)

| | | |
|---|---|---|
| None or Low | 0 | |
| Moderate | 1 | |
| High | 4 | |
| Highest | 7 | |

Score

3.    ESCAPE HISTORY (Excluding current charges)

| | |
|---|---|
| No escapes or attempts | 0 |
| Walkway or attempted escape from minimum security facility or failure to return from authorized absence | 3 |
| Escape or attempted escape from medium or maximum security setting | 7 |

Score

MAXIMUM CUSTODY SCORE (Add Items 1, 2, and 3)

Score

SCORE OF 7 OR HIGHER, ASSIGN TO MAXIMUM CUSTODY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Always complete remaining items, but do not total score if inmate has already been assigned to maximum custody.)

4.    INSTITUTIONAL DISCIPLINARY HISTORY

| | |
|---|---|
| None or minor with no segregation time | 0 |
| 1 or more major disciplinary reports and /or time in segregation | 3 |

Score

5.    PRIOR FELONY CONVICTIONS (Excluding current charges)

| | | |
|---|---|---|
| None | 0 | |
| One | 2 | |
| Two or more | 4 | |

Score

Score

6.    ALCOHOL/DRUG ABUSE

| | |
|---|---|
| No social, economic or legal problems related to abuse | 0 |
| Abuse resulting in social, economic or legal problems | 1 |

Score

7.    Abuse resulting in assaultive behavior    3

Score

Inmate Jacket   0031

8. STABILITY FACTORS (Deduct indicated points)

Age 26 or over        -1

Employed or attending school for 6 months prior to arrest    -1

Lived at same address for 12 or more months prior to arrest    -1

No Rule violation in past 6 months    -1

_-3_

Score

Score

## III.  SCALE SUMMARY AND RECOMMENDATIONS

A. CUSTODY LEVEL INDICATED BY SCALE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Code

1 - Minimum      2 - Medium      3 - Maximum

### Custody Classification Chart

| | | |
|---|---|---|
| 7 or more points on items 1 - 3 | . . . . . . . . . . . . . . | Maximum |
| 5 or fewer points on items 1 - 7 with detainer/warrant | . . . . . . . . . . . . . . | Medium |
| 6 to 10 points on items 1 - 7 | . . . . . . . . . . . . . . | Medium |
| 5 or fewer points on items 1 - 7 | . . . . . . . . . . . . . . | Minimum |
| 11 or more points on items 1 - 7 | . . . . . . . . . . . . . . | Maximum |

B. CHECK (X) ALL THE SPECIAL MANAGEMENT CONCERNS WHICH APPLY TO THIS INMATE:

| | |
|---|---|
| _____ Protective Custody | _____ Known Management Problem |
| _____ Psychological Impairment | _____ Suspected Drug Trafficker |
| _____ Mental Deficiency | _____ Suicide Risk |
| _____ Serious Violence Threat | _X_ Medical Problem _headachy 3_ |
| _____ Known Gang Affiliation | _____ Physical Impairment |
| _____ Substance Abuse Problem | _____ Other (specify):_____ |

C. OVERRIDE OF SCALE CUSTODY LEVEL IS RECOMMENDED. . . . . . . . . . . . . . . . . . . . . . . . . _____

Code

1 - Yes      2 - No

If yes, give rationale (required): _____

_____

D. RECOMMENDED CUSTODY LEVEL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Code

1 - Minimum      2 - Medium      3 - Maximum

Officer's Signature _____ Date _____

Inmate Jacket   0032

**IV.    SUPERVISOR APPROVAL OF OVERRIDE**

    **A.  RECOMMENDED CUSTODY LEVEL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

          _Code_

        1 - Approved        2 - Disapproved (Complete B.)

    **B.  FINAL CUSTODY LEVEL (IF OVERRIDE DISAPPROVED)** . . . . . . . . . . . . . . . . . . . . .

          _Code_

        1 - Minimum      2 - Medium      3 - Maximum

    Rationale (required if different from recommendation): _____

_____

    Supervisor's Signature _____ Date _____

**V.    RECOMMENDED HOUSING ASSIGNMENT**

    Location: _____

Inmate Jacket   0033

# AFFIDAVIT - COUNTY OF HARRISON
## _1st_ JUDICIAL DISTRICT
## STATE OF MISSISSIPPI

CASE # 04 - 27837

Before me, Justice Court Judge/Clerk/Notary Public of Harrison County, _1st_ Judicial District, State of Mississippi,

VERONICA HAHN  makes affidavit on information that  Roderick C. Miller

on or about the _17TH_ day of _April_ , 20_04_, in the said County aforesaid in Justice's District,

did purposely, knowingly and unlawfully commit an act of domestic violence in that he/she caused bodily injury to (name of victim) Veronica L. Hahn by (describe act) punching her several times upon the face

(name of victim) Veronica L. Hahn had the following relationship* to (name of defendant) Roderick C. Miller at the time of the assault: Live-in boyfriend of one year.

## DOMESTIC VIOLENCE – SIMPLE ASSAULT
[97-3-7 ( 3 )]

* Acceptable relationships: current or former spouse, individual with whom the defendant has had a biological or legally adopted child, family or household member who resides or formally resided with the defendant, person with whom the defendant has a dating relationship [relationship of an intimate or romantic nature]

_____
Affidavit's Signature

Sworn and subscribed before me this _17 TH_ day of _April_ , 20_04_

MY COMMISSION EXPIRES JUNE 14, 2005

_____
~~Justice Court Judge/Clerk~~/Notary Public

Inmate Jacket  0021

JMN    LE505S01    04/17/2004    HARRISON COUNTY ADC    Page    2
PROPERTY ACQUIRED/ISSUED

NAME MILLER,RODERICK CLARK    BOOKING DATE 4-17-2004 TIME 18:21    DOCKET NUMBER CJ    257393
SOCIAL SECURITY 436829216    BIRTH DATE  12-20-1965    SEX M  RACE W

| ACQUIRED DATE | OFFICER | ITEM | DESCRIPTION | FROM |
|---|---|---|---|---|
| 4/17/2004 | 221 | PANTS | BLACK | MILLER |
| 4/17/2004 | 221 | SHOES | X2 BLACK | MILLER |
| 4/17/2004 | 221 | WATCH | BLACK | MILLER |
| 4/17/2004 | 221 | KEYS | 1 SET | MILLER |
| 4/17/2004 | 221 | OTHER | CELL PHONE | MILLER |
| 4/17/2004 | 221 | SHIRT | WHITE | MILLER |
| 4/17/2004 | 221 | WALLET | WITH CONTENTS | MILLER |
| 4/17/2004 | 221 | OTHER | LOOSE CHANGE | MILLER |

| ISSUED DATE | OFFICER | ITEM | DESCRIPTION | FROM |
|---|---|---|---|---|
| 4/17/2004 | 221 | BLANKET | | BOOKING |
| 4/17/2004 | 221 | CUP | | BOOKING |
| 4/17/2004 | 221 | SOAP | | BOOKING |
| 4/17/2004 | 221 | SANDALS | TWO | BOOKING |
| 4/17/2004 | 221 | MATTRESS | | BOOKING |
| 4/17/2004 | 221 | MATT COVER | | BOOKING |
| 4/17/2004 | 221 | PANTS | | BOOKING |
| 4/17/2004 | 221 | PROP SHEET | | BOOKING |
| 4/17/2004 | 221 | SPOON | | BOOKING |
| 4/17/2004 | 221 | T SHIRT | | BOOKING |
| 4/17/2004 | 221 | SHEET | | BOOKING |
| 4/17/2004 | 221 | TOOTHBRUSH | | BOOKING |
| 4/17/2004 | 221 | TOOTHPASTE | | BOOKING |
| 4/17/2004 | 221 | TOWEL | | BOOKING |

ARRESTEE/INMATE SIGNATURE: _____    DATE: _____

BOOKING OFFICER SIGNATURE: _____    BADGE NO: _____

JMN          LE507S01        04/17/2004        HARRISON COUNTY ADC                    Page    2
                                              BOOKING FORM

NAME MILLER,RODERICK CLARK              BOOKING DATE  4-17-2004 TIME 18:21 DOCKET NUMBER CJ      257393
SOCIAL SECURITY 436829216              BIRTH DATE   12-20-1965          SEX M  RACE W
                                       BOOKING OFFICER


            FELONY CHARGES                                          BOND
ID          CHARGE CODE DESCRIPTION    CASE AGENCY    NUMBER        TYPE  AUTHORITY                      AMOUNT
  1421046  DOMESTIC VIOLENCE           2400                         NB   LADNER,LOUISE JUSTICE COU
4/17/2004 BSC        H
4/17/2004 CHRGSTAT NI    CHARGE ID 001421046
4/17/2004 MEDICAL  ADD

Inmate Jacket  0024

Arrest No: CJ      257393 File #      23345 Name MILLER,RODERICK CLARK

| Date | Time | Type | Code | Comment |
|------|------|------|------|---------|
| 04/17/2004 | 18:21 | PERSON | ADD | |
| 04/17/2004 | 18:37 | BSC | H | |
| 04/17/2004 | 18:57 | CHRGSTAT | NI | |
| 04/17/2004 | 19:02 | PROPERTY | ACQ | PANTS        BLACK |
| 04/17/2004 | 19:02 | PROPERTY | ACQ | SHOES        X2 BLACK |
| 04/17/2004 | 19:02 | PROPERTY | ACQ | WALLET       WITH CONTENTS |
| 04/17/2004 | 19:03 | PROPERTY | ISS | BLANKET |
| 04/17/2004 | 19:03 | PROPERTY | ISS | CUP |
| 04/17/2004 | 19:03 | PROPERTY | ISS | PROP SHEET |
| 04/17/2004 | 19:03 | MEDICAL | ADD | |
| 04/18/2004 | 10:40 | CHARGE | MOD | BOND RED A/O LADNER PER TELECOM |
| 04/18/2004 | 10:40 | CHRGSTAT | BR | |
| 04/18/2004 | 14:01 | MOD | | CLASSIFIED MINIMUM RECIEVED INMATE HANDBOOK BC |
| 04/18/2004 | 17:47 | RELEASED | | |
| 04/18/2004 | 17:47 | PROPERTY | REL | PANTS        BLACK |
| 04/18/2004 | 17:47 | PROPERTY | REL | SHOES        X2 BLACK |
| 04/18/2004 | 17:47 | PROPERTY | REL | OTHER        LOOSE CHANGE |

Inmate Jacket  0038

LE100S71    Sheriff Custody Event History    10/04/2007
QPADEV00                                                12:40:07
(1) Display    (2) First    (5) Next  4 - 17 - 2004  Time 19 : 21    (24) Exit

Arrest No: CJ    257393 File #    23345 Name MILLER,RODERICK CLARK

```
   Date        Time Type      Code   Comment
04/18/2004  17:47 PROPERTY  REL    OTHER       LOOSE CHANGE
04/18/2004  17:47 PROPERTY  RET    BLANKET
04/18/2004  17:47 PROPERTY  RET    CUP
04/18/2004  17:47 PROPERTY  RET    SANDALS     TWO
04/18/2004  17:47 PROPERTY  RET    T SHIRT
04/20/2004  14:50 RECORDS   NUMB
04/20/2004  14:50 PERSON    MOD
```

Inmate Jacket  0039

# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

## Inmate Personal Property Inventory Form

Inmate's Name: _Miller Roderick_

| Item | No. | Description | Item | No. | Description |
|------|-----|-------------|------|-----|-------------|
| Earrings | | | Pants | 1 | B/K |
| Bracelets | | | Jacket | | |
| Watch | 1 | Black. | Hat | | |
| Keys | 14 | on Ring | Shirt | 1 | White |
| Lighter | | | Shoes | 1 | B/K |
| Wallet | 1 | w/cont B/K. | Belt | | |
| Driv. Lic. | | | T-shirt | | |
| Credit Cards | | | Knife | 1 | Black |
| Medication | | | Glasses | R-2 | |
| Necklaces | | | Rings | | |
| Checkbook | | | Purse | | |
| Food stamps | | | Casino chips | | |
| Cell phone | 1 | cell phone. | Pager | | |
| Cigarettes | | | Underwear | | |
| Misc. | 1 | loose change | Misc. | 1 | B/K socks |
| Misc. | 1 | Alarm Remote. | Misc. | | |
| Misc. | 1 | one cigarette | Misc. | | |
| Misc. | | | Misc. | | |

Large Property    Yes ☐  No ☑    If "Yes", Number of Bags _____ Boxes _____

Money Received: _Ø_    Receipt Number: _____

I certify that the personal property listed above is all of the property I had in my possession at the time of admission.

Inmate's Signature: _____    Date: _____

Booking Officer: _____    Date: _____

Arresting Officer: _____    Date: _4-17-04_

Inmate Jacket  0022

3AI DF-4A-04 Implemented 10/01

JMN    LE593301    04/17/2004    HARRISON COUNTY ADC
Page    2

MEDICAL SCREENING

NAME: MILLER,RODERICK CLARK          BOOKING DATE  4-17-2004  TIME 18:21    DOCKET NUMBER CJ    257393
SOCIAL SECURITY 436829216           BIRTH DATE   12-20-1965                SEX M  RACE W

1. HAVE YOU RECENTLY EXPERIENCED ANY OF THE FOLLOWING?
   JOB LOSS:        N  ARREST OF LOVED ONE: N  DEATH OF LOVED ONE:   N   MARITAL SEPARATION: N   DIVORCE: N
   LOSS OF BUSINESS: N  LOSS OF HOME       N  MAJOR FINANCIAL LOSS: :N                OTHER LOSS N

2. DO YOU HAVE ANY OF THE FOLLOWING?
   CAST: N   BRACE: N   PROSTHESIS: N    DENTURES: N    LENS OR GLASSES: N    HEARING AID: N

3. DO YOU (DID YOU EVER) HAVE ANY OF THESE PROBLEMS?
   RECTAL BLEEDING: N  HEART DISEASE:  N  ASTHMA: N   KIDNEY OR BLADDER:  N  LIVER DISEASE: N  CANCER:    N
   LUNG PROBLEMS:   N  VENEREAL DISEASE: N  ULCERS: N  HIGH BLOOD PRESSURE: N  SEIZURES:      N  HEPATITIS: N
   HOMICIDAL:       N  RHEUMATIC FEVER: N  SUICIDAL IDEATION:        N  ATTEMPTED SUICIDE:       N
   TUBERCULOSIS:    N  DIABETES:       N

4. DO YOU HAVE A PHYSICAL DISABILITY?  N

5. DO YOU HAVE MENTAL HEALTH PROBLEMS? N

6. ARE YOU ALLERGIC TO ANY FOODS, DRUGS, MEDICATIONS OR OTHER THINGS WE SHOULD KNOW ABOUT? N

7. DO YOU HAVE ANY UNUSUAL HOME PROBLEMS?          N

8. HAVE YOU HAD A TB SKIN TEST?              N

9. ARE YOU ON PRESCRIPTION MEDICATIONS?          N

10. HAVE YOU EVER USED I.V. DRUGS?             N

11. HAVE YOU EVER HAD MAJOR SURGERY?          N

12. HAVE YOU HAD A BLOOD TRANSFUSION SINCE 1978? N

13. HAVE YOU EVER BEEN TESTED FOR AIDS?          N

14. HAVE YOU EVER HAD A SEXUALLY TRANSMITTED DISEASE? N

15. (MALES ONLY) HAVE  YOU EVER HAD SEX WITH ANOTHER MAN? N

16. (FEMALES ONLY) DO YOU HAVE ANY OF THE FOLLOWING PROBLEMS?
    LUMPS IN BREAST:   N  BREAST CANCER:  N  PROBLEMS WITH MENSTRUAL CYCLE: N   RECENTLY GAVE BIRTH: N   CYSTS: N
    VAGINAL DISCHARGE: N  UTERINE CANCER: N  PREGNANT: N   HYSTERECTOMY:    N   ANY TYPE OF CANCER:  N

17. (FEMALES ONLY) HAVE YOU EVER HAD SEX WITH ANOTHER WOMAN? N

18. ANY OTHER MEDICAL PROBLEMS? Y
    STATES HE IS ON MEDICATION FOR EXTREME HEADACHES

COMMENTS/REMARKS:

ARRESTEE/INMATE SIGNATURE: _____    DATE: _____

BOOKING OFFICER SIGNATURE: _____    BADGE NO: _____

**EXHIBIT**

A-2

Inmate Jacket  0035

Case 1:07-cv-00541-LG-JMR   Document 61-2   Filed 07/07/08   Page 22 of 22

HARRISON COUNTY ADC
MEDICAL OBSERVATIONS

NAME  MILLER,RODERICK CLARK          BOOKING DATE  4-17-2004 TIME 18:21    DOCKET NUMBER CJ    257393
SOCIAL SECURITY 436829216            BIRTH DATE    12-20-1965             SEX M  RACE W

1. DOES THE ARRESTEE/INMATE HAVE OBVIOUS PAIN, BLEEDING, INJURY OR ILLNESS REQUIRING MEDICAL ATTENTION? N

2. WAS THE ARRESTEE/INMATE TAKEN TO THE HOSPITAL PRIOR TO INTAKE? N

3. DOES THE ARRESTEE/INMATE APPEAR TO BE UNDER THE INFLUENCE OF ALHOHOL? N  DRUGS? N

4. DOES THE ARRESTEE/INMATE DISPLAY VISIBLE SINGS OF ALCOHOL/DRUG WITHDRAWAL? N

5. IS THERE OBVIOUS SIGNS OF FEVER, JAUNDICE OR OTHER EVIDENCE OF INFECTION WHICH MIGHT BE CONTAGIOUS? N

6. IS THE ARRESTEE/INMATE SKIN IN GOOD CONDITION AND FREE FROM VERMIN? Y
   CLEAR

7. DOES THE ARRESTEE/INMATE APPEAR TO HAVE DIFFICULTY UNDERSTANDING QUESTIONS OR SPOKEN LANGUAGE? N

8. IS THE ARRESTEE/INMATE EXPERIENCING, DEMONSTRATING OR EXHIBITING ANY OF THE FOLLOWING? NERVOUSNESS:      N
   STRESS:  N   ASSAULTIVE: Y   ANGRY:      Y   HOSTILE:      Y   VIOLENT BEHAVIOUR: Y  LIFELESS REACTION: N
   PASSIVE: N   DEPRESSED:  N   DISORIENTED: N   HEARING VOICES N   BIZARRE BEHAVIOUR: N  EXTREME EMOTIONS:  N
   VERY HOSTILE AND BELIGERENT

9. DOES THE ARRESTEE/INMATE HAVE SCARS ON WRITST, LEGS OR NECK (POSSIBLE SELF INFLECTED) N

BOOKING OFFICER SIGNATURE: _____   BADGE NO: _____   DATE: _____

Inmate Jacket  0036