IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RODERICK CLARK MILLER                                                        PLAINTIFF

VERSUS                                                    CAUSE NO. 1:07cv541LG-JMR

HARRISON COUNTY, MISSISSIPPI, by and through its
Board of Supervisors, HARRISON COUNTY SHERIFF
DEPARTMENT, SHERIFF GEORGE PAYNE, officially
and in his individual capacity, DIRECTOR OF CORRECTIONS
MAJOR DIANNE GATSON-RILEY, officially and in her
individual capacity, BOOKING SUPERVISOR CAPTAIN
RICK GASTON, officially and in his individual capacity,
TRAINING DIRECTOR CAPTAIN PHIL TAYLOR,
officially and in his individual capacity, CENTRAL
CONTROL OFFICER PRESTON WILLS, officially and in
his individual capacity, BOOKING ROOM DEPUTY JERRED
MARK NECAISE, officially and in his individual capacity,
BOOKING ROOM DEPUTY CATHERINE PAVOLINI,
officially and in her individual capacity, AMERICAN
CORRECTIONAL ASSOCIATION, and OTHER
UNKNOWN JOHN and JANE DOES
A-Z, also in their official and individual capacities                        DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT OF RON WERBY

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, RON WERBY, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is RON WERBY, and I am over the age of twenty-one (21) years. I was a Harrison County Sheriff's Department Deputy and Investigator for the Internal Affairs Department during 2004. I have personal knowledge of the

Page 1 of 4



EXHIBIT C

matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2. The attached General Order is a true and correct copy of General Order #65, which represents the Professional Standards Unit Policy of the Sheriff of Harrison County, which was in effect at the date of this investigation. General Order #65 was prepared in the regular course of business activity

3. On or about April 23, 2004 Steve Campbell, the officer in charge of the Harrison County Sheriff's Department Professional Standards Division, at the direction of Sheriff George Payne, instructed me to investigate a complaint made by former Harrison County Adult Detention Center Detainee Roderick Miller.

4. During my investigation, I reviewed Harrison County Deputy Coley Judy's April 17, 2004 Arrest Report; Harrison County Deputy Jerred Necaise and Deputy Catherine Pavolini's Disorderly Inmate Reports and all other records regarding Miller being booked into the Harrison County Adult Detention Center. I noted that Miller's booking photo showed scratches on his face.

5. Based upon my investigation, I determined that inmate Roderick Miller was arrested for Domestic Violence on April 17, 2004 and that Deputy Coley Judy arrested and booked Miller in on that date. During booking Miller became beligerant and unruly while in holding cell #5 and was physically restrained after refusing a verbal command by Deputy Necaise, I determined that Deputy Necaise used the proper force continuum on Miller after Miller became physically aggressive towards Necaise. Regarding Miller's complaint that he was not allowed to make a phone call, the policy in booking

is to not allow a phone call by an individual who shows violent behavior. In this case Miller was allowed a phone call after he calmed down and was deemed safe to be outside the holding cell and to have access to the phone. I further determined that Miller did not receive medical attention because he never requested it, and furthermore his injuries were superficial and that Miller did not comment nor complain to the classification officer about any injuries. I found that Miller was not given any migraine headache medication because the policy of the HCADC is to confiscate all medication upon entry into booking and that only the HCADC facility doctor may prescribe medication. Miller was not in the facility long enough to see a physician nor did he ask for one. I found no record indicating that any of Miller's property was given to anyone but Miller when Miller left the facility. I concluded that the allegations that Deputy Necaise or any other employee of the Harrison County Adult Detention Center violated any directive or General Order was unfounded.

6. I have attached hereto as **Exhibits "1-7"** relevant portions of the investigative file of case number IA2004-013, which involve the investigation into Plaintiff's booking at the Harrison County Adult Detention Center, and specifically the conduct of Deputies Necaise and Pavolini. More specifically, **Exhibit "1"** is the Internal Affairs Report dated April 23, 2004; **Exhibit "2"** is the Narrative Form completed by Deputy Necaise; **Exhibit "3"** is the narrative form completed by Deputy Pavolini; **Exhibit "4"** is the Narrative Report of Sergeant Rogers, dated April 18, 2004; **Exhibit "5"** is Plaintiff's Booking Photo; **Exhibit "6"** is Plaintiff's Inmate Personal Property Inventory

Form; and **Exhibit"7"** is the Offense Form completed by Deputy Judy.

7. At all relevant times I was an investigator with the Harrison County Sheriff's Department Internal Affairs and have first hand knowledge of the maintenance and/or storage of the attached records; and the attached records are true and correct copies of portions of the I.A. file case number IA 2004-13 involving inmate Roderick Miller; and the records were generated in the regular course and pursuant to the regular activities of and duties of the Internal Affairs unit, as well as the office of the Harrison County Sheriff's Department, and made at or near the time of the matters set forth by, of from information transmitted by, the person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

_____
Affiant/Ron Werby
Harrison County, Mississippi

Sworn to and subscribed before me on this the __7__ day of July, 2008.

_____
Notary Public

My Commission Expires:
_10-19-09_

(SEAL)



# HARRISON COUNTY SHERIFF'S DEPARTMENT
## PROFESSIONAL STANDARDS UNIT

| File Name | Date of Report | Date Assigned |
|---|---|---|
| Deputy Jerred Necaise | 04/23/04 | 04/23/04 |
| Type Investigation | Case Number | |
| Internal Investigation | IA2004-13 | |

On April 23, 2004, Steve Campbell the OIC of the Harrison County Sheriff's Department Professional Standards Division, at the direction of Sheriff George Payne Jr., instructed Internal Affairs Investigator Ron Werby to investigate a complaint from a former inmate made to Attorney David C. Morrison.

On 04/23/04 Investigator Werby read a letter from Biloxi Attorney David C. Morrison questioning the treatment of his client Roderick Miller while he was being held at the Harrison County Adult Detention Facility. Mr. Morrison stated that his client was not allowed a phone call until the following day after his incarceration. He also alleged that Miller was told by Booking Deputy Jerred Necaise that he would not get a bond, that Necaise physically assaulted Miller, that Miller was denied access to medical attention after he arrived at the detention center and that Miller was not allowed to have his prescription medication that he used for his Migraine headaches which he had in his possession at the time of his arrest. The letter also stated that Miller's property was turned over to a third party against the wishes of Miller.

On 04/17/04 Deputy Coley Judy (41) filed a report after arresting Roderick Miller at 18049 Old Highway 49, in Saucier, Ms. The report stated that Judy responded to a domestic violence call at approximately 1618 hours at the above address. Judy stated that the complainant, Veronica Hahn, stated that her live-in boyfriend threw a glass of water in the face of her baby because he dropped Miller's telephone in the bathtub by mistake. Ms Hahn then stated she grabbed Miller to keep him from assaulting her son again and that Miller threw her to the bathroom floor and beat her in the face and scratched her body.

The report further stated that Hahn grabbed her baby and went into the baby's room and attempted to call for help on the telephone. Miller followed her into the baby's room and took the phone off of the hook so she couldn't call, Hahn then screamed loud enough, according to the report, for a neighbor to hear and he called the sheriff's department that then responded to the scene.

Deputy Judy stated that he noticed that Hahn had swelling to the side of her head and a "busted lip" as well as scratches to her body. Judy stated that Miller had scratch marks on his face and also on his body.



EXHIBIT C-1

Deputy Judy arrested Miller for Domestic Violence/ simple assault and booked him into the Harrison County Adult Detention Center at 1821 hours.

On 04/18/04 Deputy Jerred Necaise filed a "disorderly inmate" report. The report stated that Inmate Roderick Miller was booked in on 04/17/04 and taken to the shower and Necaise had Miller dress in county issued inmate clothing. Necaise noted that Miller had several scratches on his neck, chest, and facial area from a previous altercation prior to his arrest. Necaise further stated that Miller was placed in holding cell number five and became very unruly and stated banging on the cell door glass. Deputy Necaise, according to his report, advised Miller to stop hitting the window. When Miller refused to stop being unruly Necaise advised Booking Deputy Pavolini (280) to stand at the door while Necaise entered the cell to address Miller's unruliness.

Necaise stated that he advised Miller to step back away from the door, according to the report, Miller refused and advanced toward Necaise, Necaise then stated that he placed an open palm strike to Inmate Miller's chest and Miller then fell back onto the bench in a seated position and grabbed Necaise's arm. Necaise then took Miller down to the floor with an arm bar and held him there while Miller continued to resist. Necaise stated that he applied a wrist lock hold on Miller's left arm and restrained him on the floor advising him to stop resisting. Miller continued to resist and kick and screamed repeatedly. Necaise further stated that Miller calmed down enough after several minutes and stopped his resistive behavior. Necaise then exited the cell and Miller did not create any further problems.

On 04/18/04 Deputy Catherine Pavolini wrote a "disorderly inmate" report that supported Deputy Necaise's report confirming Inmate Miller's behavior and the ensuing use of force on Miller.

On 04/23/04 Investigator Werby reviewed all the files on Inmate Miller and noted that Miller's booking photo showed scratches on his face when he was booked in. Furthermore, Deputy Coley Judy took photos of Miller's injuries and entered the film into property, the films have not been developed so it is not known if they show any more injuries than the booking photo. It was further noted that Deputy Necaise noted Miller's injuries when he was changing into his county issued clothing.

It was also noted that in the Custody Report that Judge Ladner advised that no bond would be set until his initial appearance which turned out to be the next day.

It was also noted while reviewing all of the reports, including a visit to the medical facility, that at no time did Miller request medical attention. Miller did advise the classification officer that he used Migraine medication but did not request any medication at any time nor did any record indicate that he needed medical attention. The booking photo showed only minor scratches to Miller's face.

**FINDING AND CONCLUSIONS**

It is found that Inmate Roderick Miller was arrested for domestic violence on 04/17/04 and that Deputy Coley Judy arrested and booked Miller in on that date. Miller became belligerent and unruly while in holding cell #5 and was physically restrained after refusing a verbal command by Deputy Necaise. It is further found that Deputy Necaise used the proper force continuum on Miller after Miller became physically aggressive toward Necaise.

In regards to the phone call complaint by Miller, it was found that booking deputies commonly will not allow a phone call to an individual that shows violent behavior because they don't want to risk having an inmate get violent outside the cell. Miller was allowed a phone call after he calmed down and was deemed safe to make a phone call.

It is further found that Miller did not receive medical attention because he never requested it, and furthermore his injuries were just superficial and indeed he did not even comment on them during his classification nor complain to the classification officer about his injuries.

It is further found that Inmate Miller was not given his Migraine medication because it is the policy of the facility to confiscate all medication upon entry into the facility. Only the facility Doctor may prescribe medication and Miller was not in the facility long enough to see a physician nor did he ask for one.

It is also noted that Miller's attorney states that Miller was arrested with a first offense Domestic Violence charge. In checking Miller's record it was determined that he was arrested in 1996 for domestic violence/simple assault; in 1998 for assault; 1999 for stalking and disorderly conduct; in 1999 again for stalking; in 2000 for disturbing the peace; and finally this last arrest for domestic violence/ simple assault.

It is finally found that there is no record to indicate any of Miller's property was given to anyone but Miller when he left the facility.

It is concluded that any allegation that Deputy Necaise or any other employee from the Harrison County Adult Detention Center violated any directive or general order is **UNFOUNDED**.

| Report By: | Reviewing Supervisor |
|---|---|
| Investigator Werby | Sheriff George Payne |

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved<br>☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement | Harrison County Sheriff's Office<br>NARRATIVE FORM | | Case # |
|---|---|---|---|
| | Incident/Crime:<br>Disorderly Inmate | Date of This Report<br>April 18, 2004 | Date of Original Report<br>April 18, 2004 |
| | Suspect / Victim Name:<br>Miller, Roderick  docket # 257393 | | List Complaint Numbers of Connected Cases |

On April 17, 2004 at approximately 1821 hours Inmate Roderick Miller was brought into the Adult Detention Center for domestic violence. Deputy Jerred Necaise escorted Inmate Miller to the shower and had him (Miller) dress in county issue inmate clothes. Inmate Miller had several scratches on his neck, chest, and facial area from the previous altercation prior to his arrest. Inmate Miller was then placed in holding cell five. Inmate Miller began hitting the windows in the holding cell and yelling at Deputy Necaise. Deputy Necaise advised Inmate Miller several times to stop hitting the windows. Deputies Necaise entered holding cell five to speak with Inmate Miller, while Deputy Catherine Pavolini # 280 stood at the door. Deputy Necaise advised Inmate Miller to step back. Inmate Miller then walked toward Deputy Necaise. Deputy Necaise advised Inmate Miller again to step back. Inmate Miller did not comply and continued forward. Deputy Necaise then placed an open palm strike to Inmate Millers chest to stop his movement. Inmate Miller then fell back onto the bench in a seated position and grabbed at Deputy Necaise's arm. Deputy Necaise then took Inmate Miller to the floor with an arm bar take down. Deputy Necaise then applied a wrist lock hold on Inmate Miller's left arm and restrained him on the floor. Deputy Necaise advised Inmate Miller to stop his combative and resistive behavior. Inmate Miller continued to struggle with Deputy Necaise and screamed repeatedly. Deputy Necaise advised Inmate Miller several times to stop resisting and screaming and he (Miller) would be let up. Inmate Miller continued for several minutes to kick and struggle. Inmate Miller then stopped his resistive behavior. Deputy Necaise released Inmate Miller and exited the holding cell. Inmate Miller did not create any further problems while in booking and was moved to B-block. End of narrative.

**EXHIBIT**
C-2

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer:<br>No: 221  Name: J. Necaise | Division:<br>Corrections | Reviewing Supervisor<br>No:/b/ Name: | Disposition Date<br>4/18/04 |
|---|---|---|---|

White = Records  Canary = Agency Use  Pink = Court/Detectives  Gold = Shift Capt / Jail   Page 01 of 01

Inmate Jacket 0027

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved<br>☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement | Harrison County Sheriff's Office<br>NARRATIVE FORM | | Case # |
|---|---|---|---|
| | Incident/Crime:<br>Disorderly Inmate | Date of This Report<br>April 18, 2004 | Date of Original Report<br>April 18, 2004 |
| | Suspect / Victim Name:<br>Miller, Roderick doc#257393 | | List Complaint Numbers of Connected Cases |

On 04-17-2004 Deputy Catherine Pavolini # 280 went to holding cell five to assist Deputy Jerred Necaise # 221 with a disorderly inmate. Deputy Necaise entered the holding cell and Deputy Pavolini stood in the doorway. Deputy Necaise advised Inmate Miller to back up several times, but he refused and kept walking toward Deputy Necaise. Deputy Necaise then struck Inmate Miller in the chest area causing Inmate Miller to fall on the bench. Inmate Miller then tried to grab Deputy Necaise, and Deputy Necaise took Inmate Miller to the floor. Deputy Necaise held Inmate Miller on the floor and advised him several times to stop resisting. Inmate Miller kicked and screamed and tried to pull away from Deputy Necaise. Once Inmate Miller stopped resisting, Deputy Necaise exited the cell. End of narrative.

**EXHIBIT C-3**

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer:<br>No: 280   Name: C. Pavolini | Division:<br>Corrections | Reviewing Supervisor<br>No:___ Name: _____ | Disposition Date<br>4/18/04 |
|---|---|---|---|

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt / Jail  Page 01

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Informational | Date Of This Report 04-18-04 | Date of Original Report 04-18-04 |
| | Suspect / Victim Miller, Roderick DOC #257393 | | List Complaint Numbers of Connected Case |

On 04-18-04 at approximately 2120 hours Sergeant Rogers received a phone call from Biloxi Regional Medical Center. Sergeant Rogers spoke to RN Bez Thompson. Nurse Thompson stated that he had a patient by the name of Roderick Miller and that miller was just released from the facility. Miller was complaining of " total body pain" and was stating that an officer while in jail beat him up. Sergeant Rogers asked Nurse Thompson if there was any visual bruises or swelling. Nurse Thompson stated that there were a few scratches but hasn't noticed anything else. Sergeant Rogers asked Nurse Thompson if Miller knew who the officer was that beat him up. Nurse Thompson stated that it was Deputy Necaise and a woman. After hanging up with Nurse Thompson Sergeant Rogers spoke Deputy Necaise about the incident. Deputy Necaise remembered Mr. Miller and stated there was a small altercation in booking 04-17-04. Deputy Necaise stated that Mr. Miller had came to the facility, with a domestic violence charge, with scratches and in fact Deputy Judy who made the arrest took pictures of the scratches. Sergeant Rogers then instructed Deputy Necaise to write a narrative on the incident as to what exactly happened. Sergeant Rogers then notified Captain Taylor of the incident.


EXHIBIT C-4

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No:161 NAME: Sgt Rogers | Division Corrections | Reviewing Supervisor No. | Disposition Date 04-18-04 |
|---|---|---|---|

White = Records  Canary = Agency Use  Pink = Court/Detectives  Gold = Shift Capt / Jail    Page __ of __

# BOOKING REPORT

# Harrison County Sheriff's Office

## MILLER, RODERICK CLARK



| | | | |
|---|---|---|---|
| Agency ID | : CJ000257393 | Race | : W |
| Date of Birth | : 19651220 | Sex | : M |
| Place of Birth | : LITTLE ROCK, AR | Weight | : 150 |
| Social Security | : 436829216 | Height | : 507 |
| Occupation | : BEAU RIVAGE CASINO | Hair | : BRO |
| Alias | : | Eye | : BRO |

EXHIBIT C-5

## Harrison County Adult Detention Center
George Payne, Jr., Sheriff

### Inmate Personal Property Inventory Form

Inmate's Name: _Miller Roderick_

| Item | No. | Description | Item | No. | Description |
|---|---|---|---|---|---|
| Earrings | | | Pants | 1 | Blk |
| Bracelets | | | Jacket | | |
| Watch | 1 | Black | Hat | | |
| Keys | 14 | on Ring | Shirt | 1 | White |
| Lighter | | | Shoes | 1 | Blk |
| Wallet | 1 | w/cont Blk | Belt | | |
| Driv. Lic. | | | T-shirt | | |
| Credit Cards | | | Knife | 1 | Black |
| Medication | | | Glasses | 0 | |
| Necklaces | | | Rings | | |
| Checkbook | | | Purse | | |
| Food stamps | | | Casino chips | | |
| Cell phone | 1 | cell phone | Pager | | |
| Cigarettes | | | Underwear | | |
| Misc. | 1 | loose change | Misc. | 1 | Blk socks |
| Misc. | 1 | alarm Remote | Misc. | | |
| Misc. | 1 | one cigarette | Misc. | | |
| Misc. | | | Misc. | | |

Large Property    Yes☐  No☒    If "Yes", Number of Bags _____ Boxes _____

Money Received: _Ø_    Receipt Number: _____

I certify that the personal property listed above is all of the property I had in my possession at the time of admission.

Inmate's Signature: _____    Date: _____

Booking Officer: _____    Date: _____

Arresting Officer: _____    Date: 4-17-04

**EXHIBIT C-6**

3ALDF-4A-04 Implemented 10/01

# HARRISON COUNTY SHERIFF'S OFFICE
## OFFENSE FORM I

☐ JUVENILE INVOLVED

INCIDENT NUMBER: 04-27837

| # | Field | Value |
|---|---|---|
| 1 | Type Offense | Domestic Violence (Simple Assault) |
| 2 | Code | |
| 3 | Type Offense | |
| 4 | Code | |
| 5 | Offense Occurred | Earliest Date: 01-17-04, Latest Date: 01-17-04; Earliest Time: 1618, Latest Time: 1637 |
| 6 | Date Offense Reported | 04-17-04 |
| 7 | Time Offense Reported | 1618 |
| 8 | Location of Offense | 18049 Old Hwy 49 Apt. A Saucier, MS 39574 |
| 9 | Firm Name | N/A |
| 10 | Grid | 11G |
| 11 | Patrol Area | C4 |
| 12 | Shift | Evenings |
| 13 | Day(s) of Week Occurred | S |

### Victim/Witness

**1.** ☒ V
- 14. Victim's Name: Hahn, Veronica L.
- 15. Residence Address: 18049 Old Hwy 49 Apt. A Saucier, MS 39574
- 16. Res. Phone: 832-5171
- 17. Victim DOB: 10-12-78
- 18. Sex: F
- 19. Race: W
- 20. Employer/School: Memorial Hospital
- 21. Business/School Address: 4500 13th Street Gulfport, MS
- 22. Bus. Phone: 863-5307

**2.** ☐ V ☒ RP ☐ W ☐ P
- 24. Name: Judy, Coley
- 25. Residence Address: on file
- 26. Res. Phone: on file
- 27. DOB: on file
- 28. Sex: M
- 29. Race: W
- 30. Employer/School: Harrison County S.O.
- 31. Business/School Address: P.O. Box 1480
- 32. Bus. Phone:

**43.** Victim/Suspect Relationship: Relative N/A

44. ☐ Alcohol Related ☐ Drug Related

### Property

| 45. Status | 46. Qty | 47. Article | 48. Brand | 49. Model Name and Number | 50. Description (Color/Size) | 51. Serial No. | 52. Value |
|---|---|---|---|---|---|---|---|
| ☒E ☐S ☐R ☐D | 01 | Camera | Kodak | Fun Saver | 35mm | N/A | N/A |

### Narrative of Offense

On 04-17-04 I was dispatched to the address above on a Domestic Violence call. Upon arrival I spoke to V. Hahn. Ms. Hahn stated that her live-in boyfriend, R. Miller had hit her several times in the face and scratched her several times on the chest. Ms. Hahn stated Mr. Miller was taking a bath when her baby accidentally dropped his cell phone in the tub. Ms. Hahn stated Mr. Miller then threw a cup of water into the child's face. Ms. Hahn stated she grabbed Mr. Miller to

63. Evidence Disposition: CID Evidence Box

### MOI (Reverse Side)

| # | Item | Code |
|---|---|---|
| 1 | Type of Premise | |
| 2 | Object of Attack | |
| 3 | Point of Entry | |
| 4 | Method of Entry | A |
| 5 | Method of Attack (Person) | |
| 6 | Method of Attack (Property) | N |
| 7 | Weapon Type | |
| 8 | Use of Weapon | |
| 9 | Method of Departure | |
| 10 | Demeanor of Suspect | A |
| 11 | Evidence Obtained | |
| 12 | Place of Offense | N |
| 13 | Solvability Factors | |

### 65. Offense Status
- CLOSED ☒ 10 Cleared Adult Arrest

**EXHIBIT C-7**

66. Reporting Officer: No. 41 Name: C. Judy
67. Division: Patrol
68. Reviewing Supervisor: No. 63 Name: JBC
72. Attachments: ☒ Custody Form (Describe): Property Invoice

# Harrison County Sheriff's Office
## NARRATIVE FORM

| Juvenile Involved | Type Incident/Crime: | Date of This Report | Case Number |
|---|---|---|---|
| ☐ Original Report | Domestic Violence | 04-17-04 | 04-25833 |
| ☒ Offense Supplement | Suspect/Victim Name | | Date of Original Report |
| ☐ Custody Supplement | Veronica L. Hahn | | 04-17-04 |
| ☐ Other | | List Complaint Numbers of Connected Cases: 01 | |

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|

protect her baby. Ms. Hahn stated Mr. Miller then pushed her on to the floor and punched her several times in the face and ripped her shirt off. Ms. Hahn stated that she went to call for help but Mr. Miller took the phone off the hook. Ms. Hahn stated she grabbed her baby and went into the baby's room. Ms. Hahn stated Mr. Miller then entered the baby's room and she started screaming for help, picked up her baby and exited the room and the apartment. Ms. Hahn stated a neighbor upstairs heard her screaming and called the sheriff's department. I noticed swelling to the left side of Ms. Hahn's face and her lip busted. Mr. Miller stated that he did throw water on the baby but he did not hit Ms. Hahn. Mr. Miller stated after he threw the water on the baby Ms. Hahn attacked him. Mr. Miller stated that he was protecting himself from Ms. Hahn. I noticed a scratch mark on Mr. Miller's neck. Ms. Hahn stated that they have been living together for a year and that the baby is not Mr. Miller's baby. I then arrested Mr. Miller for Domestic Violence (Simple Assault). Ms. Hahn signed charges for Domestic Violence (Simple Assault) and she was given a victim's rights packet. I then transported Mr. Miller to the jail

Inmate Jacket 0015

**DISPOSITION**
☒ A. Cleared Adult Arrest
☐ B. Cleared Exceptional Adult
☐ C. Cleared Juvenile Custody
☐ D. Cleared Exceptional Juvenile
☐ E. Unfounded
☐ F. Other — Cleared Exceptional
☐ G. Suspended Closed

| Reporting Officer: No. 41 Name C. Judy | Division: Patrol | Reviewing Supervisor: No. 63 Name JPC | Disposition Date: 04-17-04 |
|---|---|---|---|

ICP    White = Records    Canary = Agency Use    Pink = Court/Detectives    Gold = Shift Capt/Jail    Page 02 of 03