# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _110304_ _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
          PRINT NAME
TRAINING ON POLICY AND PROCEDURE, HUNGER STRIKES, DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _110404_ I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE, CRIME SCENE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. DEDRI CALDWELL #152

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _110608_ _JETTRED NETHIED_ _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE, USE OF FORCE, DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# ACA STANDARDS

ON 11-30-2004_____, I _JERROD NECAISE_ RECEIVED a 15-
MINUTE BLOCK
<center>PRINT NAME</center>
TRAINING ON POLICY AND PROCEDURES; **Chain of Command;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *11 2504/1*    *JERRED NECAISE*    RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE, SEARCHES; DURING THE 2300/0700 HOUR SHIFTS
BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. DEDRI CALDWELL #152

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 14, 2004, I _JERROD NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Custody Inquires, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Nathan Ellsberry #154
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 21, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Uniform And Personal Appearance, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Nathan Ellsberry #154
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

ON, _12 10 04_ I _JERRED NEVAISE_ RECEIVED a 15-MINUTE BLOCK
        PRINT NAME
TRAINING ON ACA STANDARDS; **DENTAL SERVICES;** DURING THE 1500-2300 HOUR SHIFTS
BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON _120704/1_ _JERRED MCCHISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS, **AFFIRMATIVE ACTION PLAN** ; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.

_____ 271
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON _12080h_ _JERREO NACHEE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **SEXUAL HARASSMENT;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON. *12/29/04* *JERRED NECAISE* _____ RECEIVED a 15-MINUTE BLOCK
<div style="text-align:center">PRINT NAME</div>
TRAINING ON ACA STANDARDS; EMERGENCY POWER AND COMMUNICATIONS;
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON, 12-3-2004_____, I _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; Uniform and Personal APPEARANCE DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 11 24 04, 1 _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURE, ON TELEPHONE USAGE; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. DEDRI CALDWELL #152

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 20, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From policy And Procedure Directive on  General Library Services, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Leslie Mathis #228
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

ON, 11-29-2004_____, I, _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **HOUSEKEEPING**; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 19, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From policy And Procedure Directive on Deposits, During The 2245-0700 Hour Shift Briefing.

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Leslie Mathis #228
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _11 1 70 1_, _Jeffred Nochise_ _____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  INMATE RIGHTS, DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. NATHAN ELLSBERRY #154

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _1/1/04_, I _JERRED NERAISE_ RECEIVED a 15-MINUTE BLOCK
                                 PRINT NAME
TRAINING ON POLICY AND PROCEDURE, Natural Disasters; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _111304_, I _JERRED NECHISE_ RECEIVED a 15-MINUTE BLOCK
                          PRINT NAME
TRAINING ON POLICY AND PROCEDURE, FORCED CELL MOVES, DURING THE 2300/0700
HOUR SHIFTS BRIEFING.


_____ 221 ___
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. NATHAN ELLSBERRY #154

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *03004*, I _JERRED NELAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, EMERGENCY NOTIFICATION PROTOCOL;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 7, 2004, I _JERRED NETHIES_ received a 15-Minute Block Training From The Policy And Procedure Directive On The Smoking Policy, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _102204_ _JERROD NECAISE_ RECEIVED a 15-MINUTE BLOCK
<br>PRINT NAME
<br>TRAINING ON POLICY AND PROCEDURE,  RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
<br>SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 31, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Riots And Disturbances Procedure, During The 2300-0700 Hour Shift Briefing.

_____

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _102804_ _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
_____PRINT NAME_____
TRAINING ON POLICY AND PROCEDURE,  INMATE DEATHS; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON __10290ª__ _JERRED NECHISE_____ RECEIVED a 15-MINUTE BLOCK
<div align="center">PRINT NAME</div>

TRAINING ON POLICY AND PROCEDURE, RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____ 221 ___
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 17, 2004, I ___JERRED NECAISE___ received a 15-Minute Block Training From The Policy And Procedure Directive On Fire And Evacuation Procedure, During The 2300-0700 Hour Shift Briefing.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 15, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From policy And Procedure Directive on Escape, During The 2245-0700 Hour Shift Briefing.

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Leslie Mathis #228
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _10/4/04_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, EMERGENCY KEYS; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.



_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 12, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive Emergency Hurricane Procedure, During The 2300-0700 Hour Shift Briefing.

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

On October 7, 2004, I ___JERRED NEGAISE___ received a 15-Minute Block Training From The Policy And Procedure Directive From Emergency Plans On General Emergency And Adverse Job Action Plan, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _970804_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON EVIDENCE COLLECTION PROTOCOL ;DURING THE 2300/0700 HOUR SHIFTS
BRIEFING.


_____

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _090104_, _JERRED NELWISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, HURRICANE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

On September 6, 2004, I _____JERRED NECAISE_____ received a 15-Minute Block Training From The Policy And Procedure Directive On General Rules of Conduct Procedures, During The 2300-0700 Hour Shift Briefing.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _090404_ _JERRED NEPAIGE_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE, CLASSIFICATIONS; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *08 27 07*    *JERRED NECAISE*    RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  INMATE CUSTODY RECORDS; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On July 26, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Personnel Records, During The 2245-0700 Hour Shift Briefing.

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _093004_, I  _JERRED NECAISE_  RECEIVED a 15-MINUTE BLOCK
                          PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  SUICIDE WATCH; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October2, 2004, I _____*Jerred Nechiso*_____ received a 15-Minute Block Training From Inter-Office Memo on Wearing of shank vests, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

## INTER-OFFICE MEMO

On October 6, 2004, I _JERRED NECAISE_____ received a 15-Minute Block Training On An Inter-Office Memo On Wearing Of Shank Vest, During The 2300-0700 Hour Shift Briefing.



_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 20, 2004, I _____JERRED NECAISE_____ received a 15-Minute Block Training From The Policy And Procedure Directive On Security Supervision Of Holding Cells, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _0922_, I __*JERRED NELMSE*__ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURE, SECURITY SUPERVISION OF HOLDING CELLS;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 19, 2004, I ___*JERRED NECAISE*___ received a 15-Minute Block Training From The Policy And Procedure Directive On Inmate Population Sheet, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 12, 2004, I *JERRED NECAISE* received a 15-Minute Block Training From The Policy And Procedure Directive On Counts, During The 2300-0700 Hour Shift Briefing.

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *09/10/_1_ JERRED NECAIGE* _____ RECEIVED a 15-MINUTE BLOCK
<center>PRINT NAME</center>
TRAINING ON POLICY AND PROCEDURE, CRIME SCENE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _081904_, I ___*JERRED NECAISE*___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, CUSTODY INQUIRIES; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON <u>082104</u>, <u>JERRED NECAISE</u> RECEIVED a 15-MINUTE BLOCK
      PRINT NAME
TRAINING ON CORRECTIONS MEMO , PRE-TIRAL RELEASE FORMS; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _08 20 01_ I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME

TRAINING ON POLICY AND PROCEDURE, PERSONAL PROPERTY INVENTORY; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09-23-04_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME

TRAINING ON POLICY AND PROCEDURE,  RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _0925_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE, BOMB THREAT; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## *Corrections Division*

## POLICY SIGNATURE SHEET

I, _Jerred Nerase_ have received a copy of the

following updated policy & procedure:

### ORGANIZATION CHART

As supervisor, I will assure employees assigned to my command are taught the correct procedure and abide by it. Those employees found to be in violation after having been taught, will be counseled and a narrative written and forwarded to the Security Captain. Repeated violations will results in disciplinary actions.

_[signature]_ 221                 _03.04.04_
**Officer's Name**                **Date issued**

_Sgt. McClemore_                  _03.04.04_
**Supervisor's Signature**        **Date**

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _102304_ _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
                PRINT NAME
TRAINING ON POLICY AND PROCEDURE, INMATE WORKER GUIDELINES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____ _281_____
          DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 24, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Escape Procedure, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _102304_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, EMERGENCY NOTIFICATION PROTOCOL;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *10·20·04*, I _JERRED NECAISE_ _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE, NATURAL DISASTER PLANS; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____ 281
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *093004*, I _____*JERRED NECHISE*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, SUICIDE WATCH; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 093304, I  _JERRED NECAISE_  RECEIVED a 15-MINUTE BLOCK
                PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _0922_, I _____JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE, SECURITY SUPERVISION OF HOLDING CELLS;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09/10/1_ _JERRED NECAIGE_____ RECEIVED a 15-MINUTE BLOCK

<div align="center">PRINT NAME</div>

TRAINING ON POLICY AND PROCEDURE, CRIME SCENE PROCEDURES: DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09/01/04_, _JERRED NETMISE_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  HURRICANE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _08 27 04_    _JERRED NECAISE_    RECEIVED a 15-MINUTE BLOCK
                     PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  INMATE CUSTODY RECORDS; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _082104_, _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
            PRINT NAME
TRAINING ON CORRECTIONS MEMO , PRE-TRIAL RELEASE FORMS; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.

_____ _221_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Donald Necaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Report Writing_

ON _July 21_ 20 _04_ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Donald Necaise_

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_JERRED NECAISE_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _SEXUAL HARASSMENT_

ON _13 MAY_ 20_04_ AND RECEIVED _03_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Sgt April Kuege_

NAME OF CERTIFYING INDIVIDUAL: _APRIL KRIEGON_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Jerred Necaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _PPCT_

ON _3/18_ 20_04_ AND RECEIVED _4_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Kenneth Rogers_
(PRINT)

**ACKNOWLEDGEMENT RECEIPT**

I, JERRED NECAISE, have this date received the following
(print full name)

document(s) from SGT :
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records

(Officer Signature)

02/15/04
(Date)

cc: Major Riley
Captain Taylor
Personnel File