

# STATE OF MISSISSIPPI

Certificate No. ___ D-01390 ___

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

### JERRED M. NECAISE
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

This 1st day of September, 2003

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE



**Harrison County Sheriff's Department**

**The University of Southern Mississippi-Gulf Coast**

*This is to certify that*

*Jerred Necaise*

*has successfully completed the*

## BASIC CORRECTIONAL OFFICER'S TRAINING
## (80 HOURS)

This the 21st day of June, 2002

Ralph Lash, Captain, HCSD

Julian Allen, Major, HCSD
Director, SRPSI



# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_____JERRED NECAISE_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED    C.E.R.T. BASIC TRU OUT

ON    AUG 1    20 02 AND RECEIVED    5 HRS.

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____R H GACY_____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

Jerred NeCaise ATTENDED A TRAINING CLASS
(NAME)

TITLED: MECHANICAL ADVANTAGE CONTROL HOLD 3   M.A.C.H. 3

ON ___2 July 26, 2002___ AND RECEIVED ___10___ .

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: ___NOrmA  GATES___
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Jerred NeCaise_ ATTENDED A TRAINING CLASS
    (NAME)

TITLED: <u>MECHANICAL ADVANTAGE CONTROL HOLD 1. M.A.C.H. 1</u>

ON ~~2 July 26, 2002~~ 25 Jun 02 AND RECEIVED ___10___

TRAINING CREDIT HOUR (S) / <u>MINUTE (S).</u>

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _NormA GATES_
                               (PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Jerred Necaise 221_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Control Force_

ON _July 23_ 20_02_ AND RECEIVED _2 Hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Jerred Necaise 221_

NAME OF CERTIFYING INDIVIDUAL: _FTO Waillard_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Jerred Necaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Stress Management_

ON _05 / 30_ 20 _02_ AND RECEIVED _1 hour_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Rupert H. Lacy_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

Jerred McCause _____ ATTENDED A TRAINING CLASS
(NAME)

TITLED ACA Program Audit _____

ON May 9 _____ 20 02 AND RECEIVED 15 _____

TRAINING CREDIT ~~HOUR~~ (S) / MINUTE (S)

CERTIFIED SIGNATURE: Norma Gates, Deputy

NAME OF CERTIFYING INDIVIDUAL: Norma J. Gates _____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Jerred Necaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Corrections Emergency Policy_

ON _May 3_ 20_02_ AND RECEIVED _1.5_

TRAINING CREDIT HOUR (S) / ~~MINUTE (S)~~.

CERTIFIED SIGNATURE: _Norma Gates_

NAME OF CERTIFYING INDIVIDUAL: _NORMA GATES_
(PRINT)

Name _Necaise, Jerred   221_
Date _10-22-01_

# SUDDEN CUSTODY DEATH SYNDROME
# EXAM

1.  List 3 terms, conditions, that can cause SUDDEN CUSTODY DEATH.

    1. _Cocaine_                        2. _Excited Delirium_
    3. _Positional Restraint Asphyxia_  4. _Psychosis_

2.  List 8 of the identifiable Symptoms and Behavioral Patterns listed that may warn you of a potential Sudden Custody Death Syndrome susceptible subject.

    1. _violent behavior_        2. _PARANOIA_
    3. _violence toward others_  4. _Dilated Pupils_
    5. _violence toward objects_ 6. _sudden excessive strength_
    7. _incoherant_              8. _Self inflicted injuries_

3.  Impact weapons and pain compliance techniques usually work on these subjects.

    _____ True      _X_ False

4.  You should try to take these types of subjects down immediately when you encounter them, one on one.

    _____ True      _X_ False

5.  What restraint position should you never use to secure a violent prisoner?

    _"Hog tying"_

6.  What position should you get a subject into as quickly as possible after restraint?

    _sitting_

# 80 HOUR CORRECTIONAL TRAINING

STUDENT'S NAME _JERRED NECAISE_

STUDENT'S
AGENCY _HCSD_                    DATE _____

1. Administrative (7.25 hours)

2. The Origin of the American Jail (1 hour)

3. Legal Rights & Responsibilities (2 hours)

4. Litigation Procedures (1 hour)

5. Written Communication (1 hour)

6. Interpersonal Communication Skills (1 hour)

7. Dealing with Stress (1 hour)

8. Basic Jail Security Principles (1.25 hours)

9. Booking & Admissions (1 hour)

10. Classification of Inmates (1.5 hours)

11. Disciplinary Procedures (1.5 hours)

12. Contraband Control (1.75 hours)

13. Key & Tool Control (1 hour)

14. Patrol Procedures (1.75 hours)

15. Escort of Inmates (1 hour)

16. Hostage Incidents (1 hour)

17. Defensive Tactics (28 hours)

18. Release Procedure (1.25 hours)



# Harrison County ~~~~
# Department Training Division

Post Office Box 1480
Gulfport, Mississippi 39502
(228) 896-0601

## EQUIPMENT RECEIPT

**Student Information**

| | | |
|---|---|---|
| Name | *NECHISE, JERRED* | |
| Agency | *HCSD* | |
| Phone | *(228) 539-3841* Badge # *221* Rank *DEPUTY* | |
| Department/Supervisor Phone # | | |

| | |
|---|---|
| Date Out | *06-10-02* |
| Date Due In | |
| Date In | *6/21/02* |
| Received By | |

| Item | Description | Quantity | TOTAL |
|---|---|---|---|
| 1 | BROWN STUDENT - NATIONAL SHERIFFS' ASSOCIATION— JAIL OFFICER'S TRAINING MANUAL | 1 EACH | 1 EACH |
| | | | |

*Returned*

Total Items

**Signature**

○ Academy Property
○ Handouts (Return Any Extras)
◉ Training Department Equipment

*JERRED M. NECHISE*
(Print)

*(Signature)*

**EQUIPMENT ISSUED BY
CAPTAIN LACY**

**Equipment Return**
○ Good Condition
○ Poor Condition (Narrative Needed)

Explanation

*By Signing this form I agree to reimburse H.C.S.D. the cost of my student handbook if it is lost or damaged. I also understand that my Department will be notified of any incidents involding H.C.S.D. property*

NAME: *Jerre Necaise*    EXAM 2 WEEK

DATE: *06-21-02*    CORRECTIONAL OFFICER TRAINING

1. What are the six questions, I should as myself before writing a report?

   *WHO?*    *WHEN?*

   *WHAT?*    *WHY?*

   *WHERE?*    *HOW?*

2. What color ink should I use in writing reports? *BLACK*

3. Most police reports are written in what person (tense)? *FIRST*

4. What reference book should I use when writing a report? *Inmate Handbook*

5. Before turning a report in, always *PROOF READ* reports.

6. List two ways an officer can stay informed at work?

   *READ POLICY MANUALS*  *READ MEMOS*

7. What kind of inmate counts do we do, and why? *FORMAL AND INFORMAL TO PREVENT ESCAPES*

8. Should I as an officer stay in a routine when at work? *NO*

9. List two items that some correctional officers carry with them while on duty?

   *O.C. SPRAY*    *HANDCUFFS*

10. To be informed as I come on shift, I should not ask the off going officer what took place?    ( ) True    (X) False

11. How can I be a Professional Jail/Correctional Officer while patrolling my Jail? *PAY ATTENTION TO INMATE BEHAVIORS, DON'T MAKE PROMISES YOU CAN'T KEEP, AND LISTEN.*

12. The Psychomotor Epilsey can be easily mistaken fo.

1. _DRUG OVERDOSE_

2. _HEART ATTACK_

13. During a seizure, the inmate could be semi-conscious and could react violently. The ...ter show
inmate. TRUE/(FALSE)

14. After a forced homosexual attack in jail the inmate may show what signs:

1. _ANXIETY_

2. _SLEEPLESSNESS_

3. _NERVOUSNESS_

4. _FEAR_

15. List (4) types of inmates that fall into a high risk for suicidal types:

1. _NEW/FIRST TIME INMATES_

2. _ALCOHOLICS / DRUG ADDICTS_

3. _TERMINALLY ILL_

4. _JUVENILE_

17. Officers must develop an ability to maintain poise and _PROFESSIONALISM_.

18. The best way to hear what the inmate has to say is to _LISTEN_.

19. Non-verbal communication is communications that takes place outside of language. Popularly called
what: _BODY LANGUAGE_.

20. Officers should criticize inmates in front of other inmates in order to teach an object lesson. TRUE/(FALSE)

21. Officers can be held legally liable if he/she violates proper procedures. (TRUE)/FALSE

22. An officer must be loyal to his _INTEGRITY_

23. Officers should discuss the jails internal problems with inmates so they will know what is going on in the jail.
TRUE/(FALSE)

27. Common signs on an inmate being booked in that has abused alcohol is:

1. SLURRED SPEECH          2. SMELL OF ALCOHOL

3. LOUD / ABNOXIOUS        4. STAGGERING WALK

28. List (4) emergency procedures that an officer should follow if a suicide is discovered in the jail

1. NOTIFY SUPERVISOR       2. CALL FOR MEDICAL / AMBULANCE

3. DOCUMENT EVERY THING    4. KEEP NON-ESSENSIAL PERSONS AWAY

29. As the first officer on a crime scene list (3) things that you should do:

1. BLOCK OFF THE SCENE

2. DOCUMENT TIMES / NAMES OF EVERYON ENTERING / EXITING

3. MAKE A SKETCH OF THE SCENE

30. You are going to conduct a search of an 8x10 cell of two inmates, how much time will it take you? 30 min

31. What are the positions and responsibilities of a three man search team:

1. ONE SEARCH TOP HALF

2. ONE SEARCH LOWER HALF

3. ONE WATCH INMATES AND TAKE NOTES

32. What equipment would you carry in and out with you on a search of a cell: (list 8 items, explain what you would do with each item)

1. GLOVES - PROTECTION

2. FLASHLIGHT - TO SEE INTO VENTS

3. SCREWDRIVER - REMOVE LIGHT FIXTURE COVERS

4. MIRROR - HELP TO SEE UNDER BEDS

5. LADDER - TO REACH OVERHEAD FIXTURES

6. NOTEPAD - DOCUMENT EVERYTHING

7. TRASH BAG - COLLECT GARBAGE

8. CART - PLACE CONTRABAND AND OTHER SEIZED ITEMS

33.     Federal Civil Rights Violation claims will be filed under:

        A.     48 USC 1993
        B.     42 USC 1987
        (C.)    42 USC 1983
        D.     State Circuit Court

34.     When a plaintiff has suffered an injury at the hands of an officer who was improperly supervised, trained or otherwise, allowed to cause the injury by the actions of a senior official, the plaintiff may make a claim under _VICARIOUS_ liability.

35.     Who is the Plaintiff: _PERSON ~~SUIT~~ FILING LAW SUIT_

36.     Who is the Defendant: _PERSON BEING SUED_

37.     How has this class helped you to be a better Correctional Officer: _IT HAS GIVEN ME MORE INSIGHT INTO REASONS WHY SOME INMATES ACT THE WAY THE DO. IT HAS ALSO GIVEN ME A BETTER UNDERSTANDING ON THE PROPER WAYS TO HANDLE VARIOUS SITUATIONS_

                    HAVE YOU BEEN HONEST !

## OC  BASIC EXAMINATION

*RE CERTIFY*

| TECHNIQUES | PASS/FAIL | COMMENTS |
|---|---|---|

[1]  Tactical Priorities

[2]  Gripping Methods

[3]  Spraying Methods

[4]  Securing Arrestee

[5]  Personal Decontamination

[6]  Area Decontamination

[7]  Understands **OC** as per
    Ladder of Force

[8]  Guidelines/Policy Read
    and Understood

[9]  Personally Experienced Effects
    of O.C.

NAME *NECAISE, JERRED* RANK *DEPUTY*     DEPARTMENT *HCSD*

DATE TESTED/CERTIFIED *6/17/02*     INSTRUCTOR *LACY*

Signature

*AS9250(5559*
TJA OC  Instructor Certification#

## O. C. BASIC WRITTEN EXAMINATION

Name: _JERRED NECAISE_          SSN#: _407 59 5218_

Date: _06/17/02_          Location: _HDC_

-Please circle the correct answer-

1.  What is the absolute minimum distance O.C. should be sprayed?

    A.  10 feet                    B.  2 feet

    (C.) 5.5 feet                  D.  25 feet

2.  What is the active ingredient in O.C.?

    (A.) Oleoresin                 B.  Oil

    C.  Capsaicin                  D.  Jalapeno peppers

3.  How long do the effects last when a subject is sprayed?

    (A.) 30 – 45 minutes           B.  2 days

    C.  10 – 15 minutes            D.  less than a minute

4.  Where is O.C. placed on the ladder of force?

    A.    Deadly force             B.    After verbal direction

    C.    Any step                 (D.)   Between steps 3 & 4

5.  Why is it important to read the O.C. Administrative warning?

    (A.)   Medical liability       B.    Miranda warning

    C.    Evidence                 D.    A & B

6.  What does O.C. effect when sprayed on an subject:  (list at least 3 effects)

    _BURNING SENSATION_
    _SWELLING OF SOFT TISSUE_
    _COUGHING_



# DEFENSIVE TACTICS EXAM
### Revised 06/11/02

Name: _JERRED NECAISE_

Agency: _HCSD_

Date: _6/19/02_

Score: _100_

1. Survival stress can activate the body's sympathetic nervous system (SNS) and create a condition commonly known as the " _FIGHT_    _OR_    _FLIGHT_ " response. This is a powerful survival mechanism shared by all mammals enabling them to completely focus all of the body's resources on either charging toward or running away from an opponent.

2. List the Stages of Reaction time, in order:
   a. _PERCEIVE_
   b. _ANALYZE/EVALUATE_
   c. _FORMULATE A PLAN_
   d. _INITIATE A MOTOR ACTION_

3. The maximum amount of time that an officer will be able to maintain maximum strength and endurance will be _15 SECONDS_ .

4. List, in order, the Levels of Control and Levels of Resistance.

**LEVELS OF CONTROL**

a. _OFFICER PRESENCE_
b. _VERBAL DIRECTIONS_
c. _EMPTY HAND CONTROL_
   1. _SOFT EMPTY HAND_
   2. _HARD EMPTY HAND_
d. _INTERMEDIATE WEAPONS_
   1. _SOFT INTERMEDIATE WEAPON_
   2. _HARD INTERMEDIATE WEAPON_
e. _LETHAL FORCE_

**LEVELS OF RESISTANCE**

a. _PSYCHOLOGICAL INTIMIDATION_
b. _VERBAL NON-COMPLIANCE_
c. _PASSIVE RESISTANCE_
d. _DEFENSIVE RESISTANCE_
e. _ACTIVE AGGRESSION_
f. _AGGRAVATED ACTIVE AGGRESSION_

5.    The arrival of an officer in uniform is an example of what Level of Control?
        a.    Psychological Intimidation
        b.    Deadly Force
        c.    Officer Presence

6.    The verbal command of an officer to a subject is an example of what Level of Control?
        a.    Verbal Direction
        b.    Officer Presence
        c.    Passive Resistance

7.    The use of a nerve pressure point technique by an officer on a passively resisting subject is an example of which Level of Control?
        a.    Soft Intermediate Weapon Control Technique
        b.    Hard Empty Hand Control Technique
        c.    Soft Empty Hand Control Technique

8.    A Brachial Stun to a resisting subject by an officer is an example of which Level of Control?
        a.    Soft Empty Hand Control Technique
        b.    Hard Empty Hand Control Technique
        c.    Hard Closed Hand Control Technique

9.    The use of an Impact Weapon by an officer when applying a joint lock is an example of which Level of Control?
        a.    Hard Intermediate Weapon Control Technique
        b.    Soft Empty Hand Control Technique
        c.    Soft Intermediate Weapon Control Technique

10.    The principles of controlling resistive behavior are:
        a.    Pain Compliance
        b.    Balance Displacement
        c.    *DISTRACTION TECHNIQUES*
        d.    *CREATE A MOTOR DYSFUNCTION*
        e.    *STUNNING TECHNIQUES*

11.    The principle used to ensure the transfer of maximum kinetic energy to create a motor dysfunction as is known as:
        a.    Principle of Control
        b.    Fluid Shock Wave Principle
        c.    Brachial Stun Principle

12.    The zone of recommended safe distance is referred to as the:
        a.    Safe Zone
        b.    Reactionary Gap
        c.    Safety Gap

13. An officer confronted by an unarmed but potentially aggressive subject should maintain what distance?
   a.   3 feet
   b.   6 feet
   c.   9 feet

14. The Relative Position which should be avoided, whenever possible, is referred to as the:
   a.   Inside Position
   b.   Interview Position
   c.   Outside Position

15. Touch Pressure control techniques were primarily designed to control what type of resistance?   *PASSIVE RESISTANCE*

16. Identify the pressure/motor point that is struck with an empty hand to create mental stunning?
   a.   Mandibular Angle
   b.   Brachial Plexus (Clavicle Notch)
   c.   Brachial Plexus (Origin)

17. An officer, while escorting a subject, experiences the subject lock his arm out and continue to resist. The officer should use which joint lock?
   a.   Iron Wrist Lock Takedown
   b.   Transport Wrist Lock Takedown
   c.   Straight Arm Bar Takedown

18. The purpose of a Distraction Technique is to:   *WEAKEN A MOTOR ACTION*

19. A Speedcuffing Technique is recommended when an officer encounters no resistance from a subject. This technique is an example of which Level of Control?
   a.   Soft Intermediate Weapon Control
   b.   Soft Empty Hand Control
   c.   Hard Empty Hand Control

20. Identify the three situations when an officer is justified to handcuff a subject.
   a.   *A CRIME IS COMMITTED*
   b.   *SAFETY FOR OFFICER /OTHERS*
   c.   *SECURITY*

21. In order to justify an impact weapon strike by an officer, the officer must believe that his/her empty hand skill level is ineffective and:
   a.   The baton is not used to threaten or intimidate the suspect
   b.   The baton is used to temporarily disable the offender
   c.   Lethal force is not warranted
   d.   All of the above

22. The most effective impact weapon strike is the:
    a.      Backhand Cutting Strike
    b.      Forward Cutting Strike
    (c.)      Forward Fluid Shock Wave Strike

23. When an officer strikes a suspect with an impact weapon, the delivery should be made with maximum power to minimize the need for multiple strikes and to:
    (a.)      Minimize the risk of injury
    b.      Create a permanent disability
    c.      Both A and B

24. An officer, at the scene of a disturbance, is required to strike a subject with a five (5) cell flashlight in the Common Peroneal motor point in order to gain control of the person. This is an example of which Level of Control?
    a.      Soft Intermediate Weapon Control Technique
    (b.)      Hard Intermediate Weapon Control Technique
    c.      Hard Empty Hand Control Technique

25. If controlling the opponent cannot be maintained, the officer should?
    a.      Shoot the opponent
    (b.)      Disengage
    c.      Keep fighting

26. The M.A.C.H. 1 hold is a _STRENGTH_ and _ENTRY_ level hold.

27. The M.A.C.H. 3 hold uses which of the subject's momentum?
    a.      Forward
    (b.)      Backward
    c.      Downward

28. The M.A.C.H. 2 hold uses which of the subject's momentum?
    (a.)      Forward
    b.      Backward
    c.      Downward

29. The M.A.C.H. 5 hold is a _maximum skill_ level hold.

30. What is the most important aspect of teamwork?
    a.      Leadership
    (b.)      Communication
    c.      Maintaining Control

31. What are the two words that are used most when multiple officers are handcuffing a subject? _LOCK_ & _CLEAR_

32. The check and trap is used in which two M.A.C.H. holds? _3_ & _5_

33. A police officer responding to an alarm is confronted by a subject with a firearm. The officer orders the suspect to drop the weapon, however, he refuses and raises the weapon and points it at the officer. The officer shoots and fatally wounds the suspect. This is an example of which Level of Resistance and which Level of Control?
    a.      Active Aggression and Hard Intermediate Weapon Control Technique
    b.      Active Aggression and Deadly Force
    c.      Aggravated Active Aggression and Lethal Force

34. After breaking up an altercation between two subjects, one individual refuses to obey the commands of the officer to leave the area. When the officer attempts to physically remove the individual, he/she "goes limp". The subject is displaying which Level of Resistance.
    a.      Defensive Resistance
    b.      Passive Resistance
    c.      Passive Aggression

35. A subject who pulls away from an officer when he is being escorted from one place to another is demonstrating which Level of Resistance.
    a.      Defensive Resistance
    b.      Active Aggression
    c.      Passive Resistance

36. A subject who is intoxicated has been placed under arrest. The subject becomes resistive and begins to kick the officer in the shins. Which Level of Resistance is he/she demonstrating?
    a.      Active Aggression
    b.      Deadly Force Assault
    c.      Defensive Resistance

37. Officers are dispatched to a breaking and entering in progress. Upon arriving at the scene, the victim describes the perpetrator and the officers remember passing a subject who fits the physical description. While patrolling in the neighborhood, they spot the suspect and order him to stop, as they want to talk to him. He reaches into his waistband and pulls out a screwdriver and begins to assault the officer. This is an example of which Level of Resistance?
    a.      Active Resistance
    b.      Active Aggression
    c.      Aggravated Active Aggression

# DEFENSIVE TACTICS
## PRACTICAL EXAM

NAME: _Jerrod Necaise_

AGENCY: _____

SEMINAR LOCATION: _HCADC_

DATE: _19 June 07_

SCORE: _S_

TESTED BY: _Maxwell_

| | |
|---|---|
| SUPERIOR: | DEMONSTRATED WITH EXCEPTIONAL SKILL |
| ADEQUATE: | SECOND DEMONSTRATION WAS CORRECT WITH VERBAL CRITIQUE |
| FAIL: | FAILED TO DEMONSTRATE ACCEPTABLE TECHNIQUE AFTER 3 CRITIQUES |

I hereby understand that the passing criteria for this practical exam must meet a minimum of an adequate score for every component of every technique.

Name: _____

Date: _____

Location: _____

I do hereby acknowledge that the afore signed individual has passed the Practical Exam

Name: _Marie Maxwell_

Certification rank: _____

Expiration date: _8/03_

# PRESSURE POINTS

    A.    MANDIBULAR ANGLE

        1.    Location          S    A    F

        2.    Direction        S    A    F

        3.    Stabilization     S    A    F

        Comments:_____

    B.    INFRA ORBITAL

        1.    Location          S    A    F

        2.    Direction        S    A    F

        3.    Stabilization     S    A    F

        Comments:_____

    C.    HYPOGLOSSAL

        1.    Location          S    A    F

        2.    Direction        S    A    F

        3.    Stabilization     S    A    F

        Comments:_____

# DEFENSIVE COUNTERSTRIKES WITH THE HANDS

A.    BRACHIAL STUNS

    1.    Palm heel brachial stun (strong hand)

        a.    Location        S    A    F

        b.    Strike is made with the palm      S    A    F

        c.    Fluid shock wave principle applied    S    A    F

Comments:_____

    2.    Back of the hand strike (off hand)

        a.    Location        S    A    F

        b.    Strike is made with the back of the hand   S    A    F

        c.    Fluid shock wave principle applied    S    A    F

Comments:_____

    3.    Inside/forearm brachial stun (strong arm)

        a.    Location        S    A    F

        b.    Strike is made with the inside forearm   S    A    F

        c.    Fluid shock wave principle applied    S    A    F

Comments:_____

    4.    Back/forearm brachial stun (off arm)

        a.    Location        S    A    F

        b.    Strike is made with the back of forearm   S    A    F

        c.    Fluid shock wave principle applied    S    A    F

Comments:_____

B.    STRAIGHT PUNCH

    1.    Arm delivery close to body                      S     A     F

    2.    Strike is delivered to the torso             S     A     F

    3.    Fluid shock wave principle applied       S     A     F

Comments: _____

_____

C.    PALM HEEL STRIKE

    1.    Arm delivery is in a thrusting motion      S     A     F

    2.    Impact is made with the palm heel to the torso    S     A     F

    3.    Fluid shock wave principle applied       S     A     F

Comments: _____

_____

# HANDCUFFING

A.    STANDING METHOD

    1.    Approach is from level II ½               S     A     F

    2.    Control is established by the Double Push Principle S     A     F

    3.    Second cuff is pushed on without loss of control    S     A     F

Comments: _____

_____

B.     TAKEDOWN FROM KNEELING POSITION

    1.     All slack is removed from the cuffed hand          S     A     F

    2.     Decentralization towards the II ½ position          S     A     F

    3.     Iron wrist lock is applied simultaneously with
           decentralizing pull                                S     A     F

    4.     Straight arm bar is applied immediately after
           proning the subject                                S     A     F

    5.     Second cuff is pushed on without loss of control    S     A     F

Comments: _____
          _____

## JOINT LOCKS

    ➤ All techniques must be demonstrated from the Escort Position

    A.     STRAIGHT ARM BAR

    Components to be demonstrated

    1.     Decentralize the center                            S     A     F

    2.     Maintain control over subject's arm                S     A     F

    3.     Maintained balance while lowering center for
           takedown.                                          S     A     F

    4.     Control for handcuffing procedure                  S     A     F

Comments:_____

# DEFENSIVE COUNTERSTRIKES WITH THE LEGS

    A.     KNEE STRIKE

    1.     Stabilization of the target                        S     A     F

    2.     Strike is delivered to a motor nerve in the leg    S     A     F

3.    Impact should drive through the targeted area    S   A   F

Comments: _____

_____

**B.**    **ANGLE KICK**

1.    Step and plant the weak side foot at a 90 degree
angle to a 90 degree angle to outside    S   A   F

2.    Delivery uses torso rotation    S   A   F

3.    Impact is made with middle of the shin    S   A   F

4.    Maintained high guard position    S   A   F

5.    Rapid, balanced recovery    S   A   F

Comments: _____

# STRAIGHT BATON

**A.**    **FIELD INTERVIEW STANCE**

1.    Strong side foot back slightly    S   A   F

2.    Resting place of baton is parallel on the back of the
leg    S   A   F

3.    Balance centralized    S   A   F

Comments:_____

**B.**    **READY STANCE**

1.    Load action of baton stays parallel to the body    S   A   F

2.    Weak hand raises to high guard position as baton
loads.    S   A   F

3.    Resting position of baton is on the crown of the
deltoid muscle.    S   A   F

Comments:_____

C.    FORWARD FLUID SHOCK WAVE STRIKE

    1.    Baton grip is approximately one quarter from the end.    S    A    F

    2.    Impact delivery is parallel to the ground    S    A    F

    3.    Impact is emphasized by torso rotation    S    A    F

    4.    Impact is made with fluid shock wave principle    S    A    F

    5.    High guard with weak hand is maintained with delivery/recovery    S    A    F

Comments:_____


D.    FORWARD CUTTING STRIKE

    1.    Baton grip is approximately one quarter from the end.    S    A    F

    2.    Impact delivery is parallel to the ground    S    A    F

    3.    Impact is emphasized by torso rotation    S    A    F

    4.    Impact is delivered with a continuous cut-through motion    S    A    F

    5.    Baton is recovered to a backhand loaded position    S    A    F

Comments:_____

E.    BACKHAND STRIKE

    1.    Baton load is under off side arm    S    A    F

    2.    Impact is emphasized with torso rotation    S    A    F

    3.    Baton recovery is to the strong side load    S    A    F

Comments:_____

## SHOULDER PIN RESTRAINT

        ➤ Verbal explanation of the three levels of control

1. Level I  (Rear neck lock, no compression)        S    A    F

2. Level II  (Mechanical compression until conscious compliance)  S    A    F

3. Level III (Mechanical compression until unconsciousness)    S    A    F

Comments:_____

        ➤ Physical components to be demonstrated

4. Decentralizing balance to rear        S    A    F

5. Neck brace principle        S    A    F

6. Hand clasp        S    A    F

7. Elbow leverage to decentralize        S    A    F

8. Handcuffing procedure        S    A    F

9. Simulated method of revival        S    A    F

Comments:_____

## MECHANICAL ADVANTAGE CONTROL HOLDS

M.A.C.H. 1    1.    Doe Si Doe established    S    A    F

        2.    Back of hand across jaw line    S    A    F

        3.    Backwards movement    S    A    F

M.A.C.H. 2    1.    Movement to arm bar    S    A    F

        2.    Tight hold into shoulder    S    A    F

        3.    Forward movement    S    A    F

M.A.C.H. 3    1.    Hold concentrated on shoulder, elbow & wrist    (S)    A    F

2.    Check & Trap used    (S)    A    F

3.    Backwards movement    (S)    A    F

M.A.C.H. 4    1.    Hold established at elbow and wrist    (S)    A    F

2.    Forward movement    (S)    A    F

M.A.C.H. 5    1.    Hold concentrated in the wrist and hand    (S)    A    F

2.    Check & Trap used    (S)    A    F

3.    Backwards movement    (S)    A    F

4.    Dropping Center (to begin takedown)    (S)    A    F

## WALL DRILLS

1.    Focus is on instructor and surroundings    (S)    A    F



SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

The University of Southern Mississippi-Gulf Coast
Harrison County Sheriff's Department

*This is to certify that*

**JERRED NECAISE**

*has successfully completed*

OLEORESIN CAPSICUM "O.C." SPRAY
(3 Hour Certification)

This the 21st day of June 2002

Captain Robert Lane, Instructor, HCSD

Julian Allen, Major, HCSD
Director, SRPSI

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi–Gulf Coast

*This is to certify that*

## JERRED NECAISE

*has successfully completed*

### DEFENSIVE TACTICS

*This the 19th day of June, 2002*

Marie Maxwell
Sgt. Marie Maxwell, HCSD
Instructor



Julian Allen, Major, HCSD
Director, SRPSI

© 1990 QCBS P
All Rights Reserved

LITHO IN U.S.A.

## SIGN – IN SHEET

| NAME | DEPT. / Sec. | DATE |
|------|------|------|
| CLIFFORD S. FOLES 205 | WORK CENTER | 8-10-01 |
| BRUCE KETZEL 394 | WORK CENTER | " " |
| JON M. MESSER Jr. 182 | CORRECTIONS | 8-10-01 |
| Jewell Judy Rothery 160 | CORRECTIONS | C8-10-01 |
| GEORGE F. DOWLING 332 | WORK CENTER | 08-10-01 |
| Kenny Duprey 198 | Corrections | 8-10-01 |
| Joseph Austin 310 | CORRECTIONS | 10 AUG 01 |
| JOHN S GEAS 322 | CORRECTIONS | 10 AUG 01 |
| Michael Cooke 216 | Corrections | 10 Aug 01 |
| Jerrel Necaise 221 | CORRECTIONS | 10 Aug 01 |
| LAURIE ALLEN 304 | Juvenile | 10 Aug 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Handwritten margin notes:* 1600 No Issued Cuffs / 1400 ↓ Issued cuffs / ↑ 1400

© 1996 GOES 34425
All Rights Reserved



# Harrison County Sheriff's Department
## Correctional Division

*This is to certify that*

## JERRED NECAISE

*Has successfully completed*

# Pre-Service Correctional Officer Course

(40 HOURS)

This the 19th day of July, 2001

Major Dianne Gaston-Riley
Director of Corrections

LITHO, IN U.S.A.

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### *CORRECTIONAL OFFICER 40 HOUR/PRE-SERVICE*

| | | |
|---|---|---|
| 07/16/01 | 0800 -- COURSE OVERVIEW | DEP. WALDROP |
| | 0830 -- US CONSENT ORDER | LYNN KELLY |
| | 9300 -- CONDUCT & PROFESSIONALISM | CAPT. TAYLOR |
| | 1030 -- INMATE CLASSIFICATION | LT. GARSTKA |
| | 1200 -- LUNCH | |
| | 1300 -- RADIO COMMUNICATIONS | SGT. PERRONE |
| | 1400 -- FIRE SAFETY | LT. MCGOWIN |
| | 1500 -- INMATE GAMES | CAPT. TAYLOR |
| | 1600 -- JAIL SECURITY | CAPT. TAYLOR |
| | 1700 -- EMERGENCY POLICY | CAPT. TAYLOR |
| | 1800 -- END OF DAY | |
| | | |
| 07/17/01 | 0800 -- MEDICAL DEPT. | MEDICAL STAFF |
| | 0900 -- CHAPLAIN SERVICES | CHAPLAIN |
| | 1000 -- INMATE RULES | DEP. TAYLOR |
| | 1100 -- REPORT WRITING | DEP. TAYLOR |
| | 1200 -- LUNCH | |
| | 1300 -- SEXUAL HARASSMENT | INV. KREIGER |
| | 1430 -- SUICIDE PREVENTION | CAPT. LACY |
| | 1430 -- CULTURAL DIVERSITY&ETHICS | MAJ. RILEY |
| | HUMAN RELATIONS | MAJ. RILEY |
| | 1800 -- END OF DAY | |
| | | |
| 07/18/01 | 0800 -- FIRST AID & CPR | LT. KELLY |
| | 1200 -- LUNCH | |
| | 1300 -- DISCIPLINARY PROCESS | DEP. TAYLOR |
| | 1430 -- JAIL SECURITY/KEY CONTROL | CAPT. TAYLOR |
| | 1530 -- O.C. SPRAY | DEP. DILL |
| | 1800 -- END OF DAY | |
| | | |
| 07/19/01 | 0800 -- TRAINING ISSUES | INST. O'NEILL |
| | 0900 -- USE OF FORCE | INST. O'NEILL |
| | 1000 -- CONTRABAND SEARCHES | INST. O'NEILL |
| | 1100 -- HANDCUFFING TECHNIQUES | INST. O'NEILL |
| | 1200 -- LUNCH | |
| | 1300 -- UNIFORM & PAPERWORK | DEP. WALDROP |
| | 1700 -- GRADUATION | MAJ. RILEY |
| | 1800 -- END OF DAY | |

40 HOUR CLASS COMPLETION, RECEIVE CERTIFCIATION

copies: Roster
Handout

0800 - 0830    Course Overview - Dep. Waldrop

Trisha Young
Willie Baines
Michael Cooke
Jerrad Heard

0830 - 0930    U S Consent Order - Lynn Kelly

TRISHA Young
Willie Baines
Michael Cooke
Jerrad Heard

0930 - 1030    Conduct & Professionalism - Capt. Taylor

TRISHA Young
Jerrad Heard
Willie Baines
Michael Cooke

1030 - 1200    Inmate Classification - Lt. GABTKA

Trisha Young
Willie Baines
Michael Cooke
Jerrad Heard

1300 - 1400    Conduct & Proffessionalism    - Capt. Taylor
Trisha Young
Jarred Harris
Willie Barnes
Michael Cooke

1400 - 1500    Fire Safety    - Lt. McGown
Trisha Young                    Instructor did not
Jarred Harris                    show
Willie Barnes
Michael Coke

1530 - 1700    Dr. Games / Jail Security / Emergency Policy    - Dep. Taylor
Trisha Young
Jarred Harris
Willie Barnes
Michael Coke
(Anna) Curse Fortenberry

1800 - 0900    Medical Dept.    Inmate Games    - Dep. Taylor
Michael Coke        Inmate Rules        Dep.
Trisha Young
Curse Fortenberry
Willie Barnes

0900 - 1030    Report Writing    - Dep. Taylor
Trisha Young
_(signature)_
Carol Fortenberry
Willie Barnes
Michael Cooke

1030 - 1100    Medical Dept - Medical Staff
Trisha Young
_(signature)_
Carol Fortenberry
Willie Barnes
Michael Cooke

1100 - 1200    Chaplean Services
Trisha Young
_(signature)_
Carol Fortenberry
Willie Barnes
Michael Cooke

1300 - 1430    Sexual Harassment - Inv. Kreizel
Trisha Young
_(signature)_
Carol Fortenberry
Willie Barnes
Michael Cooke

*Jerrel Necaise*

## What Do You Know About Sexual Harassment? – A PreTest
### Mark your response to each of the following. True or False.

1. *False* A subject of a sexual harassment complaint may avoid liability by demonstrating that the target's dress or appearance "invited" sexual comments.

2. *False* You observe two male workers in the hallway as a female worker walks by. The men stop talking and "look her up and down" as she passes. One man smiles at the other man, lifts his eyebrows and nods in the woman's direction. The woman saw the men, but did not acknowledge them. She has not complained to you, or any other member of the leadership team. No follow-up action is necessary until a complaint is received.

3. *True* Sexual harassment is a form of discrimination prohibited by federal law.

4. *False* The absence of sexual harassment complaints in your section is a good indication that sexual harassment is not occurring there.

5. *False* What may be sexual harassment to a recipient will not form the basis for liability if the person making the comments or doing the behavior can establish he meant nothing by them.

6. *False* In most cases, it is okay for a recipient of alleged "quid pro quo" (sex for promotion, favored treatment, etc.) sexual harassment to personally meet with the alleged harasser to address her concerns and to end the harassment.

7. *False* Good-intentioned, fun-loving, or playful physical contact or comments that may possibly be considered be of sexual nature are not forms of actionable sexual harassment.

8. *True* An agency can be held accountable for sexual harassment of employees committed by an outside vendor visiting the premises.

9. *True* What is sexual harassment to one person may not be sexual harassment to another person who heard the same comment or was subjected to the same behavior.

10. *False* You hear rumors that an older agency member who has been with the agency for many years has been sexually harassing a new young female worker assigned to your unit, and that the woman has been visibly upset by the older member's conduct. The older member has a reputation of telling sex-based jokes, but "meaning nothing by it" when he says it. No complaint has been received. To be fair to all involved, you should avoid involvement as a supervisor unless and until a complaint has been lodged.

11. *True* A co-worker who was once romantically involved with another co-worker can claim sexual harassment if the former co-worker continues to make comments of an unwelcome sexual nature to her.

12. *False* A group of workers have worked together for years. Over time, they have developed a "group sense of humor" that often has resulted in risqué jokes being told or sexually explicit cartoons being circulated. No one in the group appears offended by the jokes or cartoons. As long as the group keeps the humor within the group, there is no cause for concern about sexual harassment liability.

13. *True* Supervisors may be liable for sexual harassment occurring under their watch only if it can be established that the supervisor had actual knowledge of the harassment situation and failed to respond appropriately.

14. *True* While sexual harassment may subject agency members to disciplinary action, retaliation against a complainant by one or more members of an agency is not an appropriate basis for disciplinary response.

15. *False* A recipient of alleged harassment discusses her concerns with you, and asks you to do no more because "All I wanted to do was to talk to someone." Since the complainant has voluntarily waived an interest in agency follow-up, once you have documented the meeting, no further action will be necessary.

1430-1700    Cultural Diversity & Ethics & Human Relations - Maj. Riley

Trisha Young

Jerred Hasson

Carol Fortenberry

Michael Cooke

Willie Barnes

07/18/07    Disciplinary Process & IN Handbook
0800-1100    Trish Young

Jerred Hasson

Willie Barnes

Michael Cooke

1300-1430    Fire Safety  - Lt. McGowin

Trisha Young

Jerred Hasson

Willie Barnes

Michael Cooke

1500-1530    Jail Security & Key Control        CAPT  Taylor

Trisha Young

Willie Barnes

Michael Cooke

Jerred Hasson

6

530-1800    Radio Communications / OC Spray    DILL
    Trisha Young
    Jerred Kease
    Willie Barnes
    Michael Cooke

71901    Training Issues    - Inst. O'Neill
800-900    Trisha Young
    Jerred Kease
    Willie Barnes
    Michael Cooke

900-1000    Use of Force    - Inst O'Neill
    Trisha Young
    Jerred Kease
    Willie Barnes
    Michael Cooke

00-1100    Handcuffing Techniques    Inst O'Neill
    Trisha Young
    Jerred Kease
    Willie Barnes
    Michael Cooke

0-1200    Handcuffing Techniques    ON EIL
    Trisha Young    Jerred Kease
    Willie Barnes

This is to acknowledge that I received a copy of the Harrison County Adult Detention Center Policy and Procedure Directives.  I understand that if I should resign or be terminated I will be responsible for returning the completed copy in with my issued equipment.

_____          7/17/01
Employee's Signature                                     Date Issued

_____
Issuing Employee