## JUSTICE CONSENT ORDER RECORD OF TRAINING

**Name:** _Jerred Necaise_     **Date:** _7/16/01_

**Address:** _19104 Jabour Dr_

**City:** _Saucier_     **State:** _MS_ **Zip:** _39574_

**Telephone No.:** _(228) 831-3476_

**Facility Assignment (if known):** _____

**Hire Date:** _7/16/01_     **Rank/Position (if known)** _Correctional Officer_

**Class Date:** _7/16/01_

I have received a copy of the case U.S. versus Harrison County, specifically known as the Consent Judgment in addition to the 2nd and 3rd Supplemental Reports following same.

The above documents have been fully explained to me and I acknowledge receipt of a copy of same.

I understand and hereby agree to comply with the terms, conditions and obligations set forth in the above order and supplements to the best of my ability in my duties as an employee of the Harrison County Sheriff's Department.

_Jerred Necaise_
Employee

_7/16/01_
Date

Instructor: _Ryan Kelley_

_7/16/01_
Date

Copies to:     Capt. Taylor
               Capt. Lacy

# HARRISON COUNTY SHERIFF'S DEPARTMENT -- INMATE HANDBOOK
## ADULT DETENTION CENTER

HANDBOOK ISSUED TO
         _Jerred Necaise_
         Print Name

         _Signature_

DATE HANDBOOK ISSUED
         _7/17/01_

This manual is issued to you as an employee of the Harrison County Sheriff's Department Correctional Division.

Major Dianne Gatson-Riley
Director of Corrections

This is to acknowledge that I received a copy of the Harrison County Adult Detention Center Policy and Procedure Directives.  I understand that if I should resign or be terminated I will be responsible for returning the completed copy in with my issued equipment.

_____          _____
Employee's Signature                                     Date Issued        7/17/01

_____
Issuing Employee



# Harrison County Sheriff's Department
## Correctional Division

*This is to certify that*

# JERRED NECAISE

*Has successfully completed*

## O.C. SPRAY

*This the 18th day of July, 2001*

Sgt. Shaun Perronne
Instructor

© 1996 CC-US 3405
All Rights Reserved

LITHO. IN U.S.A.

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

**NAME:** NECAISE, JERRED

**BADGE #:** 221

**DATE HIRED:** JULY 16, 2001

1 OF 1

| CLASS/CERTIFICATION | DATE | TRAINING HOURS |
|---|---|---|
| O.C. SPRAY CERTIFICATION | 18-Jul-01 | UNK |
| PRE-SERVICE CORRECTIONAL OFFICER COURSE | 19-Jul-01 | 40 HRS |
| HANDCUFFING PROCEDURES | 10-Aug-01 | 1 HRS |
| IN-SERVICE TRAINING CORRECTIONS EMERGENCY POLICY | 3-May-02 | 1.5 HRS |
| ACA PROGRAM AUDIT | 9-May-02 | 15 MIN |
| IN-SERVICE TRAINING STRESS MANAGEMENT | 30-May-02 | 1 HRS |
| OLEORESIN CAPSICUM "OC" SPRAY CERTIFICATION | 21-Jun-02 | 3 HRS |
| DEFENSIVE TACTICS | 19-Jun-02 | UNK |
| BASIC CORRECTIONAL OFFICER'S TRAINING | 21-Jun-02 | 80 HRS |
| MECHANICAL ADVANTAGE CONTROL HOLD 1 M.A.C.H. 1 | 25-Jun-02 | 10 MIN |
| MECHANICAL ADVANTAGE CONTROL HOLD 3 M.A.C.H. 3 | 2-Jul-02 | 10 MIN |
| CONTROL FORCE | 23-Jul-02 | 2 HRS |
| C.E.R.T. BASIC TRU OUT | 1-Aug-02 | 5 HRS |
| BASIC CORRECTIONAL OFFICER'S TRAINING | 6/21/03 | |
| 80 HR COURSE | 9/1/03 | |
| PPCT | 3/18/04 | 4 HOURS |
| SEXUAL HARASSMENT | 5/13/04 | 3 HOURS |
| PRE TRIAL RELEASE FORMS | 8/21/04 | 15 MIN |
| EVIDENCE | 9/8/04 | 15 MIN |
| CRIME SCENE | 9/11/04 | 15 MIN |
| SECURITY SUPERVISION | 9/22/04 | 15 MIN |
| RIOTS AND DISTURBANCES | 9/23/04 | 15 MIN |
| CHAIN OF COMMAND | 30-Nov-04 | 15 MIN |
| UNIFORM AND PERSONAL APPEARANCE | 3-Dec-04 | 15 MIN |
| AFFIRMATIVE ACTION PLAN | 7-Dec-04 | 15 MIN |
| SEXUAL HARASSMENT | 8-Dec-04 | 15 MIN |
| DENTAL SERVICES | 12/10/04 | 15 MIN |
| CENTRAL CONTROL | 17-Dec-04 | 15 MIN |

# FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **CONTROL ROOM**

Trainee _Necaise #221_

FTO _[4 [ [8] 19]_

Performance Objective: Following demonstration by the designated Field Trainer, the trainee will safely and securely monitor inmates and the block/sections. Answer requests by telephone, intercoms, and radio. Control and verify counts, control and document access in and out of the block/sections, and conduct and monitor visits/church services. Properly notate all activities relating to medical.

| | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER CONTROL ROOM AND NOTIFY CENTRAL-RECEIVE BRIEFING FROM ON DUTY OFFICER. | | | | | | |
| 2) REVIEW ALL PAPERWORK, GREEN BOOK, POST ORDERS, AND CONFIRM COUNTS ON POPULATION SHEETS. | | | | | | |
| 3) EXIT CONTROL ROOM AND NOTIFY CENTRAL-MEET WITH OFFICERS TO CONDUCT SAFE/ACCURATE COUNTS. | | | | | | |
| 4) CONDUCT COUNTS SAFELY, ACCURATELY, QUICKLY, IN ACCORDANCE WITH A.C.A. STANDARDS. | | | | | | |
| 5) UPON COMPLETION OF COUNTS, SIGN TO VERIFY ON POPULATION SHEETS AND RE-ENTER CONTROL ROOM. | | | | | | |
| 6) NOTIFY CENTRAL OF ENTRY TO CONTROL ROOM AND THAT COUNTS ARE VERIFIED/CLEARED-ASSUME DUTY. | | | | | | |
| 7) MONITOR ALL SECTIONS AND MAKE AN ENTRY ON YOUR LOG STATING WHAT WAS OBSERVED(EVERY 30 MINUTES). THIS CAN BE TIME APPROXIMATE. | | | | | | |
| 8) ANSWER RADIO AND TELEPHONE-ALSO ANSWER INTERCOM AND INMATE REQUESTS AS NEEDED. | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 9) MAINTAIN ALL MOVEMENT IN YOUR BLOCK-IN/OUT OF YOUR BLOCK USING PROPER FORMS/DO CELL CHANGES. MONITOR ALL STAFF TO ENSURE THEIR SAFETY IN BLOCK. | | | | | | |
| 10) DOCUMENT ALL RECREATION RELATED ACTIVITIES-ALL MEALS IN/SERVED/OUT-WHAT WAS SERVED-# TRAYS. | | | | | | |
| 11) ACCURATELY MAINTAIN POPULATION SHEETS-IF ON MIDNIGHT SHIFT CONDUCT ACCURATE RE-WRITE. THIS SHOULD BE ACCOMPLISHED WITHIN TWO(02) HOURS. | | | | | | |
| 12) PROPERLY BRIEF ONCOMING OFFICER AND ENSURE ALL PAPERWORK/BOOKS/FORMS WERE UTILIZED PROPERLY. DO NOT LEAVE UNTIL PROPERLY RELIEVED. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date) | AM | AM | AM | AM | AM | AM |

FTO _[signature]_

Trainee _[signature] #221_

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **CONTROL ROOM**

Trainee *Deputy Necaise 221*

FTO *Collins 254*

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will safely and securely monitor inmates and the block/sections. Answer requests by telephone, intercoms, and radio. Control and verify counts, control and document access in and out of the block/sections, and conduct and monitor visits/church services.  Properly notate all activities relating to medical. | Trainee Reads/Review task document | FTO Explains and Demon' trates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Pfioficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER CONTROL ROOM AND NOTIFY CENTRAL-RECEIVE BRIEFING FROM ON DUTY OFFICER. | 3-21-04 FTo Collins 254 Deputy Necaise 221 | 3-21-04 FTo Collins 254 Deputy Necaise 221 | 3-21-04 FTo Collins 254 Deputy Necaise 221 | 3-21-04 FTo Collins 254 Deputy Necaise | 3-21-04 FTo Collins 254 Deputy Necaise | 3-21-04 FTo Collins 254 Deputy Necaise |
| 2) REVIEW ALL PAPERWORK, GREEN BOOK, POST ORDERS, AND CONFIRM COUNTS ON POPULATION SHEETS. | | | | | | |
| 3)EXIT CONTROL ROOM AND NOTIFY CENTRAL-MEET WITH OFFICERS TO CONDUCT SAFE/ACCURATE COUNTS. | | | | | | |
| 4) CONDUCT COUNTS SAFELY, ACCURATELY, QUICKLY, IN ACCORDANCE WITH A.C.A. STANDARDS. | | | | | | |
| 5)UPON COMPLETION OF COUNTS, SIGN TO VERIFY ON POPULATION SHEETS AND RE-ENTER CONTROL ROOM. | | | | | | |
| 6)NOTIFY CENTRAL OF ENTRY TO CONTROL ROOM AND THAT COUNTS ARE VERIFIED/CLEARED-ASSUME DUTY. | | | | | | |
| 7) MONITOR ALL SECTIONS AND MAKE AN ENTRY ON YOUR LOG STATING WHAT WAS OBSERVED(EVERY 30 MINUTES).  THIS CAN BE TIME APPROXIMATE. | | | | | | |
| 8) ANSWER RADIO AND TELEPHONE-ALSO ANSWER INTERCOM AND INMATE REQUESTS AS NEEDED. | | | | | | |
| 9) MAINTAIN ALL MOVEMENT IN YOUR BLOCK-IN/OUT OF YOUR BLOCK USING PROPER FORMS/DO CELL CHANGES. MONITOR ALL STAFF TO ENSURE THEIR SAFETY IN BLOCK. | | | | | | |
| 10) DOCUMENT ALL RECREATION RELATED ACTIVITIES-ALL MEALS IN/SERVED/OUT-WHAT WAS SERVED-# TRAYS. | | | | | | |
| 11) ACCURATELY MAINTAIN POPULATION SHEETS-IF ON MIDNIGHT SHIFT CONDUCT ACCURATE RE-WRITE. THIS SHOULD BE ACCOMPLISHED WITHIN TWO(02) HOURS. | | | | | | |
| 12) PROPERLY BRIEF ONCOMING OFFICER AND ENSURE ALL PAPERWORK/BOOKS/FORMS WERE UTILIZED PROPERLY.  DO NO LEAVE UNTIL PROPERLY RELIEVED. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on *3-21-04* (date) FTO *Collins* Trainee *Necaise* | 3-21-04 | 3-21-04 | 3-21-04 | 3-21-04 | 3-21-04 | 3-21-04 |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

Trainee_____J. NECAISE #221_____          **F.T.O.** A. KELLY #181

Date_____09-23-04_____          **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Necaise for the position of Control Room
Officer.  Officer Necaise successfully explained and demonstrated all tasks and performance
objectives for this post.    END OF REPORT.

_____          _____
Trainee's Signature                                               F.T.O's Signature

FTO MODULE PERFORMANCE CHECKLIST

Chapter_____  Trainee _Necaise 201_
Modular Title: **Booking Control**  FTO _Kelly_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct safety and security operations, control access in and out of booking area, registering on the proper logs persons who enter and exit. Professionally answer the telephones and provide information.  The primary function of this post is to be in control of access and departure of all persons. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1)Enter the booking control room and secure the door.  Receive a briefing from the on-duty deputy regarding daily events. | | | | | | |
| 2)Sign post orders and assume the duties of booking control-controlling all exiting and entering of the booking areas. | | | | | | |
| 3)Document all agencies, and all inmates coming in and out of the facility.  Example: Court, hospital, funeral, etc. | | | | | | |
| 4)Monitor the security cameras and report any unusual incidents to the on-duty supervisor. | | | | | | |
| 5)Monitor the two security gates and allow access and exit to those who are authorized.  Always check for identification on vehicle. | | | | | | |
| 6)Demonstrate the proper technique for opening both gates at the same time during an emergency(firetruck, ambulance, etc.) | | | | | | |
| 7)Control access and exit to the holding tanks in booking as directed by the booking staff-control on/off of telephones. | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 8)Restrict access to anyone with a firearm on, excluding law enforcement using the elevator for upstairs access. | | | | | | |
| 9)Notify S-1 when any inmate(s) departs/returns through booking control by either ambulance or transport for the hospital. | | | | | | |
| 10)Answer the telephone for limited information to those calling for bonds, releases and general inquiries. | | | | | | |
| 11)Brief the oncoming staff on all information in regards to booking and booking control. | | | | | | |
| 12)Upon departure from booking control, ensure that the relieving officer is fully briefed, and that the door is secure. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date) FTO_____ Trainee_____ | _signature_ | _signature_ | _signature_ | _signature_ | _signature_ | _signature_ |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

**Trainee** _____ J. Necaise #221 _____ **F.T.O.** A. KELLY #178 ___

**Date** _____ 9-23-04 _____ **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Necaise for the position of Booking Control Room Officer.  Officer Necaise successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

Trainee's Signature _____          F.T.O's Signature _____

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **Perimeter Rover**

Trainee _Neccaise_

FTO _____

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Conduct safety and security inspections of the perimeter. These areas include the fences, rooftops, parking lot, walkways, windows, doorways, and grassy areas. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Receive briefing from S-1 on any information that may concern the perimeter of the facility-such as risk inmates, construction areas, etc.. | | | | | | |
| 2) Report to central to advise that you are now 10-08 on perimeter, and sign the perimeter keys out until the end of shift. | | | | | | |
| 3) Do a complete perimeter check of the fences/gates and verify that all is in order. Report any questionable areas immediately to S-1. | | | | | | |
| 4) Do a complete roof check. Check for holes, all air vents, and make sure maintenance didn't leave any tools behind. | | | | | | |
| 5) A30 minute activity watch will be conducted along with an outside security inspection checklist. | | | | | | |
| 6) Do a complete check of all perimeter lighting and locks. Report any problems of maintenance to central control. | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 7) Do a complete check of inner perimeter. Check the windows make sure theirs no holes in them, and man hole covers. | | | | | | |
| 8) Report all security infractions to the S1 on duty. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on ___9-3-04___ (date)  FTO _____  Trainee _____ | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

**Trainee**_____J. Necaise #221_____     **F.T.O.** A. KELLY #181

**Date**_____09-23-04_____     **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Necaise has been assigned as Perimeter Officer in the past.  When questioned about the post Officer Necaise advised F.T.O. Kelly that upon assuming Perimeter Officer duties he meets with the regular Perimeter Officer in the parking lot to get a briefing on any special events that may be happening.

Officer Necaise explained how to conduct a Security Check of the Outer Perimeter Fence and lighting.  He pointed out what kind of discrepancies to look for, such as lights out, holes in or under the fence and to check all gates and locks and that while conducting an Inner Perimeter Fence Security Check to basically note the same type discrepancies as the Outer Perimeter Fence in addition to noting the locks on the sewer accesses and the condition of the sally port rocks and razor wire. F.T.O. Kelly advised Officer Necaise that while conducting an Inside Perimeter Security Check of all four blocks to walk approximately 10 to 15 feet away from the building. F.T.O. Kelly explained that from such a vantage point he could properly check all cell windows for damage or signs of tampering and inmate movements within the cell without actually having to peer into each cell unnecessarily.  As with the Outer and Inner Perimeter Fence Security Checks, F.T.O. Kelly pointed out the discrepancies to look for. Officer Necaise has safely conducted Roof Security Checks and was advised, for safety reasons, that when it is raining, lightning, and/or high winds roof checks are not to be conducted.

Officer Necaise explained how to complete the Outside Security Inspection Checklist and the Outside Security Report after each security round and that it should read like a block log – log in start and stop times of each event (i.e. Outer Perimeter Fence Security Check, Inner Perimeter Fence Security Check, C/D Inside Perimeter, A/B Inside Perimeter, and Roof Security Check).

Officer Necaise successfully explained and demonstrated all tasks and performance objectives for this post.  END OF REPORT.

_____     _____
Trainee's Signature     F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____     Trainee _Neccise 221_
Modular Title: **ROVER**_____     FTO _14 Y 181_

Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Provide escorts of inmates, visitors, contractors, and staff to areas of the facility. At all times display safety and security techniques, respond to emergency requests, and assigned details.

| | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Report to the de-briefing area at the beginning of the shift to sign in the post orders book, after having read them. | | | | | | |
| 2) Receive briefing from the offgoing and oncoming rover and S-1. | | | | | | |
| 3) Receive and carry out any and all tasks assigned from the S-1. | | | | | | |
| 4) Assist all officers in need of help in any area(s) such as retrieving copies of forms, paperwork, and when possible relief from post. | | | | | | |
| 5) Properly escort inmates to and from the blocks, medical, church, C.I.D., attorney visits, etc.. At all times be security minded. | | | | | | |
| 6) Properly initiate and conduct a proper classification move from B/F to the blocks. At all times maintaining security and order - no talking. | | | | | | |
| 7) Properly check and verify that no inmates are together that are prohibited to be, by using the no contact book in de-briefing. | | | | | | |
| 8) Demonstrate proper procedure for moving inmates from one area to another;include properly demonstrating proper handcuffing/shackling. | 9.23.04 | 9.23.04 | 9.23.04 | 9.23.04 | 9.23.04 | 9.23.04 |
| 9) Keep central control aware of moves and when they are completed. If opposite sex are being moved, have central monitor. | | | | | | |
| 10) While in hallways check all doors to make sure they are secured. | | | | | | |
| 11) While in hallways check all areas for cleanliness, water spills, food trays, garbage, blue boats, and any other items to be stored. | | | | | | |
| 12) Upon completion of your shift, properly brief the offgoing S-1, the oncoming S-1, and the oncoming rover. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9.23.04_ (date) FTO _____ Trainee _____ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

**Trainee** ___J. Necaise #221___          **F.T.O.** A. KELLY #181

**Date** ___09-21-04___                    **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

   Officer Necaise has been assigned as Rover in the past.  Officer Necaise reads and signs the Post Orders in de-briefing.

   It was explained that the Rover will assist any Officer requesting copies or in need of any other assistance and when possible, short term/temporary relief from post.

   Officer Necaise showed the proper way to escort inmates from their block to church, court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuffing all inmates left hand to chain prior to exiting block, cuff and shackle all B-Block inmates).  Officer Necaise showed how to properly check and verify that no inmates are together that are on the "NO CONTACT" list prior to any movement.  It was stressed that when escorting inmates, notify Central Control to monitor the movement, especially when inmates of the opposite sex are being moved.

   Officer Necaise was reminded that Safety, Security, and Sanitation is every Officers responsibility and as Rover especially.  Officer Necaise was reminded that while making security rounds, check all doors to ensure they are secured and check all passageways for cleanliness and safety conditions then report any discrepancies to the Shift Supervisor.

   Officer Necaise has performed Classification Moves and explained that names should be double checked and I.D. bands verified (if they were issued) prior to making any move.  If moving an inmate from B-F to general population the Rover must determine if the inmate has a full County Issue (2 sets of uniforms, mattress, mattress cover, 2 sheets, pillow, pillow case, blanket, towel, toilet tissue, cup, spoon, soap, toothbrush, and tooth paste) and if not, stop by Booking while in route to assigned block to obtain missing items.

   In addition to the above, Officer Necaise was reminded that any orders or tasks received from the Shift Supervisor are also to be carried out.

   F.T.O. Kelly carried out the proficiency test on Officer Necaise for the position of Roving Officer.  Officer Necaise successfully explained and demonstrated all tasks and performance objectives for this post.   END OF REPORT.

_____              _____
Trainee's Signature                  F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **CENTRAL CONTROL**

Trainee _Negase 221_

FTO _14162 181_

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Properly control and document access to secure areas, monitor staff/inmate movement in hallways, assist with sorting/documentation of U.S. mail when needed, and in a professional manner communicate telephonically by radio, and overhead speakers. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Enter central control and receive a briefing by the on duty central control operator. Read any/all information in regards to the pass-on book, memos, observation sheets. | | | | | | |
| 2) Ensure that all keys are logged in/out and accounted for prior to relieving the on duty officer. All keys are to be stored in a secure manner, in their proper location/area. | | | | | | |
| 3) Ensure that all inmates are logged in/out accurately on the movement sheet, in coordination with the booking control officer. Transcribe inmate names onto new form if necessary – double check the accuracy with the sending control room or area. | | | | | | |
| 4) Relieve the on duty central control officer and assume post for duty. Do not allow anyone to enter your area unless a sergeant or above, or if cleared by S-1 or higher. | | | | | | |
| 5) Answer all incoming telephone calls with "Harrison County Sheriff's Department Corrections Division, Deputy _____ speaking, may I help you"? Direct all calls properly in accordance with the facility rules and regulations. Always be helpful. | | | | | | |
| 6) Monitor all movements within your view concerning court, staff, inmates, and visitors. Be security/safety minded in regards to all activities that you observe. Report all security/safety infractions to the on duty supervisor, via southern line or telephone. | | | | | | |
| 7) Monitor and track the locations of contractors working in coordination with the maintenance staff – keep S-1 informed of their work details/use of equipment. | | | | | | |
| 8) Coordinate any/all emergencies by use of radio, southern line, and telephone. Also use the public address system for notification(s) or to direct staff. | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 9) Be familiar with all emergency contact numbers for police, fire, rescue, dispatch, and employees. Do not give out any telephone numbers unless cleared by S-1 or higher. | | | | | | |
| 10) Access secure doors from the central control panel in a safe and secure manner. At all times monitor secure areas to see that they remain secure and clear of inmates. | | | | | | |
| 11) Show proficiency in handling multiple tasks in a safe, secure, efficient manner. At times you may have to handle many tasks at the same time, especially during a busy shift or emergencies. | | | | | | |
| 12) Demonstrate the proper way to log and sort the U.S. Mail – always be on the alert for any suspicious package(s). If any concern immediately notify S-1 for assistance. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date)  FTO _____  Trainee _____ | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

Trainee_____J. NECAISE 221_____          F.T.O. <u>A. KELLY #181</u>

Date_____09-23-04_____                    Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Necaise for the position of Central
Control Room Officer.  Officer Necaise successfully explained and demonstrated all tasks and
performance objectives for this post.   END OF REPORT.

Trainee's Signature                          F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: Medical Rover

Trainee _Necaise 221_

FTO _1611 181_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Provide safety and security in the medical ward. Control inmates in need of medical attention. The trainee will control access to and from the exam rooms and at times will escort inmates to and from the blocks. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| Maintain Security in Medical Department at all times. | | | | | | |
| Provide Security for Medical Staff. | | | | | | |
| Transport Inmates to and from Medical. | | | | | | |
| Notify Shift Supervisor of any Medical Emergency. | | | | | | |
| Never leave your duty post unless authorized by medical staff. | | | | | | |
| Maintain Security of Medical Equipment and Medication at all times. | | | | | | |
| Over all Security of Medical Department, doors secure and Inmates Restrained. | | | | | | |
| Make sure that no Inmate is left in Medical Department without Security. | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| Escort Medical Staff and provide Security during Medication Pass. | | | | | | |
| Properly Brief Officer relieving Medical Security. | | | | | | |
| Perform all Duties as assigned. | | | | | | |
| | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date) FTO _____ Trainee _____ | | | | | | |

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

**Trainee**_____J. Necaise #221_____       **F.T.O.** **A**. KELLY  #220

**Date**_____9-23-04_____       **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Necaise was given a copy of the Medical Rover Performance Checklist to read over.  It was stressed that while assigned as Medical Rover, the Officer's main function is to provide security for the Medical Staff, Medical Department equipment and medications.  The Medical Rover will escort Medical Staff and provide security during Medication Pass.  At no time will an inmate and a Medical Staff member be left alone together.   In the event of a Medical Staff member needing to examine a female inmate, there must be a female Officer present.  At no time will an inmate be left in the Medical Department without an Officer being present, even if the inmate is secured in the Waiting Room.  All three doors to the Medical Department Waiting Room must be secured while inmates are present in Medical.

The proper way to escort inmates to and from Medical and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff and shackle all B-Block inmates) was discussed.  Handcuffs and daisy chain cuffs may be removed only after entering then securing the Medical Department Waiting Room door.

F.T.O.   carried out the proficiency test on Officer Necaise for the position of Medical Roving Officer.  Officer Necaise successfully explained and demonstrated all tasks and performance objectives for this post.   END OF REPORT.

_____                    _____
Trainee's Signature                                F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____

Modular Title: **Booking Control**

Trainee _Necaise 226_

FTO _Kelly 18_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct safety and security operations, control access in and out of booking area, registering on the proper logs persons who enter and exit. Professionally answer the telephones and provide information. The primary function of this post is to be in control of access and departure of all persons. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1)Enter the booking control room and secure the door. Receive a briefing from the on-duty deputy regarding daily events. | | | | | | |
| 2)Sign post orders and assume the duties of booking control-controlling all exiting and entering of the booking areas. | | | | | | |
| 3)Document all agencies, and all inmates coming in and out of the facility. Example: Court, hospital, funeral, etc. | | | | | | |
| 4)Monitor the security cameras and report any unusual incidents to the on-duty supervisor, | | | | | | |
| 5)Monitor the two security gates and allow access and exit to those who are authorized. Always check for identification on vehicle. | | | | | | |
| 6)Demonstrate the proper technique for opening both gates at the same time during an emergency(firetruck, ambulance, etc.) | | | | | | |
| 7)Control access and exit to the holding tanks in booking as directed by the booking staff-control on/off of telephones. | | | | | | |
| 8)Restrict access to anyone with a firearm on, excluding law enforcement using the elevator for upstairs access. | | | | | | |
| 9)Notify S-1 when any inmate(s) departs/returns through booking control by either ambulance or transport for the hospital. | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 10)Answer the telephone for limited information to those calling for bonds, releases and general inquiries. | | | | | | |
| 11)Brief the oncoming staff on all information in regards to booking and booking control. | | | | | | |
| 12)Upon departure from booking control, ensure that the relieving officer is fully briefed, and that the door is secure. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date) FTO _____ Trainee _____ | AK | AK | AK | AK | AK | AK |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

**Trainee**_____J. Necaise #239_____        **F.T.O.** A. KELLY #181

**Date**_____9-23-04_____        **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Necaise for the position of Booking Control Room Officer.  Officer Necaise successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

_____        _____
Trainee's Signature                        F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____

Modular Title: <u>Front Desk</u>

Trainee _Necaise 001_

FTO _____

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct operations of the front desk and lobby to assist with bonds, visits, telephone calls, and direct any and all persons with requests in a professional manner. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Receive a briefing from the off-going watch as to the status of any pending items relating to the Front Desk. Read and sign post orders. | | | | | | |
| 2) Conduct a sanitation security, and fire/safety hazard inspection of the lobby area at the beginning of each shift and immediately upon the completion of the last visitor leaving the facility. | | | | | | |
| 3) Greet all visitors to the facility with professional courtesy. Register all visitors in the perspective visitation log ( i.e. bond, attorney, minister, or general). Ensure the visitor's name is on the inmate's visitation list. Inform visitors of the dress code for visitation, the rules of visitation and storage of <u>all</u> personal property in lockers. | | | | | | |
| 4) Notify Control Room Officers what inmates have visitors standing by and what time the visit will commence. | | | | | | |
| 5) Monitor all visitors while they are in the lobby. Ensure there is no smoking in the lobby. Notify the Shift Supervisor of any situations that could cause the termination of a visit or in the case of unruly visitors. | | | | | | |
| 6) Ensure the accuracy and completeness of pre-release bond documents and perform bond duties in accordance with HCADC policy and procedures. | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 7) Issue a cash bond receipt to the person presenting cash for a cash bond <u>after</u> verification of the amount of cash by the Shift Supervisor <u>and</u> the Front Desk Officer. | | | | | | |
| 8) Answer incoming phone calls in the following manner: "Harrison County Sheriffs Department, this is Deputy ____, may I help you?" Ensure to release only authorized information about inmates, i.e. if it is on the PUB screen, it may be released. | | | | | | |
| | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date) FTO _____ Trainee _____ | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

**Trainee** _____J.NECAISE #221_____     **F.T.O.** A.KELLY #181

**Date**_____09-23-04_____          **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Necaise for the position of Front Desk Officer.  Officer Necaise successfully explained and demonstrated all tasks and performance objectives for this post.   END OF REPORT.

Trainee's Signature _____        _____ F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____

Modular Title: **FLOOR OFFICER**

Trainee *Necaise 221*

FTO *Kelly 181*

| Performance Objective: Following demonstration by the designated Field Trainer the trainee will: Provide safety and security supervising all inmate activities within the block and sections. At all times be knowledgeable of inmate counts, requests and special requirements of the individual block assigned, to include recreation time. at all times monitor the safety of all staff and visitors to the block. Prepare inmates for transfer/receive arriving inmates. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER THE BLOCK AND REVIEW ALL PAPERWORK PERTAINING TO THE INMATES; PASS-ON BOOK, POPULATION, OBSERVATION SHEETS, POST ORDERS, AND VISITOR LOGS. REVIEW PAST THREE(03) DAYS. | | | | | | |
| 2) CONDUCT A PROPER HEADCOUNT IN ACCORDANCE WITH A.C.A. STANDARDS; IN A SAFE, ACCURATE, AND TIMELY MANNER. | | | | | | |
| 3) VERIFY AND CLEAR THE COUNT WITH THE CONTROL ROOM OFFICER, ASSUME FLOOR DUTIES. | | | | | | |
| 4) CONDUCT AN ACCURATE INVENTORY OF ALL RESTRAINTS PRESENTLY ASSIGNED TO THE BLOCK. DOCUMENT IF ACCOUNTED FOR OR MISSING. | | | | | | |
| 5) INITIATE SAFETY/SECURITY INSPECTIONS IN ALL SIX(06) SECTIONS OF THE BLOCK/YARD/VISITATION AREAS. CONTINUALLY CHECK DURING YOUR SHIFT, NOTING ANY DEFICIENCIES/WORK ORDERS. | | | | | | |
| 6) SERVE MEALS, ACCOUNT FOR ALL TRAYS ENTERING/EXITING BLOCK. NOTATE TIME IN, MENU, TIME OUT – NUMBER OF TRAYS IN/OUT. ALL TRAYS MUST BE ACCOUNTED FOR/HOLD TRAYS FOR INMATES OUT. | | | | | | |
| 7) PROVIDE SECURITY ESCORT FOR MEDICAL STAFF DURING MEDICATION PASS – ALSO IF INMATE IS INJURED/ILL. | | | | | | |
| 8) PROVIDE SECURITY FOR RECREATION/YARD CALL – SUPERVISE AND DOCUMENT THE SECTION AND AMOUNT OF INMATES PRESENT ON THE EXERCISE YARD LOG(ALSO IN THE PASS-ON BOOK). | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 9) PROPERLY DEMONSTRATE PREPARING INMATE(S) FOR TRANSPORT OUT OF THE BLOCK(SEARCHING AND RESTRAINTS). PROPERLY NOTIFY ALL PARTIES INVOLVED(CONTROL ROOM, CENTRAL, ROVER). | | | | | | |
| 10) INVESTIGATE ANY RULE VIOLATIONS IN THE BLOCK, AND ANY/ALL BREACH OF SECURITY. DOCUMENT/NOTIFY ON DUTY SUPERVISOR. | | | | | | |
| 11) PROPERLY HANDLE/DIRECT ALL INMATE REQUESTS TO THE PROPER AUTHORITY. DEMONSTRATE HANDLING A BASIC INMATE REQUEST IN THE BLOCK. EXAMPLE: CLOTHING EXCHANGE, HYGIENE, ETC. | | | | | | |
| 12) PROPERLY BRIEF ALL ONCOMING OFFICERS OF BLOCK INFORMATION AND ANY SPECIAL CONCERNS. HAVE ALL INMATES READY FOR PROPER HEADCOUNT. ENSURE ALL MOVEMENT HAS STOPPED/TELEPHONES OFF. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date) FTO _____ Trainee _____ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

**Trainee**_____ J. NECAISE #221_____        **F.T.O.** A.KELLY 181

**Date**_____ 09-21-04 _____        **Page** 01 **of** 01

**Narrative: Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Necaise for the position of Floor Officer. Officer Necaise successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

_____
Trainee's Signature

_____
F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **MEDICAL WATCH**

Trainee _Necaise 221_

FTO _Kelly 181_

Performance Objective: following demonstration by the designated Field Trainer, the trainee will: Provide safety and security to inmates assigned to D/F by constantly monitoring and logging events. Properly document in the pass on book and any assigned observation forms as required. Contact medical staff through the control room if any inmate is in need of attention.

| | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER D/F MEDICAL SECTION AND REVIEW ALL INFORMATION IN THE PASS-ON BOOK, POPULATION LAY-OUT, OBSERVATION SHEETS, VISITOR LOG, AND SIGN POST ORDERS.  REVIEW LAST THREE(03) DAYS EVENTS. | | | | | | |
| 2) CONDUCT A PROPER HEADCOUNT IN ACCORDANCE WITH A.C.A. STANDARDS; IN A SAFE, ACCURATE, AND TIMELY MANNER. | | | | | | |
| 3) VERIFY AND CLEAR THE COUNT WITH THE CONTROL ROOM OFFICER. ASSUME D/F MEDICAL DUTIES. | | | | | | |
| 4) CONTINUALLY MAKE SAFETY/SECURITY CHECKS OF THE SECTION THROUGHOUT THE SHIFT TO ENSURE CARE, CUSTODY, AND CONTROL. | | | | | | |
| 5) DUE TO THE FACT OF D/F BEING A MEDICAL SECTION, ENSURE THAT SANITATION AND HYGIENE ARE HIGHLY MAINTAINED. | | | | | | |
| 6) MAINTAIN A GOOD PROFESSIONAL RAPOR WITH THE INMATES IN D/F TO ENSURE ALL INMATES ARE SAFE AND RECEIVING PROPER CARE. | | | | | | |
| 7) HANDLE ALL INMATE REQUESTS IN A TIMELY MANNER AND DIRECT THE ONES YOU CANNOT ANSWER TO THE PROPER AUTHORITIES. | | | | | | |
| 8) BE AWARE OF ALL SUICIDAL INMATES, AS TO THEIR MEAL INTAKE, HYGIENE, ATTITUDE AND BEHAVIOR.  ALWAYS KEEP A VISUAL. | | | | | | |
| 9) SPEAK WITH MEDICAL STAFF FREQUENTLY IN REGARDS TO ANY TYPE OF CONCERN(S) ABOUT AN INMATE.  UTILIZE THE CONTROL ROOM OFFICER, S-1, OR THE NURSE ON THE BLOCK PASSING MEDICATIONS. | | | | | | |
| 10) PROPERLY AND THOROUGHLY BRIEF THE ONCOMING OFFICER TO D/F TO ENSURE THAT ALL WATCHES, OBSERVATIONS, AND UNUSUAL/ SERIOUS CONCERNS ARE BROUGHT TO NOTE.  PROVIDE ALL CONCERNS. | | | | | | |
| 11) FULLY UNDERSTAND AND ACKNOWLEDGE THAT AT NO TIME WILL ANY OFFICER LEAVE D/F FOR ANY REASON UNLESS CLEARED BY THE DIRECTOR OF CORRECTIONS AND/OR THE SHERIFF -- *IMPORTANT* | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 | 9-23-04 |
| 12) MAINTAIN A HIGH STANDARD OF CLEANLINESS – BE REMINDED THAT D/F IS A MEDICAL UNIT AND THAT UNIVERSAL PRECAUTIONS MUST BE USED AT ALL TIMES.  C.P.R. AND FIRST AID CERTIFICATION MANDATORY. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-23-04_ (date) FTO _____ Trainee _____ | | | | | | |

# SHIFT TRAINING

# ACA STANDARDS

ON, _121704_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **CENTRAL CONTROL;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON, _121004_ I _JERRED NETHISE_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON ACA STANDARDS; **DENTAL SERVICES;** DURING THE 1500-2300 HOUR SHIFTS
BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON, _12080A  JERRED NOCHISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **SEXUAL HARASSMENT;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON, _12070/1_    _JERRED MCHISE_    RECEIVED a 15-MINUTE BLOCK
                            PRINT NAME
TRAINING ON ACA STANDARDS; **AFFIRMATIVE ACTION PLAN** ; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON,12-3-2004_____, I _*Jerred Nochmes*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Uniform and Personal** APPEARANCE DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON 11-30-2004_____, I _JERROD NECAISE_____ RECEIVED a 15-MINUTE BLOCK

                        PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Chain of Command;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254