# SHIFT TRAINING

# ACA STANDARDS

ON *12804*, I *Catherine Pavolini #28*_____ RECEIVED a 15-MINUTE BLOCK
                              **PRINT NAME**
TRAINING ON ACA STANDARDS; **SEXUAL HARASSMENT;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

**EXHIBIT**

F-2

# SHIFT TRAINING

# ACA STANDARDS

ON _12704_, I _Catherine Parulini 280_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **AFFIRMATIVE ACTION PLAN** ; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.

_____ 281
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON *12 404*, I _Catherine Pavolini #280_    RECEIVED a 15-MINUTE BLOCK
PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **RECEPTION AND ORIENTATION;** DURING THE
1500-2300 HOUR SHIFTS BRIEFING.


_Cathe Pad #280_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON, 12-3-2004_____, I _Catherine Pardini 280_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; Uniform and Personal APPEARANCE DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON, 12-1-2004_____, I _Catherine Pavolini #280_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Forced cell moves;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____Catherine P~ 280_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON,11-30-2004_____, I _Catherine Pavolini 28_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Chain of Command;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Catherine 28_

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON _12/10/04_, I _Catherine Pavolini #280_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; EMERGENCY POWER AND COMMUNICATIONS;
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.



_Cathe R 280_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON _12/30/04_, I _Catherine Aivolini_ _#280_ RECEIVED a 15-MINUTE BLOCK
                                PRINT NAME
TRAINING ON ACA STANDARDS; **PERSONAL PROTECTIVE EQUIPMENT;** DURING THE
1500-2300 HOUR SHIFTS BRIEFING.


_Cathe_____ #280_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _10 1004_, I _Catherine Pavolini *280_____ RECEIVED a 15-MINUTE BLOCK
<u>PRINT NAME</u>
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **EMERGENCY HURRICANE
PROCEDURE; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.**

_Catherine Paulin 280_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *10904*, I *Catherine Pavolini #280* RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **BOMB THREAT**; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.


*Catherine Pavo #280*
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _10904_, I _Catherine Pavolini_ _# 280_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **ADVERSE JOB ACTION**
PLAN; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Catherine Pavolini  # 280_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# INTER-OFFICE MEMO

ON _10-9-04_ _Catherine Pavolini #280_ _____ RECEIVED a 15-MINUTE BLOCK
                   PRINT NAME
TRAINING ON INTER-OFFICE MEMO DATED OCTOBER 1, 2004; INCOMING PACKAGES /
DELIVERIES; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Catherine Pavolini #280_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON:10904, I _Catherine Pavolni_ #280 RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; GENERAL EMERGENCY;
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Cathee Pao_ # 280

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _10 8 04_, I _Catherine Pavolini #780_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; ASSAULT FROM OUTSIDE
OR TERRORIST ACTIVITY; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Catherine Pavolini #780_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON October 3, 2004, I _Catherine Pavolini #280_ RECEIVED a 15-MINUTE SERVING OF MEALS TO INMATE POPULATION 0645-1500 HOUR SHIFTS BRIEFING.

_Cather Pav #280_
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT Leonard #257
SHIFT SUPERVISOR

SGT REESE #243
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON October 2, 2004, I *Catherine Pavolini #280* RECEIVED a 15-MINUTE Clearing of staff, Incoming packages/deliveries 0645-1500 HOUR SHIFTS BRIEFING.

*Catherine Reno #280*
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT Leonard #257
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 28, 2004, I _Catherine Pavolini_ ₂₈₀ RECEIVED a 15-MINUTE BLOCK TRAINING ON CODE OF ETHICS, 0645-1500 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. LEONARD #257
SHIFT SUPERVISOR

SGT REESE  #243
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 26, 2004, I _Catherine Pavolini #280_ RECEIVED a 15-MINUTE BLOCK TRAINING ON PERSONAL PROPERTY INVENTORY, 0645-1500 HOUR SHIFTS BRIEFING.

_Catherine Pavolini 280_

DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. LEONARD #257
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 25, 2004, I _Catherine Ravolini #280_ RECEIVED a 15-MINUTE BLOCK TRAINING ON CANTEEN SHEETS 0645-1500 HOUR SHIFTS BRIEFING.

_Catherine Ra #280_
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. LEGEG #316
SHIFT SUPERVISOR / INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 21, 2004, I _Catherine Pavolini #280_ RECEIVED a 15-MINUTE BLOCK TRAINING ON UNIFORM AND PERSONAL APPEARANCE, 0645-1500 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. LEGE #316
SHIFT SUPERVISOR / INSTRUCTOR

SGT. REESE #243
SHIFT SUPERVISOR/ INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 13, 2004, I _Catherine Pavolini 280_    RECEIVED a 15-MINUTE BLOCK TRAINING ON EMERGENCY HURRICANE PROCEDURE, 0645-1500 HOUR SHIFTS BRIEFING.

_Catherine Davis 280_

DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. LEGEG #316
SHIFT SUPERVISOR / INSTRUCTOR

SGT. REESE #243
SHIFT SUPERVISOR/ INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 12, 2004, I _Catherine Pavolini  280_ RECEIVED a 15-MINUTE
BLOCK TRAINING ON **Post Orders**, 0645-1500 HOUR SHIFTS BRIEFING.

_Cathee  Pee  280_

DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. Reese #243
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 11, 2004, I *Catherine A Pavolini 25°* RECEIVED a 15-MINUTE
BLOCK TRAINING ON **Special needs inmates,** 0645-1500 HOUR SHIFTS BRIEFING:

_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. LEGE #316
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 7, 2004, I _Catherine Pavalini 280_ RECEIVED a 15-MINUTE
BLOCK TRAINING ON **INMATE CUSTODY RECORDS**, 0645-1500 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT. LEGEG #316
SHIFT SUPERVISOR / INSTRUCTOR


SGT. REESE #243
SHIFT SUPERVISOR/ INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 9-4-04, I _Catherine Pavolini 280_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **FORCED CELL MOVES**; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 8-31-04, I _Catnerine Pavolini 280_ RECEIVED a 15-MINUTE BLOCK
                   PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **GENERAL RULES OF CONDUCT**; DURING THE
1500-2300 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 8·29·04, I _Catherine  Pavolini  280_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; SECURITY SUPERVISION OF HOLDING CELLS;
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Catherine Pavoli- 280_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 6-28-04 I _Catherine Pavolin_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Inmate Housing and Observation**; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _8-04-04_, I _Catherine Pavolini #280_ RECEIVED a 15-MINUTE BLOCK
                            PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **CUSTODY INQUIRIES;** DURING THE 1500-2300
HOUR SHIFTS BRIEFING.


_Catherine Pavolini 280_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, <u>08-23-04</u> , I <u>Catherine Pavalini  Z80</u>     RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  Inmate uniform and hygiene issuance; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.


<u>DEPUTY SIGNATURE AND BADGE NUMBER</u>


SHIFT SUPERVISORS/INSTRUCTOR
Sgt Rogers #161
Sgt Collins #254
Sgt Thomas #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON: 8-21-04, I _Catherine Pavolini_ ____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Maintenance;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


_Catherine Pav #280_ _____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON. 81804, I Catherine Paulini 280      RECEIVED a 15-MINUTE BLOCK
                           PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Female Inmates**; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


                                          280
                             DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

Catherine Pavolini _____ ATTENDED A TRAINING CLASS
(NAME)

TITLED Sexual Harrassment and Discrimination

ON May 11 _____ 20 04 AND RECEIVED 3.0 _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: Sgt April Krueger _____

NAME OF CERTIFYING INDIVIDUAL: _____ APRIL KRIEGER
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

Catherine Paolini #280 ATTENDED A TRAINING CLASS

(NAME)

TITLED CPR + First aid at work

ON april 22 20 04 AND RECEIVED 3.0

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____

(PRINT)