# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Catherine Pavolini_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _PPCT_

ON _3/18_ 20_04_ AND RECEIVED _4_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Kenneth Rogers_
(PRINT)

## ACKNOWLEDGEMENT RECEIPT

I, *Catherine Favolini*, have this date received the following
(print full name)

document(s) from *Sgt Thomas*:
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records


*Catha R*
(Officer Signature)

*2/11/04*
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

Catherine Paolini _____ ATTENDED A TRAINING CLASS
(NAME)

TITLED Gang Awareness _____

ON 01\20 _____ 20 04 AND RECEIVED 4 hrs _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

Catherine Pavolini 280 ATTENDED A TRAINING CLASS
(NAME)

TITLED Sign Language

ON Jan, 12 20 04 AND RECEIVED 4 hrs

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: Shelley Mason
(PRINT)



STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

CATHERINE A. MASON

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

This 1st day of September, 2003

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

Certificate No. ___ D-01375 ___

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## CATHERINE MASON

*has successfully completed training in*

## DEFENSIVE TACTICS

*This the 19th day of August, 2003*

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Kenneth Bosarge, Sgt., HCSD
Instructor

LITHO. IN U.S.A.

© 1998 GOES 3-625
All Rights Reserved

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

## Harrison County Sheriff's Department
## The University of Southern Mississippi-Gulf Coast



*This is to certify that*

## Catherine Mason

*has successfully completed*

# BASIC CORRECTIONAL OFFICER'S TRAINING COURSE
### (80 HOURS)

This the 22nd day of August, 2003

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Bryan Lang, Captain, HCSD



Harrison County Sheriff's Department

This is to certify that

Catherine Mason

Has successfully completed

WORKING PLACE-FIRST AID

This the 13th day of August, 2003

Deputy Anthony Kelly, Instructor

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## CATHERINE MASON

*has successfully completed training in*

## OLEORESIN CAPSACIN "O.C. SPRAY"

*This the 14th day of August, 2003*

Jeff Branon, Deputy, HCSD
Instructor.

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

LITHO. IN U.S.A.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

Catherine Mason _____ ATTENDED A TRAINING CLASS

(NAME)

TITLED Dept. (Oc amd) O.C. Spray Re Cert

ON July 02 20 02 AND RECEIVED 1.5

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____

(PRINT)

# OC BASIC EXAMINATION

| TECHNIQUES | PASS/FAIL | COMMENTS |
|---|---|---|
| [1] Tactical Priorities | | |
| [2] Gripping Methods | | |
| [3] Spraying Methods | | |
| [4] Securing Arrestee | | |
| [5] Personal Decontamination | | |
| [6] Area Decontamination | | |
| [7] Understands OC as per Ladder of Force | | |
| [8] Guidelines/Policy Read and Understood | | |
| [9] Personally Experienced Effects of O.C. | | |

NAME Catherine Mason RANK Dept    DEPARTMENT Booking

DATE TESTED/CERTIFIED 71 02 02    INSTRUCTOR R.H. LACY #16

Signature

MS425065559

TJA OC Instructor Certification#

CERTIFICATION FOR 1 YEAR

25

# O. C. BASIC WRITTEN EXAMINATION

Name: _Catherine Mason_          SSN#: _4386093645_

Date: _7 02 02_          Location: _____

-Please circle the correct answer-

1.  What is the absolute minimum distance O.C. should be sprayed?

    A.  10 feet                    (B)  2 feet

    (C)  5.5 feet                  D.  25 feet

2.  What is the active ingredient in O.C.?

    A.  Oleoresin                  B.  Oil

    (C)  Capsaicin                 D.  Jalapeno peppers

3.  How long do the effects last when a subject is sprayed?

    (A)  30 – 45 minutes           B.  2 days

    C.  10 – 15 minutes            D.  less than a minute

4.  Where is O.C. placed on the ladder of force?

    A.    Deadly force            (B)   After verbal direction

    C.    Any step                D.    Between steps 3 & 4

5.  Why is it important to read the O.C. Administrative warning?

    (A)   Medical liability       B.    Miranda warning

    C.    Evidence                D.    A & B

6.  What does O.C. effect when sprayed on an subject:  (list at least 3 effects)

    Nose
    eyes
    Breathing



# AMERICAN CORRECTIONAL ASSOCIATION

4380 FORBES BOULEVARD • LANHAM, MARYLAND 20706-4322
301 • 918 • 1800  FAX 301 • 918 • 1900
WWW.CORRECTIONS.COM/ACA

September 19, 2002

Catherine Mason
Harrison County Sheriff's Dept.
C/o Capt. Rupert H. Lacy
PO Box 1480
Gulfport, MS  39502

Dear Ms. Mason:

Congratulations on your successful completion of the American Correctional Association's
Working with Special Needs Offenders Self-Instructional Course.

Having completed this self-instructional course, you are now eligible to receive continuing
education units (CEUs) from Eastern Kentucky University.  If you would like to receive CEUs,
complete the enclosed registration form and mail it to the American Correctional Association.
Please make out your check or money order to ACA in the amount of $18.00.

Once again, I commend your efforts and urge you to have a copy of this letter placed in your
personnel file.  If you have any  questions or need additional information, please call the
Professional Development staff at (301) 918-1862.

Sincerely,

John J. Greene, III
Director
Professional Development

Participant ID#  10662753

Enclosures

Your Grade(s):
   80



FOUNDED 1870

# American Correctional Association

*Presents this*

*Certificate of Completion*

*to*

## Catherine Mason

*In Recognition of Your Continued Professional Development*
*Through the Successful Completion*
*of The 40 Hour*
*Working with Special Needs Offenders Self-Instructional Course*

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

*September 2002*

DATE

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

Catherine Mason ATTENDED A TRAINING CLASS
(NAME)

TITLED Corrections Emergency Policy

ON May 2nd 20 02 AND RECEIVED 1.5

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: Norma Gates

NAME OF CERTIFYING INDIVIDUAL: NORMA GATES
(PRINT)

_Catherine MASON_ attended a training class titled _____

__CHEMICAL AGENTS USED BY TERRORIST__ on _12/05/01_ @ 1400

and received _45 MIN_ training hours credit.

Certified signature: _____ #134

Name _Catherine Mason #280_

Date _10-24-01_

# SUDDEN CUSTODY DEATH SYNDROME
# EXAM

1. List 3 terms, conditions, that can cause SUDDEN CUSTODY DEATH.
   1. _Cocaine psychosis_    2. _Positional Restraint Asphyxia_
   3. _Excited Delerium_        _Postional Hypoxia_

2. List 8 of the Identifiable Symptoms and Behavioral Patterns listed that may warn you of a potential Sudden Custody Death Syndrome susceptible subject.
   1. _Bizzare Aggressive_         2. _High temp_
   3. _Violent toward others / objects_  4. _Sweating_
   5. _Shouting / fear / Panic Paranio_  6. _Shivering / self inflicted Injuries_
   7. _Dilated Pupils_              8. _Unexpected strength_

3. Impact weapons and pain compliance techniques usually work on these subjects.
   _____ True    _X_ False

4. You should try to take these types of subjects down immediately when you encounter them, one on one.
   _____ True    _X_ False

5. What restraint position should you never use to secure a violent prisoner?
   _hog tie position_

6. What position should you get a subject into as quickly as possible after restraint?
   _Seated position (up right)_

*Handcuff/*
*Use of Force*          **SIGN – IN SHEET**                1 hr

0800

*No Issues Cuffs*

CRS

| NAME | DEPT. / Section | DATE |
|------|-----------------|------|
| Angela Watson #252 | Corrections | 8-14-01 |
| Catherine Mason #280 | Corrections | 8-14-01 |
| Miller, Leonard #204 | Corrections | 8-14-01 |
| Adamson, Vivian #217 | Corrections | 8-14-01 |
| Quick, Carol #309 | Corrections | 8/14/01 |
| Kay McCraw #283 | Corrections | 8/14/01 |
| Theodore R. Surette #315 | CORRECTIONS | 8/14/01 |
| Thomas Purvis #281 | CORRECTIONS | 8/14/01 |
| Raymond P. Lorenco #278 | CORRECTIONS | 8/4/01 |
| Justin M. Richards #226 | Corrections | 8/14/01 |
| Ryan Mathis #228 | corrections | 8-14-01 |
| Ken Warman #326 | CORRECTIONS | 08-14-01 |
| David Parnell #190 | CORRECTIONS | 08-14-01 |
| Robert Rhodes #191 | correction | 08-14-01 |
| Rupert A Lacey 16 | SERVICES | 8/14/01 |
| Sgt - Brantley #204 | Correction | 08-14-01 |
| | | |
| | | |
| | | |
| | | |

SEXUAL HARRASMENT                                          9

Raymond L Williams #167
Billy Ray Johnson    #225
Barry J Kennon    #235
Llewellyn J LaBauve #178
Randall S Lacombe    #325
Catherine Mason    #280
Rachelle Daniels  187
Judy Rotheny
Michael Neill


7 August    Inv   Krieger

Catherine Mason    general order 40    8-6-01

---

**What Do You Know About Sexual Harassment? – A PreTest**
Mark your response to each of the following. True or False.

---

1. ___F___  A subject of a sexual harassment complaint may avoid liability by demonstrating that the target's dress or appearance "invited" sexual comments.

2. ___F___  You observe two male workers in the hallway as a female worker walks by. The men stop talking and "look her up and down" as she passes. One man smiles at the other man, lifts his eyebrows and nods in the woman's direction. The woman saw the men, but did not acknowledge them. She has not complained to you, or any other member of the leadership team. No follow-up action is necessary until a complaint is received.

3. ___T___  Sexual harassment is a form of discrimination prohibited by federal law.

4. ___F___  The absence of sexual harassment complaints in your section is a good indication that sexual harassment is not occurring there.

5. ___F___  What may be sexual harassment to a recipient will not form the basis for liability if the person making the comments or doing the behavior can establish he meant nothing by them.

6. ___F___  In most cases, it is okay for a recipient of alleged "quid pro quo" (sex for promotion, favored treatment, etc.) sexual harassment to personally meet with the alleged harasser to address her concerns and to end the harassment.

7. ___F___  Good-intentioned, fun-loving, or playful physical contact or comments that may possibly be considered be of sexual nature are not forms of actionable sexual harassment.

8. ___T___  An agency can be held accountable for sexual harassment of employees committed by an outside vendor visiting the premises.

9. ___T___  What is sexual harassment to one person may not be sexual harassment to another person who heard the same comment or was subjected to the same behavior.

10. ___F___  You hear rumors that an older agency member who has been with the agency for many years has been sexually harassing a new young female worker assigned to your unit, and that the woman has been visibly upset by the older member's conduct. The older member has a reputation of telling sex-based jokes, but "meaning nothing by it" when he says it. No complaint has been received. To be fair to all involved, you should avoid involvement as a supervisor unless and until a complaint has been lodged.

11. ___T___  A co-worker who was once romantically involved with another co-worker can claim sexual harassment if the former co-worker continues to make comments of an unwelcome sexual nature to her.

12. ___F___  A group of workers have worked together for years. Over time, they have developed a "group sense of humor" that often has resulted in risqué jokes being told or sexually explicit cartoons being circulated. No one in the group appears offended by the jokes or cartoons. As long as the group keeps the humor within the group, there is no cause for concern about sexual harassment liability.

13. ___T___  Supervisors may be liable for sexual harassment occurring under their watch only if it can be established that the supervisor had actual knowledge of the harassment situation and failed to respond appropriately.

14. ___F___  While sexual harassment may subject agency members to disciplinary action, retaliation against a complainant by one or more members of an agency is not an appropriate basis for disciplinary response.

15. ___F___  A recipient of alleged harassment discusses her concerns with you, and asks you to do no more because "All I wanted to do was to talk to someone." Since the complainant has voluntarily waived an interest in agency follow-up, once you have documented the meeting, no further action will be necessary.

# HARRISSON COUNTY SHERIFF'S DEPARTMENT
## IN – SERVICE TRAINING

O.C. SPRAY
_____
CLASS

25 April 01
_____
DATE

TO: 1500     FROM: 1700
_____
HOURS OF TRAINING

DEP. DILL
_____
INSTRUCTOR

NAME: Morris     COREY     J.
_____
LAST          FIRST          MIDDLE INITIAL

SSN: N34-49-3614          DOB: 11/23/74
PHONE: (228) 539 - 7952     PGR: (228) 383-3920
DUTY ASSIGNMENT POST: _____
SIGNATURE: _____

### EMERGENCY CONTACT INFO (IN CASE OF EMERGENCY CONTACT)

MR./MRS. BONNIE Morris          PHONE: (504) 537-0851
ADDRESS: 115 St. Anthony St. Rockland, LA 70394
RELATIONSHIP: MOTHER

### DO NOT WRITE BELOW

CLASS HOURS FOR TIME SHEET (2) HOURS
CERTIFIED AREA: YES     NO     #
GRADING SYSTEM: PASS     FAIL
RECERTIFICATION DATE: 04-25-02

Aubry Dill
_____
INSTRUCTOR NAME          CERTIFICATION

3-ALDF-1D-02

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON **APRIL 21, 2001** I, *Catherine Mason* (PRINT NAME). DURING

THE SHIFT BRIEFING FOR THE **1900-0700** HOURS SHIFT RECEIVED A 10 MINUTE BLOCK OF

INSTRUCTION REVIEW CONCERNING **PERSONNEL SELECTION AND RETENTION.**

CONDUCTED BY **SERGEANT DRECHSEL.**


_____

(DEPUTY SIGNATURE)

Shift Training
1900-0700

On March 24, 2001, ten minutes of training was conducted on emergency policy and procedures, per the Harrison County Adult Detention Center Policy and Procedure Directives. *Riots  Disturbance*

*Catherine Mason #280*
Signature – Badge #

*Catherine Mason #280*
Print Name – Badge #

Lieutenant A. Kelly

Sergeant W. Drechsel

## HARRISON COUNTY SHERIFF'S DEPARTMENT -- INMATE HANDBOOK
### ADULT DETENTION CENTER

HANDBOOK ISSUED TO                    *Catherine Mason #280*
                                      Print Name


                                      *Catherine Mason #280*
                                      Signature

DATE  HANDBOOK ISSUED                 *02/23/01*


This manual is issued to you as an employee of the Harrison County Sheriff's
Department Correctional Division.


_____
Major Dianne Gatson-Riley
Director of Corrections

# HARRISSON COUNTY SHERIFF'S DEPARTMENT
## IN – SERVICE TRAINING

_Cultural Diversity_
CLASS

_Feb 13.01_
DATE

TO: _0900_    FROM: _1300_    _Sanderson_
HOURS OF TRAINING                      INSTRUCTOR

NAME: _Mason_    _Catherine_    _A_
        LAST         FIRST         MIDDLE INITIAL

SSN: _438-109-3645_       DOB: _090575_
PHONE: _228-392-9851_    PGR: _____
DUTY ASSIGNMENT POST: _Correction Officer_
SIGNATURE: _____

### EMERGENCY CONTACT INFO (IN CASE OF EMERGENCY CONTACT)

MR./MRS. _C.B or Sue Mason_    PHONE: _228 392-9851_
ADDRESS: _9050 Woolmarket Rd  Biloxi ms 39532_
RELATIONSHIP: _Father + mother_

### DO NOT WRITE BELOW

CLASS HOURS FOR TIME SHEET _____
CERTIFIED AREA: YES _____ NO _____ # _____
GRADING SYSTEM: PASS _____ FAIL _____
RECERTIFICATION DATE: _____

_____                    _____
INSTRUCTOR NAME                    CERTIFICATION

3-ALDF-1D-02

# SERVICE TRAINING RECORD

_Health Service Adm_    _07-14-00_    _HCDC_
CLASS          DATE         LOCATION

_0800-1200_        _Ron Isaac_
HOURS OF TRAINING      INSTRUCTOR

NAME _Catherine Mason_    SSN _438-L09-36L5_

SEX: ( ) MALE (X) FEMALE    DOB _09-05-75_

HOME ADDRESS _8050 Woodmarket Rd_

CITY _Biloxi_     STATE _MS_    ZIP _39532_

TELEPHONE: HOME _(228) 392-9851_   OFFICE _896-3000_

_Catherine Mason_         _07-14-00_
OFFICERS SIGNATURE         DATE

## EMERGENCY INFORMATION

NAME _C B Mason_    RELATIONSHIP _Father_

TELEPHONE: HOME _(228) 392-9851_   OFFICE _N/A_

CLASS HOURS _3_ TEST SCORE: PRE _____ POST _____

CERTIFIED AREA: _____ (YES) (NO)   (PASS) (FAIL)

_Ronald Isaac_
INSTRUCTORS SIGNATURE         DATE

RECORDED: _____ DATE _____ BY: _____

INSTRUCTOR COMMENTS _____



# Harrison County Sheriff's Department
## Correctional Division

Awards
40 Hours of Training

to

CATHERINE MASON

For completing a

Pre Service Correctional Officer Course

Given this 23rd day of June 2000

Major Dianne Gatson-Riley
Director of Corrections

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*CORRECTIONAL OFFICER 40 HOUR/PRE-SERVICE*

0830 — WELCOME REGISTRATION
0900 — JAIL OVERVIEW, TOUR PAPERWORK
1200 — LUNCH
1300 — US CONSENT ORDER
1400 — IPCS
          END OF DAY AT 1700 HRS.

0815 — POST ORDERS
0900 — INMATE MEDICATION
1030 — SEXUAL HARRASMENT
1130 — FIRE SAFETY
1230 — LUNCH
1330 — INMATE RULES, RVR'S
1500 — INMATE GAMES
          END OF DAY AT 1700 HRS.

0815 — RADIO COMMUNICATIONS
0930 — OFFICER SAFETY & STRESS
1130 — INMATE CLASSIFICATIONS
1230 — LUNCH
1330 — HANDCUFFING & SAFETY
1530 — OC CERTIFICATION
          (HAVE A CHANGE OF CLOTHING)

0815 — OFFICER CONDUCT
0930 — INMATE SEARCH
1200 — LUNCH
1300 — CONTRABAND SEARCH
1500 — REPORT WRITING
          END OF DAY AT 1700 HRS.

0830 — REPORT WRITING
1030 — SUICIDE PREVENTION
1200 — LUNCH
1330 — FIRST AID & CPR

40 HOUR CLASS COMPLETION, RECEIVE CERTIFCIATION



# Harrison County Sheriff's Department
## Correctional Division

This is to certify that

## CATHERINE MASON

*Has successfully completed*

### O.C. SPRAY

This the 23 rd day of June, 2000

Christopher R. Lacy
Instructor

Record of Training

US vs. Harrison County Consent Order
40 Hour Pre-Service Training

Name: Catherine Mason    Date: 06-19-00

Address: 8050 Woolmarket Rd

City: Biloxi    State: Us Zip: 39532

Work Tel. No: (288) 392-9851 Extension: _____

Facility Location: Harrison County Jail

Hire Date: 06-19-00    Rank/Position: Correctional

## (DO NOT SIGN UNTIL SPECFICALLY INSTRUCTED TO DO SO)

I have received a copy of the case US vs. Harrison County, specifically the Consent Judgment and 2nd Supplemental Report of Plaintiff's Expert Steve J. Martin.

The above documents have been fully read and explained to me and I acknowledge receipt of a copy of same.

I understand and hereby agree to comply with the terms, conditions and obligations set forth in the above order and supplement to the best of my ability in my duties as an employee of the Harrison County Sheriff's Department.

Catherine Mason
Employee

0-6-19-00
Date

Instructor:
Lynn Kelley

RADIO COMMUNICATIONS TEST

OFFICERS NAME: Catherine Mason    BADGE _____

THE FOLLOWING TEST QUESTIONS ARE SOME OF THE MOST USED CODES.

1. WHAT IS THE CODE FOR A. 10-4

2. WHAT IS THE CODE FOR B. 10-1

3. WHAT IS THE CODE FOR C. 10-7

4. WHAT IS THE CODE FOR D. 10-12

5. WHAT IS THE MEANING FOR 10-4
affirmative

6. WHAT IS THE MEANING FOR 10-9
Repeat

7. WHAT IS THE MEANING 10-43
under Control

8. WHAT IS THE MEANING 10-25
Disreguard

9. WHAT IS THE MEANING 10-15
Prisoner in Custody

10. WHAT IS THE MOST IMPORTANT THING ABOUT RADIO COMMUNICATIONS
Radio Discipline