

TASER® X26 CERTIFICATION

THOMAS WILLS

Certified User

This Certifies that

Thomas Wills

is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.

In Witness Whereof, Certified Instructor

Rupert H Lacy, Certified Instructor

has certified the successful completion of the training requirements this day:

February 3, 2006

Certified Instructor:

Certified Instructor ID:

00060805010914128711346C

EXHIBIT F-3

tabbies®

© 2004 TASER International, Inc. TASER®, ADVANCED TASER®, X26™ and the lightning bolt logo are trademarks of TASER International, Inc.

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON _01-16-05_ , I _T. Wills_ _____ RECEIVED A 15-MINUTE

TRAINING ON DEPOSITS 2245-0700 HOUR SHIFTS BRIEFING.


_T. Wills 205_
_____
DEPUTY SIGNATURE   AND BADGE NUMBER



SGT. LEONARD #156
SHIFT SUPERVISOR

SGT. REESE  #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _01-11-05_, I _T. Ulius_____ RECEIVED A 15-MINUTE
TRAINING ON CHANGE OF CUSTODY 2245-0700 HOUR SHIFTS BRIEFING.


_____T. Wills 205_____
**DEPUTY SIGNATURE   AND BADGE NUMBER**


SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

SGT.LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 07-10-05 , I _T. Wins_____ RECEIVED A 15-MINUTE

TRAINING ON TIME SHEET 2245-0700 HOUR SHIFTS BRIEFING.

_____T. Wills #205_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

SGT. LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON January 4, 2005, I _____*T. Wires*_____ RECEIVED A 15-MINUTE
TRAINING ON RELIGIOUS PROGRAMS/CHAPLAINRY 2245-0700 HOUR SHIFTS BRIEFING.

_____*T. Wills* #005_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

SGT. LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON January 3, 2005, I _T. Wees_ RECEIVED a 15-MINUTE
TRAINING ON  HEALTH CARE SERVICES 2245-0700 HOUR SHIFTS BRIEFING.


_T. Wills_ 205
DEPUTY SIGNATURE  AND BADGE NUMBER


SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON JANUARY 5, 2004, I _____*T. Wins*_____ RECEIVED a 15-MINUTE
TRAINING ON HEALTH CARE – (SICK CALL) 2245-0700 HOUR SHIFTS BRIEFING.

_____*T. Wills* #205_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. REESE, D. #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 5, 2004, I ___KENNETH   Winthrn___ RECEIVED a 15-MINUTE
TRAINING ON MONTHLY STATISTICAL REPORTING  0645-1500 HOUR SHIFTS BRIEFING.

___K. Winthrn   180___
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 28 2004, I _T.P. Wlus_ RECEIVED a 15-MINUTE TRAINING ON ANNUAL LEAVE, MILITARY LEAVE, and TRAINING LEAVE REQUEST 2245-0700 HOUR SHIFTS BRIEFING.

_T. P. Wells #205_
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT REESE #159
SHIFT SUPERVISOR

SGT LEONARD #156
SHIFT SUPERVISOR

SGT. LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 27, 2004, I _T.P. Wurs_____ RECEIVED a 15-MINUTE TRAINING ON CALLING IN SICK 2245-0700 HOUR SHIFTS BRIEFING.

_T.P. Wills) #205_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT REESE, D. #159
SHIFT SUPERVISOR

SGT LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *12-24-04*, I _____*T. WILLS*_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE, COUNTS, DURING THE 2300/0700 HOUR SHIFTS
BRIEFING.

_____*T. Wills) 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157

# SHIFT TRAINING

On December 21, 2004, I _____ *T.P. Wms* _____ received a 15-Minute Block Training On Mail, Telephone and Visiting, During The 2300-0700 Hour Shift Briefing.

_____ *T.P. Wills #205* _____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

# SHIFT TRAINING

On December 20, 2004, I _T.P. Wells_ received a 15-Minute Block Training On Health Care Services, During The 2300-0700 Hour Shift Briefing.

_T.P. Wells 205_
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

# SHIFT TRAINING

On December 19, 2004, I _____*T. Wills*_____ received a 15-Minute Block Training On Hospital Duty Guidelines, During The 2300-0700 Hour Shift Briefing.

*T. Wills 205*
_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On August 21, 2004, I ___Neil Wiles___ *Wiles* _____ received a 15-
Minute Block Training From The Policy And Procedure Directive On Legal Assistance
During The 0645-1500 Hour Shift Briefing.

___Neil Wiles 249___
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Elaine Lege #316
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 19, 2004, I _T.P.Wlus_____ received a 15-
Minute Block Training From Emergency Plans Directive on Adverse Job Action Plan ,
During The 2245-0700 Hour Shift Briefing.


_T.P. Wells #205_____
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Leslie Mathis #228
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

On December 13, 2004, I ___T.P. Wues___ received a 15-Minute Block Training From The Policy And Procedure Directive On Riots And Disturbances, During The 2300-0700 Hour Shift Briefing.


___T.P. Wills #200___
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Nathan Ellsberry #154
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _10-10-04_, I _T.P. Wills_ _____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **EMERGENCY HURRICANE PROCEDURE**; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_T.P. Wills 285_ _____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *10-09-04*, I _____*T.P. Wills*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **BOMB THREAT**; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.


_____*T.P. Wills #205*_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _10-08-01_ I _T.P. Wills_ _____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **ASSAULT FROM OUTSIDE
OR TERRORIST ACTIVITY**; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_T. P. Wills #005_ _____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

## INTER-OFFICE MEMO

ON, _9-30-04_, _T.P. Wills_____ RECEIVED a 15-MINUTE BLOCK
                      PRINT NAME
TRAINING ON INTER-OFFICE MEMO DATED SEPTEMBER 29, 2004; **NON-CONTACT**
INMATES; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


                              _T.P. Wells) #205_____
                              DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

## INTER-OFFICE MEMO

ON, *9-30-04*, I _____*T.P.Wills*_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON INTER-OFFICE MEMO DATED SEPTEMBER 29, 2004; WEARING OF SHANK
VESTS; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_____*T.P.Wills #205*_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *9-29-04*, I ___*T. P. Wиεs*___ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **USE OF FORCE**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


___*T. P. Wills #285*___
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 27, 2004, I  *T.P. Willis*  RECEIVED a 15-MINUTE
BLOCK TRAINING ON Drug and Alcohol Abuse, 1500-2300 HOUR SHIFTS BRIEFING.


*T.P. Willis #205*
DEPUTY SIGNATURE   AND BADGE NUMBER


Supervisors and Instructors
Sgt Rogers #161
Sgt Collins #254

# SHIFT TRAINING

# GENERAL ORDERS

ON _09-22-01_ I _P Wilms_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON GENERAL ORDER #45: **SMOKING POLICY**, DURING THE 1500-2300 HOUR
SHIFT BRIEFING

_P Wilms_ 206

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _09-21-04_, I _T.P. Wills_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Maintenance**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_T.P. Wills #205_____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *09-2001* I *P. Wills* _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Juvenile Inmates**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

*P. Wills 205* _____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, ~~08-23-04~~ 9-14-04, I _T.P. Wills_ RECEIVED a 15-MINUTE BLOCK
                          PRINT NAME
TRAINING ON POLICY AND PROCEDURE, Inmate uniform and hygiene issuance; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.

_T.P Wills 205_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
Sgt Rogers #161
Sgt Collins #254
Sgt Thomas #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09-13-04_, I _T.P.Wills_ _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **SPECIAL NEEDS INMATES**; DURING THE 1500-
2300 HOUR SHIFTS BRIEFING.

_T.P.Wills #205_ _____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _09-10-04_ _T.P.Wms_ _____ RECEIVED a 15-MINUTE BLOCK
                PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **USE OF FORCE;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_T.P.Well~ 205_
_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254



# Oleoresin Capsicum Re-Certification Exam

Name: _P. Whes_                    Score: _PASS_

Instructor: _____    Date: _06-29-04_

Read the questions and select the **best** answer from the choices listed below. There is only one answer to each question. All answers are to be recorded on your answer sheet.

1. Which terms best describe the psychological effects of OC?
   a. Capsaicinoid concentrations from 0.66%, 1.33%, and 3.0% respectively.
   b. Vasodilation, Rhinorrhea, Dyspnea
   c. Anxiety, fear, and Panic
   d. None of the above

2. Of the following which high-volume delivery system would be best suited for cell extraction?
   a. Stream (MK-4)
   b. Fog (MK-9)
   c. Foam (MK-3 pepper foam)
   d. Cone (any brand)

3. Based on the health risk issue of "hydraulic needle effect" what is the distance recommendation offered as a guide unless the situation dictates otherwise?
   a. 36 inches
   b. 6 inches
   c. 12 inches
   d. 30 inches

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 07-08-04 _____ *T.P. Wills* _____ RECEIVED a 15-MINUTE BLOCK
                                     PRINT NAME
TRAINING ON **CONDUCTING HEADCOUNTS;** DURING THE 1500-2300 HOUR SHIFTS
BRIEFING.

_____ *T.P. Wills* _____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _09-04-04_, I _T.P Wills_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **FORCED CELL MOVES**; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.


_T.P. Wills 205_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09-03-04_, I _P. Wius_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **EMERGENCY HURRICANE PROCEDURES;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_P. Wills 205_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 08-31-04, I ___P. Wills_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **GENERAL RULES OF CONDUCT;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_P. Wills 2005_____

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _08-29-04_   _P. Wells_____ RECEIVED a 15-MINUTE BLOCK
                            PRINT NAME
TRAINING ON POLICY AND PROCEDURES; SECURITY SUPERVISION OF HOLDING CELLS;
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_____ _P. Wells 205_____
                DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _08-28-04_, I _T. P. Wills_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Inmate Housing and Observation**; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.


_T. P. Wills 205_____

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _08-27-04_, I _P. Wells_ _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **FORCED CELL MOVES**; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_T. P. Wells 205_ _____

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _08-23-04_, I _T. P. Wills_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **CUSTODY INQUIRIES**; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.



_T. P. Wills  205_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, <u>08-23-04</u>, I <u>*T.P. Wills*</u> RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, Inmate uniform and hygiene issuance; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.

<u>*T. P. Wells 205*</u>
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
Sgt Rogers #161
Sgt Collins #254
Sgt Thomas #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _08-21-04_, I ___*T.P.Wells*___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Maintenance**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_____*T. P. Wells 706*_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _08-20-04_, I _T.P. Wills_ _____ RECEIVED a 15-MINUTE BLOCK
                          PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Communication: Internal & External;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_T.P. Wills 205_ _____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_T.P. Wus_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _How Not To Be A Hostage_

ON _July 8_ 20_04_ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _T.P. Wus_
(PRINT)



**American Correctional Association**

FOUNDED 1870

*Presents this*

*Certificate of Completion*

*to*

*Thomas P. Wills*

*In Recognition of Your Continued Professional Development
Through the Successful Completion
of The 24 Hour
Working with Manipulative Inmates Self-Instructional Course*

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

April 2004
DATE

# AMERICAN CORRECTIONAL ASSOCIATION

4380 FORBES BOULEVARD • LANHAM, MARYLAND 20706-4322
301 • 918 • 1800  FAX 301 • 918 • 1900
WWW.ACA.ORG

April 26, 2004

Thomas P. Wills
Harrison County Sheriff's Dept.
Attn: Capt. Rupert H. Lacy
PO Box 1480
Gulfport, MS 39502-1480

Dear Mr. Wills:

Congratulations on your successful completion of the American Correctional Association's **Working with Manipulative Inmates Self-Instructional Course**.

Having completed this self-instructional course, you are now eligible to receive continuing education units (CEUs) from University of Maryland, College Park. If you would like to receive CEUs, complete the enclosed registration form and mail it to the American Correctional Association. Please make out your check or money order to ACA in the amount of $18.00.

Once again, I commend your efforts and urge you to have a copy of this letter placed in your personnel file. If you have any questions or need additional information, please call the Professional Development staff at (301) 918-1861.

Sincerely,

William W. Sondervan, Ed.D., CCE
Director
Professional Development

Participant ID#  10667028

Enclosures

Your Grade(s):
97