# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_____Pethis_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED _CPR & First Aid_____

ON _April 15_____ 20 _04_ AND RECEIVED _3 hrs_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Anthony Kely_
(PRINT)

# STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

## THOMAS P. WILLS

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

This 18th day of March, 2004

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

_____
Chairman
Board on Jail Officer
Standards and Training

_____
Director
Board on Jail Officer
Standards and Training

Certificate No. _____ D-01610

Wills' Training Records

0009

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Preston Wills_ _____ ATTENDED A TRAINING CLASS
       (NAME)

TITLED _____ PPCT _____

ON __ 3/18 _____ 20 04 AND RECEIVED __ 4 ___

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Kenneth Rogers_____
                                         (PRINT)



**American Correctional Association**

FOUNDED 1870

*Presents this*

*Certificate of Completion*

*to*

**Thomas P. Wills**

*In Recognition of Your Continued Professional Development*
*Through the Successful Completion*
*of The   20   Hour*
*Suicide Prevention in Custody Self-Instructional Course*

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

*March 2003*

DATE

Wills' Training Records

0002

## ACKNOWLEDGEMENT RECEIPT

I, _T.P. Wells_____, have this date received the following
(print full name)

document(s) from ___T. P. Wells 205._____:
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records

_T.P. Wells 205_____
(Officer Signature)

_02-14-04_____
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 02/030/04, I_____*7. P. Wilis*_____ RECEIVED a 15-MINUTE BLOCK
          PRINT NAME
TRAINING ON POLICY ON DRUG & ALCOHOL ABUSE  0700-1500 HOUR SHIFTS BRIEFING.

_____*7. P. Willis 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER

 SGT. LEGE #316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR/INSTRUCTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_T.P. Wills_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Signing_

ON _February 03_ 20 _04_ AND RECEIVED _04_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Shelley Mason_
(PRINT)

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 02/02/04, I _____*T. P. Wims*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON , DIRECTIVE & MEMRANDA SYSTEM DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____*T. P. Wills 208*_____

DEPUTY SIGNATURE AND BADGE NUMBER

SGT LEGE #316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 02/01/04, I _____*T. P. Weis*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ,INCIDENT  DATA COLLECTION-BASIC REPORT WRITING RULES DURING
THE 0700-1500 HOUR SHIFTS BRIEFING.

_____*T. P. Wills 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. LEGE #316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

.ON 1/31/04, I_____*T. P. Wills*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON GANG INTELLIGENCE REPORT FROM DEPUTY KELLY, DURING THE 0700-
1500 HOUR SHIFTS BRIEFING.


_____*T. P. Wills 2005*_____
DEPUTY SIGNATURE AND BADGE NUMBER


SERGEANT EARL LEONARD #257
SHIFT SUPERVISORS/INSTRUCTOR

SERGEANT ELAINE LEGE #316
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 0127/04, I _____*T. P. Wines*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON FITNESS CENTER, DURING THE 0700-1500 HOUR SHIFTS BRIEFING.

_____*T. P. Wills 205*_____

DEPUTY SIGNATURE AND BADGE NUMBER

SGT. LEGE #316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 01/26/04, I _____*T.P. Wells*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON EMPLOYEE GRIEVANCES , DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____*T.P. Wells 205*_____

DEPUTY SIGNATURE AND BADGE NUMBER

SGT. LEGE #316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 01/25/04, I _____*T. P. Wus*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON Policy on Escape, DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____*T.P. Wells* #205_____

DEPUTY SIGNATURE AND BADGE NUMBER

SGT LEGE #316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. LEONARD #257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 01/20/04, I _____*T. P. Wills*_____ RECEIVED a 15-MINUTE BLOCK
                            PRINT NAME
TRAINING ON Respect For The National Anthem & Flag , DURING THE 0700-1500 HOUR SHIFTS
BRIEFING.


_____*T. P. Wills 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. LEGE # 316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. Leonard # 257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 01/19/04, I _____*T.P. whes*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON Marriage Between Department Employees, DURING THE 0700-1500 HOUR SHIFTS
BRIEFING.


_____*T.P. Wills 205*_____

DEPUTY SIGNATURE AND BADGE NUMBER


SGT. LEGE # 316
SHIFT SUPERVISORS/INSTRUCTOR

SGT. Leonard # 257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1/13/04, I _____*J. P. Wills*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON GENERAL ORDER #38 BALLISTIC VEST/BODY ARMOR, DURING THE 0700-1700 HOUR SHIFTS BRIEFING.

_____*J. P. Wills 205*_____

DEPUTY SIGNATURE AND BADGE NUMBER

SERGEANT EARL LEONARD #257
SHIFT SUPERVISORS/INSTRUCTOR

SERGEANT ELAINE LEGE #316
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1/12/04, I_____*T. P. Wus*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON GENERAL ORDER #25 NCIC PROCEDURES, DURING THE 0700-1700 HOUR
SHIFTS BRIEFING.


_____*T. P. Wells 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER


SERGEANT EARL LEONARD #257
SHIFT SUPERVISORS/INSTRUCTOR

SERGEANT ELAINE LEGE #316
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1/11/04, I_____*T. P. Wees*_____ RECEIVED a 15-MINUTE BLOCK
                   PRINT NAME
TRAINING ON GENERAL ORDER #21 BAILIFFS, DURING THE 0700-1700 HOUR SHIFTS
BRIEFING.


_____*T. P. Wells 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER


SERGEANT EARL LEONARD #257
SHIFT SUPERVISORS/INSTRUCTOR

SERGEANT ELAINE LEGE #316
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1/10/04, I _____ *J. P. Wells* _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON GENERAL ORDER #20 AIDS PRECAUTIONS, DURING THE 0700-1700 HOUR
SHIFTS BRIEFING.

_____ *J. P. Wells 205* _____

DEPUTY SIGNATURE AND BADGE NUMBER

SERGEANT EARL LEONARD #257
SHIFT SUPERVISORS/INSTRUCTOR

SERGEANT ELAINE LEGE #316
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 01/06/04, I _____*T. P. Wus*_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON PERSONNEL IDENTIFICATION NUMBERS & COMMISSIONS, DURING THE
0700-1500 HOUR SHIFTS BRIEFING.


_____*T. P. Wells 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. Earl R. Leonard #257
SHIFT SUPERVISOR/INSTRUCTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_____P. Wills_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED ___Gang Recognition___

ON __1-6__ 20_04_ AND RECEIVED ___4___

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: A. Kelly_____
(PRINT)

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 01/05/04, I _____*T. P. Wus*_____ RECEIVED a 15-MINUTE BLOCK
                     PRINT NAME
TRAINING ON Telephone Use, DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____*T. P. Wilts 208*_____
DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. Leonard #257
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 01/03/04, I _____*T. P. Wheis*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON Leave: Personal & Medical, DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____*T. P. Wells 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1/3/04, I _____*T. P. Wells*_____ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON Policy on Drug & Alcohol Abuse, DURING THE 0700-1500 HOUR SHIFTS
BRIEFING.


_____*T. P. Wells 205*_____
DEPUTY SIGNATURE AND BADGE NUMBER



SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

THOMAS P. WILLS

*has successfully completed training in*

DEFENSIVE TACTICS

*This the 21st day of November, 2003*

Julian Allen, Ph.D. Major, HCSD
Director, SRPSI

Ronald Rogers, Sgt., HCSD
Instructor

Wills' Training Records
0006

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## THOMAS P. WILLS

*has successfully completed training in*

OLEORESIN CAPSACIN "O.C. SPRAY"

*This the 21st day of November, 2003*

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Jeff Brawner, Deputy, HCSD
Instructor

Wills' Training Records
0005

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

## Harrison County Sheriff's Department
## The University of Southern Mississippi-Gulf Coast



*This is to certify that*

## Thomas P. Wills

*has completed*

## BASIC CORRECTIONAL OFFICER TRAINING
### (80 HOURS)

This the 21ST day of November, 2003

*Robert Lacy, Captain, HCSD*
*Instructor*

*Julian Allen, Ph.D., Major, HCSD*
*Director, SRPSI*

Wills' Training Records
0004



Harrison County Sheriff's Department

This is to certify that

*Thomas P. Wills*

Has successfully completed

WORKING PLACE-FIRST AID

This the 19ᵀᴴ day of November, 2003

Deputy Anthony Kelly Instructor

Wills' Training Records
0003

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 12/19/03, I _____*T. P. Whis*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON Copy of example of a Affidavit , DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____*T. P. Wells* 205_____

DEPUTY SIGNATURE AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 12/16/03, I_____*T. P. Wins*_____ RECEIVED a 15-MINUTE BLOCK
                         PRINT NAME
TRAINING ON PERSONNEL Inmate Movement, DURING THE 0700-1500 HOUR SHIFTS
BRIEFING.


_____*T.P. Wills* 205_____
DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_P. Wills_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Inmate Take Downs_

ON _Dec 15_ 20_03_ AND RECEIVED _4_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 12/14/03, I _____*T. P. Wues*_____ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING ON  patrol and inspections DURING THE 0700-1500 SHIFT BRIEFING.


_____*T. P. Wills 205*_____

DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 12/13/03, I _____*T. P. Wells*_____ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING ON <u>Chain of Command</u> DURING THE 2245-0700 SHIFT BRIEFING.


_____*T. P. Wells 205*_____

DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 12/12/03, I _____*T.P. Wins*_____ RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING ON  <u>Correctional Officer Assignments ACA</u> DURING THE 2245-0700 SHIFT
BRIEFING.


_____*T.P. Wells 205*_____
DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 12/9/03,  I   *T.P. Wells*                                RECEIVED A 15 MINUTE BLOCK
                                          PRINT NAME
OF TRAINING ON   Three memos Stamping of bond, Lobby security, Visitors property, ,Phone access
DURING THE 0700-1500 SHIFT BRIEFING.


                    *T.P. Wells 2005*
                    DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 12/5/03, I ___*T.P. Willis*___ RECEIVED A 15 MINUTE BLOCK
                     PRINT NAME
OF TRAINING ON  <u>New population</u> DURING THE 645-1500 SHIFT BRIEFING.


_T.P. Willis 2003_
_____
DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11/29/03, I _____*T. P. Wells*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON INFORMATION SYSTEMS AND RESEARCH ACTIVITIES ACA STANDARDS
PROCEDURE DIRECTIVE, DURING THE 0700-1500 HOUR SHIFTS BRIEFING.

_____*T. P. Wells 2005*_____
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11/25/03, I _T. P. Wies 205_ RECEIVED a 15-MINUTE BLOCK
<u>PRINT NAME</u>
TRAINING ON INMATE CUSTODY RECORDS ACA STANDARDS PROCEDURE DIRECTIVE,
DURING THE 0700-1500 HOUR SHIFTS BRIEFING.

_T. P. Wills 205_
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi–Gulf Coast

*This is to certify that*

## THOMAS P. WILLS

*has successfully completed training in*

## DEFENSIVE TACTICS

*This the 21st day of November, 2003*

Julian Allen, Ph.D. Major, HCSD
Director SRPSI

Kenneth Rogers, Sgt. HCSD
Instructor

© 1996 GOES 3/4655
All Rights Reserved

LITHO. IN U.S.A.



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## THOMAS P. WILLS

*has successfully completed training in*

## OLEORESIN CAPSACIN "O.C. SPRAY"

*This the 21st day of November, 2003*

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Jeff Beaumen, Deputy, HCSD
Instructor

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

## Harrison County Sheriff's Department
### The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## Thomas P. Wills

*has completed*

# BASIC CORRECTIONAL OFFICER TRAINING
### (80 HOURS)

This the 21ST day of November, 2003



Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Robert Jones, Captain, HCSD
Instructor



Harrison County Sheriff's Department

This is to certify that

*Thomas P. Wills*

Has successfully completed.

WORKING PLACE-FIRST AID

This the 19th day of November, 2003

Deputy Anthony Kelly, Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11/08/03, I _____*T. P. Wins*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON CODE OF ETHICS ACA STANDARDS PROCEDURE DIRECTIVE, DURING THE
0700-1500 HOUR SHIFTS BRIEFING.

*T. P. Wills* 205
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR