# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11/07/03, I _T. P. Wms_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON PERSONNEL RECORDS ACA STANDARDS PROCEDURE DIRECTIVE, DURING
THE 0700-1500 HOUR SHIFTS BRIEFING.

_T. P. Wells 205_
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11/01/03, I _____*T. P. Wluis*_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON PERSONNEL SELECTION AND RETENTION PROCEDURES DIRECTIVE,
DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____*T. P. Wills* 2005_____
DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/31/03, I ___*T.P. Wiis 205*___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON AFFIRMATIVE ACTION PLAN ACA STANDARD PROCEDURES DIRECTIVE,
DURING THE 0700-1500 HOUR SHIFTS BRIEFING.

*T.P. Wells 205*
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/28/03, I ___T.P.Wass_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON NATURAL DISASTER PLAN PROCEDURES DIRECTIVE, DURING THE 0700-1500 HOUR SHIFTS BRIEFING.

_____T. P. Wills 200_____

DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/25/03, I ___*T. P. Wells 205*___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON SPECIAL NEEDS INMATE PROCEDURES DIRECTIVE, DURING THE 0700-1500
HOUR SHIFTS BRIEFING.


___*T. P. Wells 205*___
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/24/03, I _____T. P. Wells_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON SECURITY SUPERVISION OF HOLDING CELLS PROCEDURES DIRECTIVE, DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_____T. P. Wells 205_____

DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/21/03, I _____T. P. Wills_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON BOOKING CONTROL OFFICER POST ORDERS PROCEDURES DIRECTIVE,
DURING THE 0700-1500 HOUR SHIFTS BRIEFING.

_____T. P. Wills 205_____
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/18/03, I _T. P. Wus_ RECEIVED a 15-MINUTE BLOCK
                                    PRINT NAME
TRAINING ON CORRECTIONAL OFFICER POST ORDERS PROCEDURES DIRECTIVE, DURING
THE 0700-1500 HOUR SHIFTS BRIEFING.

_T. P. Wells 205_
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/17/03, I ___*T.P. Wues*___ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON NATURAL DISASTER PLAN PROCEDURES DIRECTIVE, DURING THE 0700-1500
HOUR SHIFTS BRIEFING.


___*T.P. Wills #205*___

DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/14/03, I _T. P. Wius_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON INMATE DEATHS PROCEDURE DIRECTIVE, DURING THE 0700-1500 HOUR
SHIFTS BRIEFING.


_T. P. Willis 205_____

DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/11/03, I __*T. P. Wees*_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON CUSTODY INQUIRIES PROCEDURE DIRECTIVE, DURING THE 0700-1500 HOUR
SHIFTS BRIEFING.


__*T. P. Wells* # 205_____
DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/10/03, I _T. P. Wings_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON PROPER SEALING OF EVIDENCE FOR SUBMISSION PROCEDURE DIRECTIVE,
DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


_T. P. Wells #205_
DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# Shift Training

On _10-10-03_ , I _T. P. Wilis_ received a 15 minute

Print Name

block of training on **Employees & the Inmate Culture**, during the

_0645 1500_ shift briefing.


_T. P. Wilis #205_

Officers Signature & Badge Number

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 10/07/03 , I ___*T. P. Wines #2005*___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON GENERAL RULES OF CONDUCT POLICY AND PROCEDURE DIRECTIVE,
DURING THE 0700-1500 HOUR SHIFTS BRIEFING.


*T. P. Wells #2005*
DEPUTY SIGNATURE AND BADGE NUMBER


LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
### TRAINING DIVISION

ON _10-02-03_____ I DEPUTY _P. Wines_____ # _205_

COMPLETED THE FIRST AID AND CPR COURSE. I HAVE ALSO RECEIVED AND COMPLETED THE PRACTICAL AND WRITTEN TESTs.

TEST SCORE    (PASS)  FAIL

PRACTICAL     (PASS)  FAIL

_T. P. Wines #205_____
SIGNATURE

_____
ANTHONY KELLY
HARRISON COUNTY INSTRUCTOR

BOTH TESTS ATTACHED:

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 09/26/03, I ___*T. P. Wells*___ RECEIVED a 15-MINUTE BLOCK

                   PRINT NAME

TRAINING ON FIRE AND EVACUATION DIRECTIVES, DURING THE 0700-1500 HOUR SHIFT
BRIEFING.

                                     ___*T. P. Wells 205*___

                                DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 09/20/03, I _T.P. Willis_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON EMERGENCY HURRICANE PROCEDURE, DURING THE 0700-1500 HOUR
SHIFTS BRIEFING.


_T.P. Willis 205_____
DEPUTY SIGNATURE AND BADGE NUMBER

LIEUTENANT LADEHOFF #152
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 06-26-03, I _Thomas P. Wells_____ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING ON <u>Memos Key Registry and Chit I.D. Tags</u>, DURING THE     0645-1500 HR

SHIFT BRIEFING.


_Thomas P. Wells 205_____

DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/18/03, I _Thomas P. Wills_ RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING On Natural Disaster Plan During The 0700-1500 HR SHIFT BRIEFING.

_Thomas P. Wills 205_
DEPUTY SIGNATURE  AND BADGE NUMBER

Lt.LADEHOFF

# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/17/03, I ___Thomas P. Wills___ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING On Hunger Strike During The 0700-1500 HR SHIFT BRIEFING.


___Thomas P. Wills 205___

DEPUTY SIGNATURE  AND BADGE NUMBER


Lt.LADEHOFF

# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/14/03, I ___*THOMAS P. Willis 205*___ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING On Hostage Situations During The 0700-1500 HR SHIFT BRIEFING.


___*Thomas P. Willis 205*___

DEPUTY SIGNATURE AND BADGE NUMBER


Lt.LADEHOFF



# Harrison County Sheriff's Department
## Correctional Division

This is to certify that

*Thomas P. Wills*

Has successfully completed

# WORKING PLACE-FIRST AID

This the 22ⁿᵈ day of November, 2002

Deputy Anthony Kelly, Instructor

© 1998 GOES 34825
All Rights Reserved

117041 NJ IIE A



# Harrison County Sheriff's Department
## Correctional Division

*This is to certify that*

## Thomas P. Wills

*Has successfully completed*

# WORKING PLACE-FIRST AID

*This the* 22nd *day of November,* 2002

Deputy Anthony Kelly, Instructor

© 1998 GOES 34825
All Rights Reserved

LITHO. IN U.S.A.

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-20-2002, I _Thomas P. Wills_____ RECEIVED A 15 MINUTE BLOCK
                                    PRINT NAME
OF TRAINING ON_ Security Supervision Of Holding Cells _ DURING THE  1500-2300 Hour SHIFT
BRIEFING.


_Thomas P. Wills #205_____
DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-20-2002, I _Thomas P. Wells_ RECEIVED A 15 MINUTE BLOCK
                          PRINT NAME
OF TRAINING ON _Search_ DURING THE 1500-2300 Hour SHIFT BRIEFING.


_Thomas E. Wells_
DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-20-2002, I _____*Thomas P. Wiles*_____ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING ON MEMO ON *RADIO COMMUNICATION – MALE OFFICERS ENTERING FEMALE INMATES HOUSING AREA* DURING THE  1500-2300 Hour SHIFT BRIEFING.


_____*Thomas P.*_____

DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-20-2002, I ___Thomas P. Wills___ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING ON _Monthly Statistical Reporting_ DURING THE  1500-2300 Hour SHIFT BRIEFING.

___Thomas P. Wills___

DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-20-2002, I _____*Thomas P. Wells*_____ RECEIVED A 15 MINUTE BLOCK

PRINT NAME

OF TRAINING ON  Uniform And Personal Appearance  DURING THE  1500-2300 Hour SHIFT
BRIEFING.

_____*Thomas P. Wells*_____

DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-20-2002, I *PRESTON WILLS* RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING ON Personnel Selection and Retention DURING THE 1500-2300 Hour SHIFT
BRIEFING.


_____
DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-20-2002, I _____*Thomas P. Wills*_____ RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING ON _Post Orders_ DURING THE  1500-2300 Hour SHIFT BRIEFING.

_____*Thomas P. Wills*_____
DEPUTY SIGNATURE  AND BADGE NUMBER

# FTO MODULE PERFORMANCE CHECKLIST

Chapter_____ _____          Trainee _J. Wills # 205_
Modular Title: Front Desk              FTO _N. Ellsberry #231_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct operations of the front desk and lobby to assist with bonds, visits, telephone calls, and direct any and all persons with requests in a professional manner. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Receive a briefing from the off-going watch as to the status of any pending items relating to the Front Desk. Read and sign post orders. | | | | | | |
| 2) Conduct a sanitation security, and fire/safety hazard inspection of the lobby area at the beginning of each shift and immediately upon the completion of the last visitor leaving the facility. | | | | | | |
| 3) Greet all visitors to the facility with professional courtesy. Register all visitors in the perspective visitation log ( i.e. bond, attorney, minister, or general). Ensure the visitor's name is on the inmate's visitation list. Inform visitors of the dress code for visitation, the rules of visitation and storage of all personal property in lockers. | | | | | | |
| 4) Notify Control Room Officers what inmates have visitors standing by and what time the visit will commence. | | | | | | |
| 5) Monitor all visitors while they are in the lobby. Ensure there is no smoking in the lobby. Notify the Shift Supervisor of any situations that could cause the termination of a visit or in the case of unruly visitors. | | | | | | |
| 6) Ensure the accuracy and completeness of pre-release bond documents and perform bond duties in accordance with HCADC policy and procedures. | 8-11-03 JW #231 @205 | 8-11-03 NE 231 @205 | 8-11-03 NĒ # 231 @205 | 8-11-03 NĒ # 231 @205 | 8-11-03 NĒ # 231 – 1-17-04 @205 | 1-17-04 NE 231 @205 |
| 7) Issue a cash bond receipt to the person presenting cash for a cash bond after verification of the amount of cash by the Shift Supervisor and the Front Desk Officer. | | | | | | |
| 8) Answer incoming phone calls in the following manner: "Harrison County Sheriffs Department, this is Deputy ____, may I help you?" Ensure to release only authorized information about inmates, i.e. if it is on the PUB screen, it may be released. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on 1-17-04 (date) FTO N. Ellsberry 231 Trainee P. Wills 205 | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                **F.T.O.: N. Ellsberry #231**

**Date: 01-20-03**                                         **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

On 01-17-04 FTO Nathan Ellsberry #231 was posted as Booking Control officer. Trainee Preston Wills #205 was posted as Front Desk officer. Trainee Wills completed the fifth and sixth phases of training. Trainee wills completed the practice phase of training and successfully answered all questions during his proficiency exam given by FTO Ellsberry. Trainee Wills is hereby certified to work the post of Front Desk.

_7. P. Wills 205   02-23-04_          _N. Ellsberry   231_
Trainee's Signature              Date                  F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee: <u>T. Wills #205</u>                          F.T.O.  <u>N. ELLSBERRY #231</u>

Date: <u>08-11-03</u>                                   Page 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**
On 08-11-03 FTO Nathan Ellsberry #231 was posted as roving officer. Trainee Thomas ills was posted as front desk officer. Trainee Wills was trained on the following subjects: Reading and use of the pass-on book, conducting security/sanitation check, greeting visitors, location and use of visitor sign-in logs, signing up of visitation and rules, notifying blocks of visitors, monitoring of visitors in the lobby, helping bondsmen and rules for bond visits, conducting cash bonds and how to properly answer phones and what information can be given out to the public.

---

*T.P. Wills 205*
Trainee's Signature

FTO *Ellsberry* #231
F.T.O's Signature

FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **MEDICAL WATCH**

Trainee  T. Vills #205

FTO  N. Ellsberry #231

Performance Objective: following demonstration by the designated Field Trainer, the trainee will: Provide safety and security to inmates assigned to D/F by constantly monitoring and logging events. Properly document in the pass on book and any assigned observation forms as required. Contact medical staff through the control room if any inmate is in need of attention.

| Task | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER D/F MEDICAL SECTION AND REVIEW ALL INFORMATION IN THE PASS-ON BOOK, POPULATION LAY-OUT, OBSERVATION SHEETS, POST ORDERS, AND VISITOR LOG. REVIEW LAST THREE(03) DAYS. | | | | | | |
| 2) CONDUCT A PROPER HEADCOUNT IN ACCORDANCE WITH A.C.A. STANDARDS; IN A SAFE, ACCURATE, AND TIMELY MANNER. | | | | | | |
| 3) VERIFY AND CLEAR THE COUNT WITH THE CONTROL ROOM OFFICER, ASSUME D/F MEDICAL DUTIES. | | | | | | |
| 4) CONTINUALLY MAKE SAFETY/SECURITY CHECKS OF THE SECTION THROUGHOUT THE SHIFT TO ENSURE CARE, CUSTODY, AND CONTROL. | | | | | | |
| 5) DUE TO THE FACT OF D/F BEING A MEDICAL SECTION, ENSURE THAT SANITATION AND HYGIENE ARE HIGHLY MAINTAINED. | | | | | | |
| 6) MAINTAIN A GOOD PROFESSIONAL RAPOR WITH THE INMATES IN D/F TO ENSURE ALL INMATES ARE SAFE AND RECEIVING PROPER CARE. | | | | | | |
| 7) HANDLE ALL INMATE REQUESTS IN A TIMELY MANNER AND DIRECT THE ONES YOU CANNOT ANSWER TO THE PROPER AUTHORITIES. | | | | | | |
| 8) BE AWARE OF ALL SUICIDAL INMATES, AS TO THEIR MEAL INTAKE, HYGIENE, ATTITUDE AND BEHAVIOR. ALWAYS KEEP A VISUAL. | | | | | | |
| 9) SPEAK WITH MEDICAL STAFF FREQUENTLY IN REGARDS TO ANY TYPE OF CONCERN(S) ABOUT AN INMATE. UTILIZE THE CONTROL ROOM OFFICER, S-1, OR THE NURSE ON THE BLOCK PASSING MEDICATIONS. | | | | | | |
| 10) PROPERLY AND THOROUGHLY BRIEF THE ONCOMING OFFICER TO D/F TO ENSURE THAT ALL WATCHES, OBSERVATIONS, AND UNUSUAL/SERIOUS CONCERNS ARE BROUGHT TO NOTE. PROVIDE ALL CONCERNS. | | | | | | |
| 11) FULLY UNDERSTAND AND ACKNOWLEDGE THAT AT NO TIME WILL ANY OFFICER LEAVE D/F FOR ANY REASON UNLESS CLEARED BY THE DIRECTOR OF CORRECTIONS AND/OR THE SHERIFF – *IMPORTANT* | | | | | | |
| 12) MAINTAIN A HIGH STANDARD OF CLEANLINESS – BE REMINDED THAT D/F IS A MEDICAL UNIT AND THAT UNIVERSAL PRECAUTIONS MUST BE USED AT ALL TIMES. C.P.R. AND FIRST AID CERTIFICATION MANDATORY. | | | | | | |
| *Signatures / dates* | 7-29-03 NE #231 @205 | 8-24-03 NE #231 @205 | 9-1-03 NE #231 @205 | 9-14-03 NE #231 @205 | 9-14-03 – 11-2-03 NE #231 @205 | 11-2-03 NE #231 @205 |

I certify that proficiency was demonstrated by the above trainee concerning this task on **3-28-04** (date)

FTO  N.S. 231

Trainee  @205

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                      **F.T.O.: N. Ellsberry #231**

**Date: 01-20-03**                                                        **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

On 09-14-03 FTO Nathan Ellsberry #231 was posted as C-floor officer. Trainee Preston Wills #205 was posted as Medical Watch officer. Trainee Wills completed the fourth phase of training and began the fifth phase of training. Trainee Wills successfully explained and demonstrated all steps of the training task document. Trainee Wills then began the practice phase of training. Trainee Wills did not have any questions or concerns throughout the day.

_7. P. Wills 205_        _02-23-04_                    _n. R. Ell_____ #231_
Trainee's Signature          Date                              F.T.O's Signature