# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                    **F.T.O.: N. Ellsberry #231**

**Date: 01-20-03**                              **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

On 11-02-03 FTO Nathan Ellsberry #231 was posted as A-floor officer. Trainee Preston Wills #205 was posted as Medical Watch officer. Trainee Wills completed the fifth and sixth phases of training. Trainee Wills completed the practice phase of training and successfully answered all questions during the proficiency test given by FTO Ellsberry. Trainee Wills is hereby certified to work the position of Medical Watch officer.

_T. P. Wills 205_  _02-23-04_                    _n. R. Ell_  _# 231_
----------------------------------------                    ---------------------------------
Trainee's Signature        Date                              F.T.O's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _T. Wills #205_          FTO _N. Ellsberry #231_

Date _7-29-03_          Page _01_ of _01_

**Narrative:** Give a brief description of training conducted today and outcome.

On 7-29-03 FTO Ellsberry was posted as C-Floor Officer. Trainee Wills was posted as Medical Watch officer Trainee Wills #205 compleated the first phase of training- Trainee Wills read and signed the task document. Trainee Wills did not have any questions or concerns throughout the day.

_T. P. Wills 205_
Trainee's Signature

_A. Ellsberry #231_
FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Wills, Tomas   #205_          FTO _Mingo   #330_

Date _12/12/02_          Page _01_ of _01_

**Narrative:** Give a brief description of training conducted today and outcome.

_Deputy Wills was trained O/F medical watch duties. Trainee maintain Paper work on medical, Suicide, and Lockdown watches. Trainee also was instructed to make rounds within the section to check on health and well being of all inmates, and to check for Safety hazards and Contraband._

_Thomas P. wills #205_
Trainee's Signature

FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee:** T. Wills #205                                     **F.T.O.** N. ELLSBERRY #231

**Date:** 08-24-03                                            **Page** 01 **of** 01

**Narrative:** Give a brief description of training conducted today and outcome.

On 08-24-03 FTO Nathan Ellsberry #231 was posted as A-floor officer. Trainee Wills #205 was posted as Medical watch officer. FTO Ellsberry explained and demonstrated all 12 steps of the training task document. Trainee Wills #205 did not have any questions or concerns for the remainder of the day.

_T. P. Wills 205_
**Trainee's Signature**

_FTO Ellsberry # 231_
**F.T.O's Signature**

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **Booking Control**

Trainee _T. Wills #205_

FTO _N. Ellsberry #231_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct safety and security operations, control access in and out of booking area, registering on the proper logs persons who enter and exit. Professionally answer the telephones and provide information. The primary function of this post is to be in control of access and departure of all persons. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1)Enter the booking control room and secure the door. Receive a briefing from the on-duty deputy regarding daily events. | | | | | | |
| 2)Sign post orders and assume the duties of booking control-controlling all exiting and entering of the booking areas. | | | | | | |
| 3)Document all agencies, and all inmates coming in and out of the facility. Example: Court, hospital, funeral, etc. | | | | | | |
| 4)Monitor the security cameras and report any unusual incidents to the on-duty supervisor. | | | | | | |
| 5)Monitor the two security gates and allow access and exit to those who are authorized. Always check for identification on vehicle. | | | | | | |
| 6)Demonstrate the proper technique for opening both gates at the same time during an emergency(firetruck, ambulance, etc.) | | | | | | |
| 7)Control access and exit to the holding tanks in booking as directed by the booking staff-control on/off of telephones. | | | | | | |
| 8)Restrict access to anyone with a firearm on, excluding law enforcement using the elevator for upstairs access. | | | | | | |
| 9)Notify S-1 when any inmate(s) departs/returns through booking control by either ambulance or transport for the hospital. | 7-19-03 NE #231 @205 | 8-26-03 NE #231 @205 | 9-1-03 NE #231 @205 | 9-7-03 NE #231 @205 | 9-7-03 - 10-20-03 NE #231 @205 | 10-20-03 NE #231 @205 |
| 10)Answer the telephone for limited information to those calling for bonds, releases and general inquiries. | | | | | | |
| 11)Brief the oncoming staff on all information in regards to booking and booking control. | | | | | | |
| 12)Upon departure from booking control, ensure that the relieving officer is fully briefed, and that the door is secure. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on _10-70-03_ (date)

FTO _N. Ellsberry 231_

Trainee _T. Wills 205_

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

**Trainee: P. Wills #205**                                    **F.T.O.: N. Ellsberry #231**

**Date: 01-20-04**                                                      **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

On 10-20-03 FTO Nathan Ellsberry #231 was posted as A-floor officer. Trainee Preston Wills
#205 was posted as Booking Control officer. Trainee Wills successfully completed the fifth and
sixth phases of training. Trainee Wills completed the practice phase and successfully answered
all questions during the proficiency test. Trainee Wills is hereby certified to work the post of
Booking Control.

_7. P. Wills 205_   _02-23-04_                 _n.l. Ell  231_
Trainee's Signature        Date                              F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                    **F.T.O.: N. Ellsberry #231**

**Date: 01-20-03**                                        **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

On 09-02-03 FTO Nathan Ellsberry was posted as Roving officer. Trainee Preston Wills #205 was posted as Booking Control officer. Trainee Wills successfully completed the third phase of training. Trainee Wills successfully explained each step of the task document as FTO Ellsberry demonstrated. Trainee Wills did not have any questions or concerns throughout the day.

_T. P. Wills 205_    _02-23-04_            _n. R. Ell____ 231_
Trainee's Signature              Date                        F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                    **F.T.O.: N. Ellsberry #231**

**Date: 01-20-03**                                            **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

On 08-26-03 FTO Nathan Ellsberry #231 was posted as Roving officer. Trainee Preston Wills #205 was posted as Booking Control officer. Trainee Wills completed the second phase of training. Trainee Wills observed while FTO Ellsberry explained and demonstrated all steps of the training task document. Trainee Wills did not have any questions or concerns throughout the day. End of Report.

_____    _____    _____
Trainee's Signature              Date                      F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                    **F.T.O.: N. Ellsberry #231**

**Date: 01-20-04**                                                **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

On 09-07-03 FTO Nathan Ellsberry #231 was posted as A-control officer. Trainee Preston Wills #205 was posted as Booking Control officer. Trainee Wills successfully completed the fourth phase of training and began the fifth phase. Trainee Wills successfully explained and demonstrated all steps of the task document. Trainee Wills then began the practice phase of training. Trainee Wills did not have any questions or concerns throughout the day.

_____        _____        _____
Trainee's Signature                       Date                     F.T.O's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __T. Wills #205__          FTO __N. Ellsberry #231__

Date __7-19-03__          Page __01__ of __01__

**Narrative:** Give a brief description of training conducted today and outcome.

On 7-19-03 FTO Ellsberry was posted as Front Desk officer. Trainee Wills was posted as Booking Control officer. Trainee Wills checked in with FTO Ellsberry periodically via telephone. Trainee Wills was allowed to read the task document. Trainee Wills did not have any questions or concerns throughout the day.

__T.P. Wills #205__
Trainee's Signature

__N. Ellsberry #231__
FTO's Signature

FTO MODULE PERFORMANCE CHECKLIST

Chapter _____          Trainee _T. Vills #205_
Modular Title: **FLOOR OFFICER**             FTO _Ellsberry #231_

| Performance Objective: Following demonstration by the designated Field Trainer the trainee will: Provide safety and security supervising all inmate activities within the block and sections. At all times be knowledgeable of inmate counts, requests and special requirements of the individual block assigned, to include recreation time. at all times monitor the safety of all staff and visitors to the block. Prepare inmates for transfer/receive arriving inmates. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER THE BLOCK AND REVIEW ALL PAPERWORK PERTAINING TO THE INMATES; PASS-ON BOOK, POPULATION, OBSERVATION SHEETS, POST ORDERS, AND VISITOR LOGS. REVIEW PAST THREE(03) DAYS. | | | | | | |
| 2) CONDUCT A PROPER HEADCOUNT IN ACCORDANCE WITH A.C.A. STANDARDS; IN A SAFE, ACCURATE, AND TIMELY MANNER. | | | | | | |
| 3) VERIFY AND CLEAR THE COUNT WITH THE CONTROL ROOM OFFICER, ASSUME FLOOR DUTIES. | | | | | | |
| 4) CONDUCT AN ACCURATE INVENTORY OF ALL RESTRAINTS PRESENTLY ASSIGNED TO THE BLOCK. DOCUMENT IF ACCOUNTED FOR OR MISSING. | | | | | | |
| 5) INITIATE SAFETY/SECURITY INSPECTIONS IN ALL SIX(06) SECTIONS OF THE BLOCK/YARD/VISITATION AREAS. CONTINUALLY CHECK DURING YOUR SHIFT, NOTING ANY DEFICIENCIES/WORK ORDERS. | | | | | | |
| 6) SERVE MEALS, ACCOUNT FOR ALL TRAYS ENTERING/EXITING BLOCK. NOTATE TIME IN, MENU, TIME OUT – NUMBER OF TRAYS IN/OUT. ALL TRAYS MUST BE ACCOUNTED FOR/HOLD TRAYS FOR INMATES OUT. | | | | | | |
| 7) PROVIDE SECURITY ESCORT FOR MEDICAL STAFF DURING MEDICATION PASS – ALSO IF INMATE IS INJURED/ILL. | | | | | | |
| 8) PROVIDE SECURITY FOR RECREATION/YARD CALL – SUPERVISE AND DOCUMENT THE SECTION AND AMOUNT OF INMATES PRESENT ON THE EXERCISE YARD LOG(ALSO IN THE PASS-ON BOOK). | | | | | | |
| 9) PROPERLY DEMONSTRATE PREPARING INMATE(S) FOR TRANSPORT OUT OF THE BLOCK(SEARCHING AND RESTRAINTS). PROPERLY NOTIFY ALL PARTIES INVOLVED(CONTROL ROOM, CENTRAL, ROVER). | | | | | | |
| 10) INVESTIGATE ANY RULE VIOLATIONS IN THE BLOCK, AND ANY/ALL BREACH OF SECURITY. DOCUMENT/NOTIFY ON DUTY SUPERVISOR. | | | | | | |
| 11) PROPERLY HANDLE/DIRECT ALL INMATE REQUESTS TO THE PROPER AUTHORITY. DEMONSTRATE HANDLING A BASIC INMATE REQUEST IN THE BLOCK. EXAMPLE: CLOTHING EXCHANGE, HYGIENE. ETC. | | | | | | |
| 12) PROPERLY BRIEF ALL ONCOMING OFFICERS OF BLOCK INFORMATION AND ANY SPECIAL CONCERNS. HAVE ALL INMATES READY FOR PROPER HEADCOUNT. ENSURE ALL MOVEMENT HAS STOPPED/TELEPHONES OFF. | NE 231 7-11-03 Public 205 8-11-03 | NE 231 7-15-03 Public 205 8-11-03 | NE 231 7-24-03 Public 205 8-11-03 | NE 231 7-24-03 Public 205 8-11-03 | NE 231 7-25-03 Public 205 8-11-03 | NE 231 8-1-03 Public 205 8-11-03 |

I certify that proficiency was demonstrated by the above trainee concerning this task on _8-1-03_   (date)
FTO _Ellsberry #231_
Trainee _Vills 231_

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee: <u>P. Wills #205</u>                    F.T.O.  <u>N. ELLSBERRY #231</u>

Date: <u>8-1-03</u>                          Page 01 of 01

Narrative:  Give a brief description of training conducted today and outcome.

On 8-1-03 FTO Nathan Ellsberry #231 was posted as roving officer. Trainee Thomas Wills #205 was posted as C-floor officer. FTO Ellsberry conducted a proficiency test on Trainee Wills. Trainee Wills successfully completed the proficiency exam. FTO Ellsberry did note that Trainee Wills needs to work on concentration and prioritizing tasks. Trainee Wills is hereby released of all floor officer training.

_____          _____
Trainee's Signature                                    F.T.O's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _T. Wills #205_                     FTO _N. Ellsberry #231_

Date _7-24-03_                               Page _01_ of _01_

**Narrative:**   Give a brief description of training conducted today and outcome.

FTO Ellsberry was posted as Roving Officer. Trainee Wills was posted as C-Floor Officer. Trainee Wills completed the fourth phase of training. Trainee Wills successfully explained all 12 steps of the task document as FTO Ellsberry demonstrated. Trainee Wills did not have any other questions or concerns throughout the day.

_T.R. Wills #205_                           _N. Ellsberry #231_
Trainee's Signature                          FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _T. Vills #205_   FTO _N. Ellsberry #231_

Date _7-21-03_     Page _01_ of _01_

Narrative: Give a brief description of training conducted today and outcome.

On 7-21-03 FTO Ellsberry #231 was posted as Roving Officer. Trainee Wills was posted as C-Floor Officer. Trainee Wills completed the third phase of training. Trainee Wills Explained the steps as FTO Ellsberry demonstrated. Trainee Wills did not have any questions or concerns throughout the day.

_T. R. Wills #205_
Trainee's Signature

_N. Ellsberry #231_
FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _T. Wills #105_                  FTO _Ellsberry #731_

Date _7-15-03_                            Page _01_ of _01_

**Narrative:** Give a brief description of training conducted today and outcome.

On 7-15-03 FTO Ellsberry was posted as roving officer. Trainee Wills was posted as B-Floor Officer. FTO Ellsberry took 15 minutes to explain and demonstrate all steps of the task document. Trainee Wills did not have any questions or concerns throughout the day.

_T.P. Wills 205_
Trainee's Signature

_N. Ellsberry 231_
FTO's Signature

HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee __T. Vills #205__                    FTO __Ellsberry #231__

Date __7-11-03__                    Page __01__ of __01__

Narrative:   Give a brief description of training conducted today and outcome.

On 7-11-03 FTO Ellsberry was posted as roving officer. Trainee Wills was posted as C-Floor officer. FTO Ellsberry took 30 minute to complete phase 1 of training. Trainee Wills was allowed to read the task document and instructed on reading the pass-on book, signing post orders, conducting walk-throughs, reporting work orders, medication pass, serving lunch, conducting yard call and shift change. Trainee Wills did not have any questions or concerns throughout the day

_T.P. Wills 205_                    _N. Ellsberry  231_
Trainee's Signature                    FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Wills, Tomas #205_____        FTO _Mingo, Donald #330_

Date _12/11/03_____        Page _Ø1_ of _Ø1_

**Narrative:**  Give a brief description of training conducted today and outcome.

_Deputy Wills was trained on Floor officers duties._
_Trainee Trainee was instructed on checking for safety_
_in inmate's housing area and Contrabands. Assist with Medical_
_for medication Pass to inmates, inmates meals and inmates movement._

_____        _____
Thomas D. Wills #205                  Mingo #330
Trainee's Signature                        FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Wills, Tomas_              FTO _Mingo, Donald Sr_

Date _12/01/02_                     Page _01_ of _01_

Narrative:   Give a brief description of training conducted today and outcome.

_Deputy Wills was trained on the release of inmates from the block. Trainee was advised that every inmate released needs an deputy escort to booking._

_Thomas D. Wills #205_
Trainee's Signature

_Donald Mingo Sr #330_
FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                          **F.T.O.: N. Ellsberry #231**

**Date: 01-20-04**                                                    **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

On 09-01-03 FTO Nathan Ellsberry was posted as B-floor officer. Trainee Preston Wills was posted as Medical Watch officer. Trainee Wills completed the third phase of training. Trainee Wills successfully explained all steps of the task document as FTO Ellsberry demonstrated. Trainee Wills did not have any questions or concerns throughout the day.

_7. P. Wills 205_    _02-23-04_        _N. R. Ell___ # 231
Trainee's Signature        Date                            F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **CONTROL ROOM**

Trainee _Wills, Preston_ # 205

FTO _Ellsberry #231_

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will safely and securely monitor inmates and the block/sections. Answer requests by telephone, intercoms, and radio. Control and verify counts, control and document access in and out of the block/sections, and conduct and monitor visits/church services. Properly notate all activities relating to medical. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER CONTROL ROOM AND NOTIFY CENTRAL-RECEIVE BRIEFING FROM ON DUTY OFFICER. | | | | | | |
| 2) REVIEW ALL PAPERWORK, GREEN BOOK, POST ORDERS, AND CONFIRM COUNTS ON POPULATION SHEETS. | | | | | | |
| 3)EXIT CONTROL ROOM AND NOTIFY CENTRAL-MEET WITH OFFICERS TO CONDUCT SAFE/ACCURATE COUNTS. | | | | | | |
| 4) CONDUCT COUNTS SAFELY, ACCURATELY, QUICKLY, IN ACCORDANCE WITH A.C.A. STANDARDS. | | | | | | |
| 5)UPON COMPLETION OF COUNTS, SIGN TO VERIFY ON POPULATION SHEETS AND RE-ENTER CONTROL ROOM. | | | | | | |
| 6)NOTIFY CENTRAL OF ENTRY TO CONTROL ROOM AND THAT COUNTS ARE VERIFIED/CLEARED-ASSUME DUTY. | | | | | | |
| 7) MONITOR ALL SECTIONS AND MAKE AN ENTRY ON YOUR LOG STATING WHAT WAS OBSERVED(EVERY 30 MINUTES). THIS CAN BE TIME APPROXIMATE. | | | | | | |
| 8) ANSWER RADIO AND TELEPHONE-ALSO ANSWER INTERCOM AND INMATE REQUESTS AS NEEDED. | | | | | | |
| 9) MAINTAIN ALL MOVEMENT IN YOUR BLOCK-IN/OUT OF YOUR BLOCK USING PROPER FORMS/DO CELL CHANGES. MONITOR ALL STAFF TO ENSURE THEIR SAFETY IN BLOCK. | NE #231 7-1-03 R205 | NE #231 7-4-03 R205 | NE #231 7-5-03 R205 | NE #231 7-27-03 R205 | NE #231 7-28-03 R205 | NE #221 8-4-03 R205 |
| 10) DOCUMENT ALL RECREATION RELATED ACTIVITIES-ALL MEALS IN/SERVED/OUT-WHAT WAS SERVED-# TRAYS. | | | | | | |
| 11) ACCURATELY MAINTAIN POPULATION SHEETS-IF ON MIDNIGHT SHIFT CONDUCT ACCURATE RE-WRITE. THIS SHOULD BE ACCOMPLISHED WITHIN TWO(02) HOURS. | | | | | | |
| 12) PROPERLY BRIEF ONCOMING OFFICER AND ENSURE ALL PAPERWORK/BOOKS/FORMS WERE UTILIZED PROPERLY. DO NO LEAVE UNTIL PROPERLY RELIEVED. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on _8-4-03_ (date)

FTO _Ellsberry #231_

Trainee _Wills 231_

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __T. Wills #205__          FTO __N. Ellsberry #231__

Date __7-27-03__          Page __01__ of __01__

**Narrative:** Give a brief description of training conducted today and outcome.

On 7-27-03 FTO Ellsberry was posted as Roving Officer. Trainee Wills was posted as C-control Officer. Trainee Wills completed the Fourth phase of training. Trainee Wills explained and demonstrated all of the steps on the task document while FTO Ellsberry observed. Trainee Wills did not have any more questions or concerns throughout the day.

__T.P. Wills 205__
Trainee's Signature

__N. Ell~ #231__
FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __Wills # 205__                              FTO __Ellsberry #231__

Date __7-5-03__                                        Page __01__ of __01__

**Narrative:**   **Give a brief description of training conducted today and outcome.**

On 7-5-03 FTO Ellsberry was posted as Roving Officer.
Trainee Wills was posted as C-Control Officer. FTO Ellsberry
spent 10 minutes with Trainee Wills. Trainee Wills successfully
named and gave the function of : the Inmate inquiry
system, telephone, Electrical panels, Door control panels and
SCBA Packs. Trainee Wills did not express any questions or
concerns throughout the day. Trainee Wills does have
previous experience from evening shift.

__Thomas R. Wills #205__                       __FTO E. Uyler / #231__
Trainee's Signature                            FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __Wills #205__                    FTO __Ellsberry #231__

Date __7-4-03__                    Page __01__ of __01__

**Narrative:** Give a brief description of training conducted today and outcome.

On 7-4-03 FTO Ellsberry #231 was posted a the Front
Desk officer. Trainee Wills #205 was posted as C-Control
officer. FTO Ellsberry made contact with trainee wills
via telephone. Trainee wills did not have any questions
concerning control room operations. At the ~~offical~~ end
of shift Trainee Wills had no questions or concerns.
Trainee Wills does have previous experience

__Thomas R. Wills #205__          __FTO Ell_____ #231__
Trainee's Signature          FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

## Daily Observation Report

Trainee _Wills #205_____    FTO _Ellsberry #231___

Date _7-1-03_____    Page _01_ of _01___

**Narrative:** Give a brief description of training conducted today and outcome.

On 7-1-03 FTO Ellsberry #231 was posted as Roving officer. Trainee Wills was posted as B-Control officer, Trainee Wills was allowed to read over the performance check list. Due to Trainee Wills having experience from another shift FTO Ellsberry did not stay and observe. FTO Ellsberry called Trainee Wills throughout the day to check up on him. Trainee Wills #205 reported having no trouble throughout the day.

_Thomas R. Wills #205_ .       _FTO Ellsberry #231_
Trainee's Signature                FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Wills, Tomas_                    FTO _Mingo, Donald Jr_

Date _11/28/02_                           Page _01_ of _01_

Narrative:   Give a brief description of training conducted today and outcome.

_Deputy Wills have showed Profesionalism Twards inmates when talking and listening. Trainee was to also trained on keep a visual on Officers when inside of a block section. Trainee Conducted Visitaion for inmates with in a block._

Thomas P. Wills #205                       #330
_____                   _____
Trainee's Signature                        FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Wills, Tomas_          FTO _Minio, Donald Sr_

Date _11/27/02_          Page _01_ of _01_

Narrative:   Give a brief description of training conducted today and outcome.

_Deputy Wills maintained all control room duties._
_Control log, Pass on book, Population sheet and 30 minute Visual_
_Cheks of A, B, C, D, E, F sections. Properly breifing on Comming_
_Shift on block events._

_Thomas R. Wills_          _[signature]_          #330
Trainee's Signature          FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Wills, Tomas Preston_                    FTO _Mingo, Donald JR_

Date _11/26/02_                    Page _01_ of _01_

**Narrative:** Give a brief description of training conducted today and outcome.

_Trainee Wills maintain Control log, Pass on book and Inmate Population sheet with supervision. Trainee also received some training on Control room Computer. F.T.O. Comments: Trainee Seems to be a fast learner and adapting well to Control room._

_Preston Wills #205_
Trainee's Signature

_#330_
FTO's Signature

FTO MODULE PERFORMANCE CHECKLIST

Chapter_____

Modular Title: **CENTRAL CONTROL**

Trainee Wills # 205

FTO Ellsberry # 231

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Properly control and document access to secure areas, monitor staff/inmate movement in hallways, assist with sorting/documentation of U.S. mail when needed, and and in a professional manner communicate telephonically and by radio. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Enter central control and receive a briefing by the on duty central control operator. Read any/all information in regards to the pass-on book, memos, observation sheets. | | | | | | |
| 2) Ensure that all keys are logged in/out and accounted for prior to relieving the on duty officer. All keys are to be stored in a secure manner, in their proper location/area. | | | | | | |
| 3) Ensure that all inmates are logged in/out accurately on the movement sheet, in coordination with the booking control officer. Transcribe inmate names onto new form if necessary – double check the accuracy with the sending control room or area. | | | | | | |
| 4) Relieve the on duty central control officer and assume post for duty. Do not allow anyone to enter your area unless a sergeant or above, or if cleared by S-1 or higher. | | | | | | |
| 5) Answer all incoming telephone calls with "Harrison County Sheriff's Department Corrections Division, Deputy _____ speaking, may I help you"? Direct all calls properly in accordance with the facility rules and regulations. Always be helpful. | | | | | | |
| 6) Monitor all movements within your view, concerning court, staff, inmates, and visitors. Be security/safety minded in regards to all activities that you observe. Report all security/safety infractions to the on duty supervisor, via southern linc or telephone. | | | | | | |
| 7) Monitor and track the locations of contractors working in coordination with the maintenance staff – keep S-1 informed of their work details/use of equipment. | | | | | | |
| 8) Coordinate any/all emergencies by use of radio, southern linc, and telephone. Also use the public address system for notification(s) or to direct staff. | | | | | | |
| 9) Be familiar with all emergency contact numbers for police, fire, rescue, dispatch, and employees. Do not give out any telephone numbers unless cleared by S-1 or higher. | | | | | | |
| 10) Access secure doors from the central control panel in a safe and secure manner. At all times monitor secure areas to see that they remain secure and clear of inmates. | 7-6-03 ME #231 @ 205 | 7-7-03 ME #231 @ 205 | 9-27-03 ME #231 @ 205 | 10-11-03 ME #231 @ 205 | 10-11-03 – 10-21-03 @ 205 | 10-21-03 ME #231 @ 205 |
| 11) Show proficiency in handling multiple tasks in a safe, secure, efficient manner. At times you may have to handle many tasks at one time, especially during emergencies. | | | | | | |
| 12) Demonstrate the proper way to log and sort the U.S. Mail – always be on the alert for any suspicious package(s). If any concern immediately notify S-1 for assistance. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on 10-21-03 (date)

FTO _____ 231

Trainee _____ # 205

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                  **F.T.O.: N. Ellsberry #231**

**Date: 01-20-04**                                             **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

On 10-21-03 FTO Nathan Ellsberry #231 was posted as Roving Officer. Trainee Preston Wills #205 was posted as Central Control Officer. Trainee Wills successfully completed the Fifth and sixth phases of training. Trainee Wills successfully completed the proficiency test given by FTO Ellsberry. Trainee Wills is hereby certified to work the post of Central Control. End of Report

_T.P.Wills 205_    _02-23-04_                   _____
Trainee's Signature              Date                          F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                    **F.T.O.: N. Ellsberry #231**

**Date: 01-20-04**                                          **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

On 10-11-03 FTO Nathan Ellsberry #231 was posted as front desk officer. Trainee Preston Wills #205 was posted as Central Control officer. Trainee Wills completed the fourth phase of training and began the fifth phase. Trainee Wills successfully explained and demonstrated all steps of the training task document. Trainee Wills then began the practice phase of training. Trainee Wills did not have any questions or concerns throughout the day. End of Report.

_7. P. Wills 205_   _02-23-04_
Trainee's Signature          Date

F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee: P. Wills #205**                                   **F.T.O.  N. Ellsberry #231**

**Date: 01-20-04**                                          **Page 01 of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

On 09-27-03 FTO Nathan Ellsberry #231 was posted as Roving officer. Trainee Preston Wills #205 was posted as Central Control officer. Deputy Wills completed the third phase of training. Deputy Wills successfully explained all tasks from the task document as FTO Ellsberry demonstrated. Trainee Wills did not have any other questions or concerns throughout the day. End of Report

_T. P. Wills 205_            _0123-04_                    _N. [signature]_ 
Trainee's Signature              Date                         F.T.O's Signature

HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee __Wills # 205__                    FTO __Ellsberry #231__

Date __7-7-03__                            Page __01__ of __01__

**Narrative:**   Give a brief description of training conducted today and outcome.

On 7-7-03 FTO Ellsberry was posted as Roving Officer. Trainee Wills was posted as Central Control Officer. FTO Ellsberry spent 5 minutes explaining and demonstrating the daily operations of Central Control. FTO Ellsberry checked upon Trainee Wills once during the day. Trainee Wills did not express any questions or concerns throughout the day.

__T.R. Wills 205__                         __FTO Ellsberry /#231__
Trainee's Signature                        FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee Wills #205                    FTO Ellsberry #231

Date 7-6-03                    Page 01 of 01

**Narrative:**   Give a brief description of training conducted today and outcome.

On 7-6-03 FTO Ellsberry was posted as A-Floor Officer. Trainee Wills was posted as Central Control Officer. Trainee Wills was allowed to read the task document. FTO Ellsberry checked on Trainee Wills throughout the day both in person and via telephone. Trainee Wills did not express any questions or concerns throughout the day. Trainee Wills does have previous experience in Central Control.

Thomas P. Wills #205
Trainee's Signature

FTO Ellsberry #231
FTO's Signature