OA. InC.

**Biloxi Regional Medical Center**
150 Reynoir Street
Biloxi, MS 39530
2284361191

4/18/04
ASSAULT BY HARRISON CTY DEPUTIES NURSE BEAT

BEATINGS BY HARRISON CO. DEPUTIES

## Patient Teaching Instructions

MILLER, RODERICK C 4207084

Date discharged: 04/18/2004
Time discharged: 23:22

ave been diagnosed and treated by our emergency care provider. These discharge instructions have been prepared for you in order that you better understand your condi ow this condition may affect you now that you have been discharged from our emergency room. Please read these instructions carefully, and do not hesitate to call us if ny questions.

emergency care provider was:

***JL A MIRANDA***

### Special Instructions

.ME TO REST. APPLY MOIST HEAT TO AFFECTED AREA. FOLLOW UP WITH YOUR PRIMARY PHYSICAN IN 1-2 DAYS E MEDICINE AS DIRECTED. RETURN TO ER FOR ANY WORSENING OF SYMPTOMS. HAVE A GOOD NITE.

rred to:
STAL FAMILY
5 DIVISION STREET, BILOXI, MS. 3953
ne: 374-2701 fax # 374-4991
rs:
ow up in 1 days.
for an appointment
follow up to the 5 PM walk in clinic just walk in

e exam and treatment you received today has been provided on an emergency basis only. This is not a stitute for complete medical care. You are responsible for arranging and obtaining follow-up care with tor or another healthcare provider. If your problem worsens or new symptoms appear and you are una rrange for prompt follow-up care, call or return to this emergency room.

ou had EKG's or X-rays done in the Emergency Department, they will be reviewed by a specialist. If th rpretation is different from the Emergency Doctor, you or your physician will be notified.

48-72 hours. If the results indicate a need for

follow up treatment - Dr. LANCE BARNES Biloxi

physical therapy - Absolute physical therapy 1850? LEMOYNE Blvd Suite A Biloxi 39533

Therapist Dianne Compton (228) 365-0535 Biloxi MS

EXHIBIT G

tabbies

SOA, Inc.

**Biloxi Regional Medical Center**
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK,C., 4207081

## SPRAINS

HAT IS A SPRAIN?
 sprain is a tear of one of the tough bands (ligaments) that hold ones together at a joint. They are caused by putting more pressure n a joint than the ligaments can hold. A sprain can be mild or very evere. Symptoms are swelling, bruising, and pain, and the joint will ot hold weight. Sprains are common with the ankle, knee, wrist, and lbow.

OW DO I CARE FOR MY SPRAIN?
Resting the area is important. Since the sprain has weakened the ligaments, you can easily injure the area again.
Apply an ice pack for 24-48 hours to decrease swelling. Put a towel under the ice pack to prevent frostbite.
Warm heat (heating pads or warm towels) may also be used after the first 24-48 hours to decrease pain.
Elevate the injury to above the level of the heart. This is very important for the first 4-12 hours, but should be done as much as possible for the first 24-48 hours.
Do not bear weight on the injury if it is painful. Let your body be your guide.
Ace wraps that become too tight should be removed and re-wrapped comfortably. Begin wrapping the affected area at the farthest point from the body and wrap towards the body. It is best to remove Ace wraps for 5 minutes and re-wrap every 2 or 3 hours.
Check for signs of decreased blood flow to the affected area that include:
- Increased swelling below the wrap.
- Blueness, coldness, numbness, or tingling below the wrap.
- Increased pain.

HEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?
If pain is not improving within 72 hours.
If you are still having problems after 7 days.
If a cast or splint was applied, have it checked in one week after it is put on, or sooner if you are having any problems.
Call your doctor the day after your injury to make an appointment if you were not given an appointment in the Emergency Department.
Be sure to keep all follow-up appointments.
If a change in color (dark or pale) at or below injured area.
If a change in temperature (cool or hot) at or below injured area.
If experience numbness or tingling at or below injured area.

Your condition may benefit from outpatient rehab therapy services. Please ask for this referral or more information.

ISOA. Inc.

**Biloxi Regional Medical Center**
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK C 4207081

PERCOCET (oxycodone)

HIS MEDICINE IS USED TO HELP RELIEVE PAIN.

Take medication exactly as directed. Do not increase dose. This medicine can be habit-forming.
If medicine appears less effective after a few weeks, check with your doctor.
This medication may cause drowsiness or dizziness.
Avoid driving and other activities requiring alertness until your response to medicine is known.
Make position changes slowly to minimize a possible sudden drop in blood pressure.
If confined to bed you should turn, cough, and deep breath every 2 hours to minimize the possibility of developing pneumonia.
Avoid use of alcohol or other medicines that cause drowsiness.
Discard medicine that is discolored or has an odor.
Severe and permanent liver damage may occur from continued and prolonged usage. Adults should not take acetaminophen longer than 10 days and children longer than 5 days unless directed by your doctor.
Possible common side effects are: drowsiness, dizziness, confusion, headache, nausea, vomiting, constipation, rash or breathing difficulties.
DO NOT TAKE this medicine if you are allergic to oxycodone or if you have a narcotic addiction.

05

:SOA. Inc.

**Biloxi Regional Medical Center**
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK C - 4207081

ANAPROX DS (naproxen)

HIS MEDICINE IS USED TO HELP RELIEVE PAIN AND INFLAMMATION.

Take this medicine with a full glass of water and remain in an upright position for 15-30 minutes.
Take medication exactly as directed. If you miss a dose, take it as soon as you remember. If it almost time for the next dose, wait for the next dose. Do not take double doses.
Anaprox may cause drowsiness or dizziness. Avoid driving or other activities requiring alertness until your response to this medicine is known.
Avoid using alcohol, aspirin, ibuprofen, acetaminophen or other over-the-counter medications without consulting your doctor or pharmacist.
Use sunscreen and protective clothing to prevent reaction to sunlight.
Inform your doctor or dentist if you are taking medicine before other treatment or surgery.
Stop medicine and call your doctor if you have rash, itching, muscle aches, ringing in ears, weight gain, swelling, black stools, or persistent headache occurs.
Possible side effects are: nausea, vomiting, dizziness, fast heart rate, urination problems or ringing in your ears.
DO NOT TAKE this medicine if you are allergic to naproxen, have kidney disease, liver disease or ulcer disease.

9905

Biloxi Regional Medical Center
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK C - 4207081

Date discharged: 04/18/2004
Time discharged: 23:22

You have been diagnosed and treated by our emergency care provider. These discharge instructions have been prepared for you in order that you better understand your condition, and how this condition may affect you now that you have been discharged from our emergency room. Please read these instructions carefully, and do not hesitate to call us if you have any questions.

Your emergency care provider was:

*PAUL A MIRANDA*

## Special Instructions

HOME TO REST. APPLY MOIST HEAT TO AFFECTED AREA. FOLLOW UP WITH YOUR PRIMARY PHYSICAN IN 1-2 DAYS. TAKE MEDICINE AS DIRECTED. RETURN TO ER FOR ANY WORSENING OF SYMPTOMS. HAVE A GOOD NITE.

Referred to:
DAS . FAMILY
1046 DIVISION STREET, BILOXI, MS. 3953
Phone: 374-2701
Hours:
Follow up in 1 days.
Call for an appointment

The exam and treatment you received today has been provided on an emergency basis only. This is not a substitute for complete medical care. You are responsible for arranging and obtaining follow-up care with a doctor or another healthcare provider. If your problem worsens or new symptoms appear and you are unable to arrange for prompt follow-up care, call or return to this emergency room.

If you had EKG's or X-rays done in the Emergency Department, they will be reviewed by a specialist. If their interpretation is different from the Emergency Doctor, you or your physician will be notified.

If you had cultures done, results are usually available within 48-72 hours. If the results indicate a need for re-evaluation or change in treatment, you will be notified.

BILOXI REGIONAL MEDICAL CENTER
150 REYNOIR STREET BILOXI, MS 39533

NUMBER ____ AR# 170890 ____

NT NAME ____ ____

OF BIRTH ____ MILLER, RODERICK C F

DOB 12/20/1965 SEX M

MR# 126043

# BONE

SE KEEP FILMS IN ORDER
WITH
EXAMINATION TO THE FRONT

UNIT NUMBER ______ 17

PATIENT NAME ______ MILLER, R

DATE OF BIRTH ______ DOB 12/20/196

| DATE | EXAM |
| --- | --- |
| 20 DEC 2003 | MILLER,RODERICK C<br>170890 OP STAFF MD,<br>HAND 2 VIEWS - RIGHT |
| 18 APR 2004 | MILLER,RODERICK C<br>170890 ER MIRANDA, PAUL A.<br>SHOULDER COMPLETE - RIGHT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |




PLEASE KEEP FILMS

WITH



BILOXI REGIONAL MEDICAL CENTER

RADIOLOGICAL INTERPRETATION

PATIENT NAME: MILLER, RODERICK C
X-RAY#: 170890
EXAM DATE: 18 APR 2004
PHYSICIAN: PAUL A. MIRANDA

ACCOUNT #: 4207081
MED REC #: 126043
D.O.B.: 12/20/1965 38Y MALE
ROOM: ER
HGT/WGT: .0

HISTORY: TRAUMA--MINOR
ALLEDGED ASSAULT
TRAUMA--MINOR

---

RIGHT SHOULDER - THREE VIEWS:

No bone or joint abnormality is identified. The soft tissues are unremarkable.

OPINION: NEGATIVE EXAM.

DATE DICTATED: 4/19/2004
DATE TRANSCRIBED: 4/19/2004
TRANSCRIPTIONIST: LI
TECHNOLOGIST: SJS CHART

D.G. COSENTINO, M.D. DABR
INTERPRETING PHYSICIAN

ORDER#: 3799022

PAGE 1 OF 1

AMERICAN IMAGING 5615148428 14:28 10/12/2005

DISCHARGE REPORT

B I L O X I R E G I O N A L M E D I C A L C E N T E R

E.D. MCCLAIN, M.D. & E.J. SHUMSKI, JR., M.D.

PATIENT: MILLER, RODERICK C    MRN: 0000126043    LOCATION: ER--
I.D.#: 4207081 DISCH.: 04/18/04    DOB: 12/20/1965    AGE: 38 SEX: M

U R I N A L Y S I S

C4133190-M1

| | | | |
|---|---|---|---|
| COLLECTED | 04/18/04 22:50 | | REFERENCE RANGE |
| PRIORITY, PHYSICIAN | STAT MIRANDA, PAUL | | |
| COLLECTED | 04/18/04 22:50 ER | | |
| **U R I N A L Y S I S** | | | |
| COLLECTED | 04/18/04 22:50 ER | | |
| URINE SOURCE | *VOIDED | | |
| COLOR | *YELLOW | | YELLOW |
| APPEARANCE | *CLEAR | | CLEAR |
| GLUCOSE | *NEG | | NEG |
| BILIRUBIN | *NEG | | NEG |
| KETONES | *NEG | | NEG |
| SPECIFIC GRAVITY | *1.025 | H | 1.016-1.022 |
| URINE PH | *6.5 | | 4.6-8.0 |
| PROTEIN | *1+ | AB | NEG |
| UROBILINOGEN | *0.2 | | 0.2-1.0 mg/dl |
| NITRITE | *NEG | | NEG |
| BLOOD | *TRACE | AB | NEG |
| LEUKOCYTE ESTERASE | *NEG | | NEG |
| **U R I N A L Y S I S M I C R O S C O P I C** | | | |
| COLLECTED | 04/18/04 22:50 ER | | |
| WBC | *2-4 | | (0-5) /hpf |
| RBC | *2-4 | AB | (0-2) /hpf |
| BACTERIA | *TRACE | | NEG |
| SQUAMOUS EPITH. | *TRACE | | /lpf |
| MUCOUS | *1+ | | |
| CULTURE IF INDICATED | *NOT INDICATED | | |

M1: TRAUMA--MINOR

* - RESULT REPORTED FIRST TIME

ATT.PHYS.: MIRANDA, PAUL    MRN: 0000126043
LOCATION: ER--    PATIENT: MILLER, RODERICK C

KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

U R I N A L Y S I S

10/12/2005 14:28 5015148420

## ONGOING NURSING ASSESSMENT

Name: MILLER, RODERICK C
P#: 4207081
Age: 38YRS DOB: 12/20/1965 Sex: M MR#: 0000126043
Date: 4/16/2004
EDP: MIRANDA, PAUL A PCP: *NONE

**NURSING DIAGNOSIS**

- Airway Clearance, Ineffective
- Anxiety
- Breathing Patterns, Ineffective
- Cardiac Output, Decreased
- ✓ Comfort, Alteration in
- Other
- Communication Impaired
- Coping, Ineffective
- Fluid Volume, Alteration in
- Gas Exchange, Impaired
- Hyperthermia (Fever)
- Infection, Potential
- Injury, Potential
- Knowledge Deficit
- Mobility Impaired
- Non-Compliance
- Other
- Self Care Deficit
- Skin Integrity Impairment
- Thought Processes, Impaired
- Thought Processes, Alteration in
- Tissue Perfusion, Alteration In

**The GOAL PLAN for this patient**

| Goal | Met | Not Met | Int | Goal | Met | Not Met | Int | Goal | Met | Not Met | Int |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ FB REMOVAL | | | | ☐ IMMOBILIZATION / PROPER ALIGNMENT | | | | ☐ IMPROVEMENT OF BREATHING | | | |
| ☐ BLEEDING CONTROL | | | | ☐ DECREASE / PREVENT SWELLING | | | | ☐ STABILIZE PATIENT IN DISTRESS | | | |
| ☐ PAIN CONTROL | ✓ | | [initials] | ☐ MAINTAIN STABLE HOMEOSTASIS | | | | ☐ meet ENVIRONMENTAL NEEDS | | | |
| ☐ ALLEVIATE N/V | | | | ☐ MAINTAIN SKIN / TISSUE INTEGRITY | | | | ☐ meet PSYCHOSOCIAL NEEDS | | | |
| ☐ FEVER CONTROL | | | | ☐ PREVENT FURTHER INJURY | | | | ☐ meet SELF CARE ABILITY NEEDS | | | |
| ☐ DECREASE ANXIETY | | | | ☐ MAINTAIN / IMPROVE CIRCULATION | | | | ☐ meet EDUCATIONAL NEEDS | | | |
| ☐ SAFETY IN THE ED | | | | ☐ INFECTION CONTROL | | | | ☐ Other | | | |

Int: N = documentation in nurses notes, other 'codes' per Hospital Policy.

| Time | Nurses Progress Notes |
|---|---|
| 2140 | [handwritten, largely illegible] c/o [illegible] |
| 2200 | [handwritten, illegible] |
| 2250 | [illegible] to X-Ray w/ [illegible] |
| 2256 | [handwritten, illegible] |
| | [handwritten, illegible] |
| | [handwritten, illegible] / [signature] |

Discharged in care of: self ☑ Amb ☐ W/C ☐ Stret ☐ Carried
Discharge instructions given to: [illegible] ☑ Verbalized understanding
Admit: Room #____ to Dr.____ Ready for Room Time:____
Report called at ____ and given to ____
Transferred to ____ Transfer Verified
Report called at ____ and given to ____
☐ Left without treatment ☐ Left Against Medical Advise
Condition at Disposition: ☐ Improved ☑ Stable ☐ Serious ☐ Expired
Pain Scale: 4/10 Pain Location: [illegible]
Patient reports that pain is: ☐ Improved ☑ Unchanged ☐ Worse
Disposition Vitals: T 98.2 P 71 R 18 BP 111/60 O2 ____
Disposition Date: 4/16/04 Time: 2330 Nurse: [signature]

Rev. 03/05/04

AMERICAN IMAGING 6015148428 14:28 08/12/2005

**EMERGENCY DEPARTMENT**
**MUSCULOSKELETAL NURSING ASSESSMENT**

Biloxi Regional Medical Center

Name: MILLER, RODERICK C P#:4207081
Age: 38YRS DOB: 12/20/1965 Sex: M MR#:0000126043
EDP: MIRANDA, PAUL A PCP: NONE

Date In: 4/18/2004 Time: 2140

Subjective Notes: Total body pain

**Pain / Patient describes pain**

Location: generalized Quality: ☐Sharp ☐Dull ☐Cramping ☐Burning ☑Aching Severity scale: 8/10 Onset: yesterday

Provocation: Used Chemicals? ☐Other: Aggravating factors: all

Radiating: ☐No ☐Yes (specify) ☐Constant ☐Intermittent Relieving factors: none

**Psychosocial**

Appearance: ☑Clean ☐Unkempt ☐Other

Mood / Affect / Behavior: ☐Appropriate ☐Depressed ☐Anxious ☐Tearful ☐Other

Caregiver: ☑Self ☐Family member ☐Significant Other ☐Group home

Activity level: ☑Ambulates independently ☐Requires assistance ☐Non-ambulatory ☑Performs ADL's independently ☐Requires assistance with ADL's

Environment: ☐No steps ☐Few steps ☐Many steps

Nutritional status: ☑Normal ☐Cachectic ☐Obese

Best learn by: ☑Verbal ☐Written ☐Return demo

Learning Barriers: ☐TDD phone ☐Interpreter ☑No ☐Yes ☐Other:

**Mechanism of injury**

Direction and amount of force: none

What was felt or heard upon injury: none

Pre-hospital treatment: ☐Full spinal immobilization ☐C-Collar ☐Splint ☐Pressure dressing ☐Ice ☐Heat ☐Ace wrap
none

Use numbers to indicate injury location and type

Right Left Left Right

1. Abrasion
2. Amputation
3. Avulsion
4. Burn
5. Closed Fx / Dis.
6. Contusion
7. Crepitus
8. Deformity
9. Edema
10. GSW
11. Laceration
12. Open Fx
13. Stab
14. Contusion
15.

**Past Medical History and Risk Factors**

PMH from triage: CONCUSION AS CHILD, KIDNEY STONES, WRIST SURGERY

☐Previous Sx involving musculoskeletal system and date: wrist

☐Diabetes ☐Arthritis ☐Osteoporosis ☐Hemophilia ☐Cancer:

☐Anticoagulant medicine: ☐ASA ☐Coumadin ☐Other:

**Physical Assessment (Objective)**

Muscle strength: 0= no strength 5= normal

| | | | | | | |
|---|---|---|---|---|---|---|
| RUE | ☐0 | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 |
| LUE | ☐0 | ☐1 | ☐2 | ☐3 | ☑4 | ☐5 |
| RLE | ☐0 | ☐1 | ☐2 | ☐3 | ☑4 | ☐5 |
| LLE | ☐0 | ☐1 | ☐2 | ☐3 | ☑4 | ☐5 |

Lacerations / Abrasions / Avulsions / Contusions — L sh. area

Bleeding: ☐Absent ☐Present ☐Scant ☐Moderate ☐Heavy ☐Pulsating

Immunization: over 5 yea

Scars: Edema:

**Extremity Assessment**

| | Pulses | Cap. Ref. | Motion | Sensation | Temp. | Color |
|---|---|---|---|---|---|---|
| RUE | ☑Yes ☐No | ☑< 2 s. ☐> 2 s. | ☑Yes ☐No | ☑Yes ☐No | ☐W ☐C | |
| LUE | ☑Yes ☐No | ☑< 2 s. ☐> 2 s. | ☑Yes ☐No | ☑Yes ☐No | ☑W ☐C | |
| RLE | ☑Yes ☐No | ☑< 2 s. ☐> 2 s. | ☑Yes ☐No | ☑Yes ☐No | ☐W ☑C | |
| LLE | ☑Yes ☐No | ☑< 2 s. ☐> 2 s. | ☑Yes ☐No | ☑Yes ☐No | ☑W ☐C | |

**System Review**

Neurological: ☑Alert ☑Oriented X ___ ☑Cooperative ☐Awake but confused ☐Uncooperative ☐Combative ☐Agitated ☐Restrained

Cardiovascular: Skin: ☑Warm ☑Dry ☐Moist ☐Diaphoretic; Color: ☑Pink ☐Pale ☐Ashen ☐Flushed ☐Cyanotic ☐Jaundiced

Respiratory: Airway: ☑Clear ☐Other; Effort: ☑Unlabored ☐Mildly ☐Severely ☐Retractions ☐Stridor ☐Nasal Flaring; Lung: ☑Clear ☐Wheezing ☐Crackles ☐Rhonchi ☐Decreased

Vital Signs: 20:54 T: 98.2 P: 79 Regular R: 18 BP: 105/075 Nurse Signature: [signature]

Rev. 03/05

NITIAL ASSESSMENT FORM

PRIORITY: 4
Non-Urgent

DATE: 04/18/2004

Patient: MILLER, RODERICK C
DOB: 12/20/1965 AGE: 38YRS Sex: M
EDP: MIRANDA, PAUL A
PCP: *NONE

Pt#: 4207081
MR#: 0000126043
Worker's Comp:
Emp. Referred:

Presentation Time: 19:46 Triage Time: 20:54 Arrival Mode: AMB-POV

Height: ' " Weight: 196.0 lbs. 89.1 kgs. LMP: N/A Last Tetanus: over 5 yea Acc By: SISTER

Chief Complaint: TRAUMA--MINOR

Brief Assessment: PT TO ER WITH C/O PAIN TO TOTAL BODY S/P STATES BEATEN BY HCSO WHILE IN JAIL LAST NIGHT. SPOKE WITH SGT ROGERS OF HCSD AND REPOT MADE VIA PHONE.

**Vital Signs**

T: 98.2 PO
P: 79 Regular
R: 18 Unlabored
BP: 105/075
O2: 98 % RA Room
Pain Intensity Scale: 8 / 10
Pain Location: Multiple Areas

NIGHT SWEATS NO
WEIGHT LOSS NO
ANOREXIA NO
HEMOPTYSIS NO
FEVER NO

DOMESTIC VIOLENCE NO
DOMESTIC VIOLENCE NO
DOMESTIC VIOLENCE NO
DOMESTIC VIOLENCE NO

Pre-Hospital Treatment: NONE

Pediatric Assesment: N/A

Past Medical History: CONCUSION AS CHILD, KIDNEY STONES, WRIST SURGERY

**Allergies:** CODEINE

Medicines: *NO MEDICATIONS

Nurse Signature: [signature] BT

Additional Notes:

Rev 04/12/04

10/12/2005 14:28 5815148428 AMERICAN LIBERTY

ORDERS/PROCEDURE ORTHOPEDIC EMERGENCIES

Name: MILLER, RODERICK C | P#:4207081
Age: 38YRS DOB: 12/20/1965 Sex: M MR#:0000126043
EDP: MIRANDA, PAUL A PCP: *NONE

Date In: 4/18/2004 Time:________

| Order/Time | Laboratory Tests | Order Sent | By | Order/Time | Other Diagnostic Tests | Order Sent | By |
|---|---|---|---|---|---|---|---|
| | CBC | | | | CXR (PA/LAT - Portable) | | |
| | BMP CMP | | | | | | |
| | Sed Rate | | | | C-Spine (X-table) (Complete) | | |
| | Uric Acid | | | | | | |
| | RA Factor | | | | (R) sho. | 2244 | |
| | | | | | | | |
| | Drug screen (serum), (urine) | | | | | | |
| | ETOH | | | | | | |
| | Type & Screen or Cross #___Units | | | | Cardiopulmonary | | |
| | | | | | EKG | | |
| | UA | 2244 | | | ABG | | |
| | Beta HCG | | | | O2 LPM | | |
| | | | | | | | |
| | Misc. Orders | | | | Medical Necessity Information: | | |
| | Previous Medical Records | | | | | | |
| | Physical Therapy - Eval & Tx | | | | | | |

Weight: Lbs: 196 Kgs: 89 | Allergies: CODEINE

| Order/Time | Medication/Dose/Route | | Time Administered | Admin. | Site | Initials | Response | Reassess Initials |
|---|---|---|---|---|---|---|---|---|
| | Percocet 5/325 | ☐ | 2330 | | Po | | ☑ Improved ☐ Worse ☒ Unchanged | |
| | | ☐ | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |
| | | ☐ | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |
| | | ☐ | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |
| | | ☐ | | | | | ☐ Improved ☐ Worse ☐ Unchanged | |

| Order/Time | IV Solution/Added Medication | Infusion Device/Size/Location/Attempts/Rate | | | | |
|---|---|---|---|---|---|---|
| | ☐ KVO Device: | | | | | |
| | ☐ IV Fluid: | | | | | |
| | | | | | | |
| | | | | | | |

**Procedures/Nursing Assistance**

| | | |
|---|---|---|
| ☐ Cardiac Monitor Rate ___ Rhythm ___ | ☐ Splint Application | ☐ Local/(Regional) Anesthesia |
| ☐ NIBP Monitor ☐ Pulse Oximetry | ☐ Ace Bandage Application | ☐ Conscious Sedation |
| ☐ (Cold), (Heat) Application | ☑ Sling Application (R) arm Pt refused sling | ☐ Laceration Repair |
| ☐ Wound Irrigation | ☐ C-Spine Immobilization | ☐ Cast Application |
| ☐ Dressings | ☐ Foreign Body Removal | ☐ Fracture Care (open), (closed) |

**Discharge Instructions**

Rest.
moist Heat.
F/U ĉ PCP.

| Initials/Signature: | Initials/Signature: | Initials/Signature: | Initials/Signature: [signature] |
|---|---|---|---|
| PA/ARNP: [signature] | | Physician's Signature: [signature] | |

Rev. 03/05/04

# ADMISSION RECORD

BILOXI REGIONAL MEDICAL CENTER P.O. Box 128 • 150 Reynoir Street • Biloxi, MS 39533 Ph:228-432-1571

ACCOUNT NO. 4207081 | MEDICAL RECORDS NO. 0000126043

**PATIENT**

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/18/2004 19:45 | 0000 | E1 | D | 38 | 12/20/1965 | M | 1 | S | | |

PATIENT NAME & ADDRESS: MILLER, RODERICK C, PO BOX 807, BILOXI MS 39533, US
SS NUMBER: 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
PHONE NUMBER: (228)326-9586
PATIENT EMPLOYER: BEAU RIVAGE CASINO
EMPLOYER PHONE NO.: (228)386-7111
COUNTY: 24HARRISON

**GUAR**

RESPONSIBLE PARTY & ADDRESS: MILLER, RODERICK C, PO BOX 807, BILOXI MS 39533, US
SS NUMBER: 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
PHONE NUMBER: (228)326-9586
RESPONSIBLE PARTY EMPLOYER: BEAU RIVAGE CASINO
EMPLOYER PHONE: (228)386-7111
RELATIONSHIP TO PATIENT: GUARANTOR RE

EMERGENCY CONTACT NAME | EMERGENCY CONTACT PHONE | EMERGENCY CONTACT RELATIONSHIP TO PATIENT

COMMENTS | MSP: ☐Y ☒N | MED. KEY: ☐Y ☒N | PRIVACY | ADMIT. BY: JNP

PRIVACY

**INSURANCE**

1 | PAYER: 944 | PLAN: BRC | POLICY NUMBER: 436829216601 | DATE OF BIRTH: 12/20/1965
INSURANCE CO. NAME & ADDRESS: WAUSAU BENEFITS INC, PO BOX 8013, WAUSAU WI 54402, (877)561-0722
INSURED'S NAME: MILLER, RODERICK C
GROUP NUMBER: CATRX | GROUP NAME
AUTHORIZATION

2 | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH
INSURANCE CO. NAME & ADDRESS | INSURED'S NAME | GROUP NUMBER | GROUP NAME | AUTHORIZATION

3 | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH
INSURANCE CO. NAME & ADDRESS | INSURED'S NAME | GROUP NUMBER | GROUP NAME | AUTHORIZATION

**DISC**

MIRANDA, PAUL A. | NONE
DIAGNOSIS / SIGNS & SYMPTOMS: TRAUMA--MINOR | ACCIDENT | ACCIDENT DATE

PRINCIPAL DIAGNOSIS (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care). | DISCHARGE DATE/TIME

920

COMPLICATIONS

840.9

COMORBIDITY(IES)

E975

PRINCIPAL PROCEDURE

AD001A | 4207081 | C000126043

MEDICAL RECORDS COPY

AMERICAN IMAGING 5016148420 10/12/2005 14:28

DISCHARGE REPORT
B I L O X I R E G I O N A L M E D I C A L C E N T E R
E.D. MCCLAIN, M.D. & E.J. SHUMSKI, JR., M.D.

PATIENT: MILLER, RODERICK C MRN: 0000126043 LOCATION: ER--
I.D.#: 4207081 DISCH.: 04/18/04 DOB: 12/20/1965 AGE: 38 SEX: M

U R I N A L Y S I S

| C4193156-M1 | | | |
|---|---|---|---|
| COLLECTED | 04/18/04 22:50 | | REFERENCE RANGE |
| PRIORITY, PHYSICIAN | STAT MIRANDA, PAUL | | |
| COLLECTED | 04/18/04 22:50 ER | | |
| **U R I N A L Y S I S** | | | |
| COLLECTED | 04/18/04 22:50 ER | | |
| URINE SOURCE | *VOIDED | | |
| COLOR | *YELLOW | | YELLOW |
| APPEARANCE | *CLEAR | | CLEAR |
| GLUCOSE | *NEG | | NEG |
| BILIRUBIN | *NEG | | NEG |
| KETONES | *NEG | | NEG |
| SPECIFIC GRAVITY | *1.025 | H | 1.016-1.022 |
| URINE PH | *6.6 | | 4.6-8.0 |
| PROTEIN | *1+ | AB | NEG |
| UROBILINOGEN | *0.2 | | 0.2-1.0 mg/dl |
| NITRITE | *NEG | | NEG |
| BLOOD | *TRACE | AB | NEG |
| LEUKOCYTE ESTERASE | *NEG | | NEG |
| **U R I N A L Y S I S M I C R O S C O P I C** | | | |
| COLLECTED | 04/18/04 22:50 ER | | |
| WBC | *2-4 | | (0-5) /hpf |
| RBC | *2-4 | AB | (0-2) /hpf |
| BACTERIA | *TRACE | | NEG |
| SQUAMOUS EPITH. | *TRACE | | /lpf |
| MUCOUS | *2+ | | |
| CULTURE IF INDICATED | *NOT INDICATED | | |

MI: TRAUMA--MINOR

* - RESULT REPORTED FIRST TIME

ATT.PHYS.: MIRANDA, PAUL MRN: 0000126043
LOCATION: ER-- PATIENT: MILLER, RODERICK C

KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC

U R I N A L Y S I S

32 of 49, 33 of 100 PRINTED 04/19/2004 06:30 Page: 1 of 1

10/12/2005 14:28 5815148420 AMERICAN IMAGING

IHSOA, Inc.

Biloxi Regional Medical Center
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK C - 4207081

Date discharged: 04/18/2004
Time discharged: 23:22

ou have been diagnosed and treated by our emergency care provider. These discharge instructions have been prepared for you in order that you better understand your condi nd how this condition may affect you now that you have been discharged from our emergency room. Please read these instructions carefully, and do not hesitate to call us if ave any questions.

our emergency care provider was:

*PAUL A MIRANDA*

## Special Instructions

HOME TO REST. APPLY MOIST HEAT TO AFFECTED AREA. FOLLOW UP WITH YOUR PRIMARY PHYSICAN IN 1-2 DAYS TAKE MEDICINE AS DIRECTED. RETURN TO ER FOR ANY WORSENING OF SYMPTOMS. HAVE A GOOD NITE.

Referred to:
DAS . FAMILY
046 DIVISION STREET, BILOXI, MS. 3953
Phone: 374-2701
Hours:
Follow up in 1 days.
Call for an appointment

The exam and treatment you received today has been provided on an emergency basis only. This is not a substitute for complete medical care. You are responsible for arranging and obtaining follow-up care with doctor or another healthcare provider. If your problem worsens or new symptoms appear and you are una to arrange for prompt follow-up care, call or return to this emergency room.

f you had EKG's or X-rays done in the Emergency Department, they will be reviewed by a specialist. If th nterpretation is different from the Emergency Doctor, you or your physician will be notified.

f yo had cultures done, results are usually available within 48-72 hours. If the results indicate a need fo evaluation or change in treatment, you will be notified.

HSOA, Inc.

Biloxi Regional Medical Center
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK C - 4207081

## SPRAINS

WHAT IS A SPRAIN?
A sprain is a tear of one of the tough bands (ligaments) that hold bones together at a joint. They are caused by putting more pressure on a joint than the ligaments can hold. A sprain can be mild or very severe. Symptoms are swelling, bruising, and pain, and the joint will not hold weight. Sprains are common with the ankle, knee, wrist, and elbow.

HOW DO I CARE FOR MY SPRAIN?

- Resting the area is important. Since the sprain has weakened the ligaments, you can easily injure the area again.
- A ly an ice pack for 24-48 hours to decrease swelling. Put a towel under the ice pack to prevent frostbite.
- Warm heat (heating pads or warm towels) may also be used after the first 24-48 hours to decrease pain.
- Elevate the injury to above the level of the heart. This is very important for the first 4-12 hours, but should be done as much as possible for the first 24-48 hours.
- Do not bear weight on the injury if it is painful. Let your body be your guide.
- Ace wraps that become too tight should be removed and re-wrapped comfortably. Begin wrapping the affected area at the farthest point from the body and wrap towards the body. It is best to remove Ace wraps for 5 minutes and re-wrap every 2 or 3 hours.
- Check for signs of decreased blood flow to the affected area that include:
  - Increased swelling below the wrap.
  - Blueness, coldness, numbness, or tingling below the wrap.
  - Increased pain.

WHEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?

- If pain is not improving within 72 hours.
- If you are still having problems after 7 days.
- If a cast or splint was applied, have it checked in one week after it is put on, or sooner if you are having any problems.
- Call your doctor the day after your injury to make an appointment if you were not given an appointment in the Emergency Department.
- Be sure to keep all follow-up appointments.
- If a change in color (dark or pale) at or below injured area.
- If a change in temperature (cool or hot) at or below injured area.
- If experience numbness or tingling at or below injured area.

Your condition may benefit from outpatient rehab therapy services. Please ask for this referral or more information.

HSOA, Inc.

Biloxi Regional Medical Center
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK C - 4207081

PERCOCET (oxycodone)

THIS MEDICINE IS USED TO HELP RELIEVE PAIN.

- Take medication exactly as directed. Do not increase dose. This medicine can be habit-forming.
- If medicine appears less effective after a few weeks, check with your doctor.
- This medication may cause drowsiness or dizziness. Avoid driving and other activities requiring alertness until your response to medicine is known.
- Make position changes slowly to minimize a possible sudden drop in blood pressure.
- I confined to bed you should turn, cough, and deep breath every 2 hours to minimize the possibility of developing pneumonia.
- Avoid use of alcohol or other medicines that cause drowsiness.
- Discard medicine that is discolored or has an odor.
- Severe and permanent liver damage may occur from continued and prolonged usage. Adults should not take acetaminophen longer than 10 days and children longer than 5 days unless directed by your doctor.
- Possible common side effects are: drowsiness, dizziness, confusion, headache, nausea, vomiting, constipation, rash or breathing difficulties.
- DO NOT TAKE this medicine if you are allergic to oxycodone or if you have a narcotic addiction.

90L

SOA, inc.

Biloxi Regional Medical Center
150 Reynoir Street
Biloxi, MS 39530
2284361191

# Patient Teaching Instructions

MILLER, RODERICK C - 4207081

ANAPROX DS (naproxen)

HIS MEDICINE IS USED TO HELP RELIEVE PAIN AND INFLAMMATION.

Take this medicine with a full glass of water and remain in an upright position for 15-30 minutes.
Take medication exactly as directed. If you miss a dose, take it as soon as you remember. If it almost time for the next dose, wait for the next dose. Do not take double doses.
Anaprox may cause drowsiness or dizziness. Avoid driving or other activities requiring alertness until your response to this medicine is known.
Avoid using alcohol, aspirin, ibuprofen, acetaminophen or other over-the-counter medications without consulting your doctor or pharmacist.
Use sunscreen and protective clothing to prevent reaction to sunlight.
Inform your doctor or dentist if you are taking medicine before other treatment or surgery.
Stop medicine and call your doctor if you have rash, itching, muscle aches, ringing in ears, weight gain, swelling, black stools, or persistent headache occurs.
Possible side effects are: nausea, vomiting, dizziness, fast heart rate, urination problems or ringing in your ears.
DO NOT TAKE this medicine if you are allergic to naproxen, have kidney disease, liver disease or ulcer disease.

9905