## Tim Holleman

**From:** MICHAEL CROSBY [michaelwcrosby@bellsouth.net]
**Sent:** Wednesday, September 08, 2010 2:47 PM
**To:** tim@boyceholleman.com
**Subject:** Re: Miller v. Harrison County, MS, et. al 1:07cv541LG-JMR

CONFIRMED / ACCEPTED

We accept this conditions and thank you for your assistance

/s/ Michael W. Crosby
Michael W. Crosby

Michael w Crosby,
Bar No. 7888
Attorney at Law
2111 25th Ave.
Gulfport, MS 39501
228-822-2727
228-865-0337 fax
web site:
www.michaelwcrosby.com

This electronic message contains information which may be confidential or protected by the attorney-client privilege and/or the work-product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. If you have received this electronic message in error, immediately notify the sender by replying to this message and deleting the original message or notify the Law Offices of Michael W. Crosby, 228-822-2727. Email is covered by the Electronic Communications Privacy Act [18 U.S.C. §§ 2510-2521] and is legally privileged.

**From:** Tim Holleman <tim@boyceholleman.com>
**To:** MICHAEL CROSBY <michaelwcrosby@bellsouth.net>
**Cc:** Haley Broom <hbroom@ddkf.com>; Ian Brendel <ian.brendel@yahoo.com>; Jim Davis <JamesLDavisIII@aol.com>
**Sent:** Wed, September 8, 2010 2:03:55 PM
**Subject:** RE: Miller v. Harrison County, MS, et. al 1:07cv541LG-JMR

Mike,

I have preliminary discussed with the Board members. We are concerned with Mr. Miller's attempt previously to gain publicity in this matter. Therefore any settlement must include a confidentiality provision that if he or his representative discusses publically the settlement then he will have pay the sum of $15,000.00 as liquidated damages plus any attorneys fees or expenses incurred in enforcing the confidentially provision.

EXHIBIT A

1

Please advise of you and your client's agreement to this so I can confirm with the Board

*Tim C. Holleman*
Boyce Holleman & Associates
1720 23rd Avenue/Boyce Holleman Blvd
Gulfport, Ms 39501
(228) 863-3142 office
(228) 863-9829 fax
(228) 297-3142 cell

**From:** MICHAEL CROSBY [mailto:michaelwcrosby@bellsouth.net]
**Sent:** Wednesday, September 08, 2010 12:37 PM
**To:** tim@boyceholleman.com
**Subject:** Re: Miller v. Harrison County, MS, et. al 1:07cv541LG-JMR

Thank you for your considerations concerning the above referenced. This was an exceptionally difficult decision for my client, which included a large portion of last night as well as almost all of the morning. Hopefully this will close this chapter for both sides, and the standard confidentiality language is certainly understandable. If the settlement fell apart, I would want to document my medical condition for whatever use my client might wish. My neurologist, Dr. Kim wrote:

anterior wedge compression fracture L1 AND L2. L1 trabecular impaction @ superior endplate with triangular fragment anteriorly. L2 trabecular impaction at superior endplate with comminuted fragments anteriorly.

My interpretation is: hurt, hurt, hurt.



/s/ Michael W. Crosby
Michael W. Crosby

Michael w Crosby,
Bar No. 7888
Attorney at Law
2111 25th Ave.
Gulfport, MS 39501
228-822-2727
228-865-0337 fax
web site:
www.michaelwcrosby.com



This electronic message contains information which may be confidential or protected by the attorney-client privilege and/or the work-product doctrine and is intended solely for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this electronic message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the use of the content of this electronic message is strictly prohibited. If you have received this electronic message in error, immediately notify the sender by replying to this message

and deleting the original message or notify the Law Offices of Michael W. Crosby, 228-822-2727. Email is covered by the Electronic Communications Privacy Act [18 U.S.C. §§ 2510-2521] and is legally privileged.

---

**From:** Tim Holleman <tim@boyceholleman.com>
**To:** Haley Broom <hbroom@ddkf.com>; guirola_chambers@mssd.uscourts.gov
**Cc:** Joe Gewin <jgewin@ddkf.com>; Jim Davis <JamesLDavisIII@aol.com>; Michael Crosby <michaelwcrosby@bellsouth.net>; Ian Brendel <ian.brendel@yahoo.com>; patrick@boyceholleman.com; Trish Misko <tmisko@ddkf.com>
**Sent:** Wed, September 8, 2010 11:28:13 AM
**Subject:** RE: Miller v. Harrison County, MS, et. al 1:07cv541LG-JMR

Judge Guirola,

There are some last minute settlement discussions going on, I am trying to poll the Board to see the prospects for settlement. Could Mike have till 3 pm to get his portion of Pretrial while we explore option?

*Tim C. Holleman*

Boyce Holleman & Associates
1720 23rd Avenue/Boyce Holleman Blvd
Gulfport, Ms 39501
(228) 863-3142 office
(228) 863-9829 fax
(228) 297-3142 cell

> **From:** Haley Broom [mailto:hbroom@ddkf.com]
> **Sent:** Wednesday, September 08, 2010 11:02 AM
> **To:** guirola_chambers@mssd.uscourts.gov
> **Cc:** Joe Gewin; Jim Davis; Tim Holleman; Michael Crosby; Ian Brendel; patrick@boyceholleman.com; Trish Misko
> **Subject:** Miller v. Harrison County, MS, et. al 1:07cv541LG-JMR
>
> Judge Guirola,
>
> Please find attached Defendant Pavolini's proposed jury instructions.
>
> Best regards,
> Haley
>
>
> Haley N. Broom, Esquire
> Dukes, Dukes, Keating & Faneca, P.A.
> 2909 13th Street, Sixth Floor
> Post Office Drawer W
> Gulfport, Mississippi 39502
>
> ---
> Telephone: (228) 868-1111
> Facsimile: (228) 863-2886
> E-Mail: hbroom@ddkf.com